# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
### Case No.

| | |
|---|---|
| WATERBEAN COFFEE HOLDING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SKS HOLDINGS COFFEE LLC D/B/A COFFEE REPUBLIC & BAKERY; Z GLOBAL GROUP; MAIN STREET COFFEE & COWORKING, LLC; URBAN GRIND ROASTERS MOORESVILLE LLC, SEAN FLYNN; AND KALEA FLYNN,<br><br>Defendants. | State Court Case No:<br>Mecklenburg County 24CV050672-590<br>(Jury Trial Requested)<br><br>**DEFENDANTS' NOTICE OF REMOVAL** |

Defendants SKS Holdings Coffee LLC d/b/a Coffee Republic & Bakery, Z Global Group, Main Street Coffee & Coworking, LLC, Urban Grind Roasters Mooresville LLC, Sean Flynn, and Kalea Flynn (collectively, "Defendants"), by and through counsel and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby give Notice of Removal of this action from the Mecklenburg County General Court of Justice Superior Court Division to the United States District Court for the Western District of North Carolina, Charlotte Division. In support of this Notice of Removal, Defendants state as follows:

1. On or about October 30, 2024, Plaintiff Waterbean Coffee Holding, LLC ("Plaintiff") filed a civil action against Defendants in the Mecklenburg County General Court of Justice Superior Court Division, styled as *Waterbean Coffee Holding, LLC v. SKS Holdings Coffee LLC d/b/a Coffee Republic & Bakery, Z Global Group, Main Street Coffee & Coworking, LLC, Urban Grind Roasters Mooresville LLC, Sean Flynn, and Kalea Flynn.* and bearing Case No. 24CV050672-590 (the "State Court Action").

2. To date, none of the Defendants have been served with the Summons and Complaint.

3. In pertinent part, 28 U.S.C. § 1441(a) provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants[.]" 28 U.S.C. § 1441(a).

4. This action is removable to this Court because the Complaint alleges Federal causes of action under the Lanham Act. Plaintiff is asserting claims under a Federal statute; therefore, this action is subject to removal based on Federal question jurisdiction pursuant to 28 U.S.C. § 1331.

5. This Court has supplemental jurisdiction over Plaintiff's remaining state-law claims for violations of North Carolina's Unfair and Deceptive Trade Practices Act (N.C. Gen. Sat. § 75-1.1) and North Carolina's Fraudulent and Deceptive Advertisement Act (N.C. Gen. Sat. § 14-117). *See* 28 U.S.C. § 1367(a).

6. 28 U.S.C. § 1441(a) further provides that removal is proper "to the district court of the United States for the district and division embracing the place where such action is pending."

7. This Court is the United States District Court for the district and division where the action is pending, and, therefore, the appropriate venue for removal.

8. In accordance with 28 U.S.C. § 1446(a), attached hereto as **Exhibit A** are copies of all process, pleadings and orders served upon Defendants in this action and/or filed in the State Court Action.

9. This notice of removal is timely filed. *See* 28 U.S.C. § 1446(b).

10. This Court is the proper venue for this action.

11. No further pleadings have occurred in the State Action. Defendants have not served any answer or other responsive pleading to the Summons and Complaint, nor made any appearance, argument, or request for relief before the State Court Action.

12. By filing this Notice of Removal, Defendants expressly reserve, and do not waive, any and all defenses they may have to any of Plaintiff's claims asserted in the Complaint and do not concede any of the allegations in the Complaint.

13. Pursuant to 28 U.S.C. § 1446(d), the undersigned will promptly serve written notice of this Notice of Removal upon counsel for Plaintiff and will file the same with the Clerk of the Mecklenburg County General Court of Justice Superior Court Division.

WHEREFORE, Defendants pray that the above-referenced action now pending in the Mecklenburg County General Court of Justice Superior Court Division, bearing Case No. 24CV050672-590, be removed therefrom in its entirety to this Court, as provided by law, and, pursuant to 28 U.S.C. § 1446(d) that the Mecklenburg County General Court of Justice Superior Court Division proceed no further unless and until the case is remanded.

Respectfully submitted this 6th day of February, 2025.

s/ *Tasneem A. Dharamsi*
Tasneem A. Dharamsi (Bar No. 47697)
**PARKER POE ADAMS & BERNSTEIN LLP**
620 South Tryon Street, Suite 800
Charlotte, NC 28202
T: (919) 835-4570
F: (704) 334-4706

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing "***Defendants' Notice of Removal***" was electronically filed with the Clerk of Court using the CM/ECF system, and served upon counsel for Plaintiff via email and First Class Mail, addressed as follows:

Graham B. Morgan
**HAMILTON STEPHENS STEELE + MARTIN, PLLC**
525 N. Tryon Street, Suite 1400
Charlotte, NC 28202
gmorgan@lawhssm.com

Tae Y. Kim
**CHUHAK & TECSON, P.C.**
120 S. Riverside Plaza, Suite 1700
Chicago, Illinois 60606
tkim@chuhak.com

February 6, 2025

s/ *Tasneem A. Dharamsi*
Tasneem A. Dharamsi (Bar No. 47697)
**PARKER POE ADAMS & BERNSTEIN LLP**
620 South Tryon Street, Suite 800
Charlotte, NC 28202
T: (919) 835-4570
F: (704) 334-4706

*Counsel for Defendants*