# EXHIBIT A

24CV050672-590

| | |
|---|---|
| STATE OF NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
| | SUPERIOR COURT DIVISION |
| COUNTY OF MECKLENBURG | 24-CVS- |
| | |
| WATERBEAN COFFEE HOLDING, LLC, | |
| Plaintiffs, | |
| v. | **COMPLAINT** |
| SKS HOLDINGS COFFEE LLC D/B/A COFFEE REPUBLIC & BAKERY; Z GLOBAL GROUP; MAIN STREET COFFEE & COWORKING, LLC; URBAN GRIND ROASTERS MOORESVILLE LLC, SEAN FLYNN; AND KALEA FLYNN, | **(Jury Trial Demanded)** |
| Defendants. | |

NOW COMES Plaintiff Waterbean Coffee Holding, LLC ("Waterbean"), by its undersigned counsel, and for its Complaint against Defendants SKS Holdings Coffee LLC d/b/a Coffee Republic & Bakery ("SKS Holdings"), Z Global Group ("Z Global"), Main Street Coffee & Coworking LLC ("Main Street Coffee"), Urban Grind Roasters Mooresville LLC ("Urban Grind Roasters"), Sean Flynn ("Sean"), and Kalea Flynn (collectively with SKS Holdings, Z Global, Main Street Coffee, Urban Grind Roasters, and Sean, "Defendants"), and states as follows:

## PARTIES

1.     Waterbean is a North Carolina limited liability company with its principal place of business at 10308 Bailey Road Ste 405, Cornelius, NC 28031.

2.     SKS Holdings is a Delaware limited liability company operating coffee shops across several states of which at least 6 are located in North Carolina, some of

which are located in Mecklenburg County. According to its website, SKS Holding's businesses focuses on coffee, marketing, real estate, and sustainability with its headquarters located in North Carolina. https://pittstreetinvestments.com/sks-holdings-llc/. Coffee Republic, Main Street, and Urban Grind, are brands under SKS Holdings. "SKS Holdings was founded in 2019 by" Sean Flynn and Kalea Flynn.

3.     Z Global Group is a North Carolina organization that assists companies on a variety of business services including marketing.

4.     Main Street Coffee & Coworking LLC is a North Carolina limited liability company. It is one of SKS Holdings's businesses.

5.     Urban Grind Roasters Mooresville LLC is a North Carolina limited liability company. It is one of SKS Holdings's businesses.

6.     Sean Flynn is a North Carolina resident and holds positions as Chief Executive Offer and owner at Coffee Republic, Chief Executive Officer at SKS Holdings, and Chief Operating Officer at Z Global Group. (See Exhibit 1.)

7.     Kalea Flynn, the wife of Sean Flynn, is a North Carolina resident and holds a position as owner at Coffee Republic and is otherwise involved in the operations of SKS Holdings.

8.     Through SKS Holdings, Z Global, Urban Grind, and Main Street Coffee, Sean and Kalea operate in a joint venture because: (1) SKS Holdings, Sean, and Kalea share ownership interest in SKS Holdings, Main Street, Z Global, and Urban Grind; (2) SKS Holdings, Sean, and Kalea have control over Main Street, Z Global, and Urban Grind; (3) SKS Holdings, Sean, and Kalea share in the profits of Main Street,

Z Global, and Urban Grind; and (4) the Defendants represent themselves out to the public as a joint venture and are the Alter Ego of each other.

## JURISDICTION AND VENUE

9. This action arises under the Lanham Trademark Act of 1946 (15 U.S.C. § 1051), the North Carolina Unfair and Deceptive Practices Act (N.C. Gen. Stat. § 75-1.1), and North Carolina's Fraudulent and Deceptive Advertising Law (N.C. Gen. Stat. § 14-117).

10. Personal jurisdiction exists on the basis that Defendants have purposely availed themselves of the laws of the State of North Carolina through their actions as set forth more fully herein. Accordingly, this Court has specific jurisdiction over Defendant for the purposes of this Complaint and the unlawful conduct alleged herein.

11. Pursuant to N.C. Gen. Stat. §1-82 the Mecklenburg County Court is the appropriate venue for this action, because a substantial part of the events giving rise to the claims at issue in this litigation occurred in Mecklenburg County.

12. All conditions precedent to filing this action have been performed, occurred, or been excused, including, but not limited to that the filing of this Complaint is prior to the expiration of any statutes of limitations or statutes of repose.

## COFFEE SHOPS ARE A COMPETITIVE BUSINESS

13. Coffee shops have become "gathering places where people can enjoy their favorite brews, socialize, or find solace in a cozy environment." (Exhibit 2.) While large brands like Starbucks have traditionally dominated the market, coffee lovers

are becoming more discerning in their preferences in both the quality of coffee they consume and where they consume it. (*Id*.) This has led to the rise of specialty coffee shops. Specialty coffee shops can offer exceptional quality, customized experiences, and a sense of community better than the large brands can. (*Id*.) It is for these reasons, "the specialty coffee shop market is estimated to grow by $39.17 billion from 2022 to 2027. (*Id*.)

14. As the popularity of specialty coffee shops continues to grow, this ultimately leads to more entrants into the market, which inevitably leads to increased competition in the industry. (Exhibit 3.) These entrants in the specialty coffee industry must constantly strive to differentiate themselves by offering unique flavors, sourcing practices, and innovative brewing techniques. (*Id*.) They must also compete in brand positioning, distribution channels and marketing strategies. (*Id*.)

**COMPETITION IN BUSINESS IS FUNDAMENTAL TO THE ECONOMY**

15. While the specialty coffee business is a competitive one, competition in business is good. "Healthy market competition is fundamental to a well-functioning U.S. economy. Basic economic theory demonstrates that when [businesses] have to compete for customers, it leads to lower prices, higher quality goods and services, greater variety, and more innovation." (Exhibit 4.)

16. As University of North Carolina professor Paolo Fulghieri states, "Innovative companies should not fear competition… [c]ompetition between rival companies increases the value of employees' human capital and can be a great

motivating factor for employees, and ultimately, that is good for both the employees and their company." (Exhibit 5.)

## FOOD SERVICE BUSINESSES HAVE AMONGST THE HIGHEST FAILURE RATES

17.     Although good for innovation and the economy, the downside of competition is that not everyone succeeds.  This is especially true in the food service industry, which has amongst the highest failure rates within in all industries.[1]

18.     Among the multitude of factors for why food service businesses close, some of the more common reasons are:

- Location;

- Not enough capital to operate;

- Bad customer service;

- Poor management;

- Poor marketing; and

- Owners being too hands off.[2]

## LAWS PREVENT UNFAIR COMPETITION

19.     However, no matter how hard it is for businesses to compete, the laws of the United States and the individual states prohibit businesses from using unfair and deceptive business practices to get ahead.

---

[1] https://finance.yahoo.com/news/10-small-businesses-high-failure-110901896.html

[2] https://longitudedesign.com/8-most-common-reasons-restaurants-close-within-the-first-year/#:~:text=A%20Terrible%20Location%20You've%20heard%20it%20said:,that%20makes%20turning%20a%20profit%20almost%20impossible.

20.     Defendants, as further shown below, have individually and collectively used various unfair and deceptive business practices to harm Waterbean and the citizens of North Carolina.

## FACTS

### *WATERBEAN'S BUSINESS*

21.     Waterbean is a specialty coffee shop that opened its first store in Cornelius, North Carolina in 2013 (the "Cornelius Shop"). Waterbean was the first coffee shop in the area that offered a variety of brewing methods such as pour-over, French press, Aeropress, and over five different single origin espresso varieties.[3]

22.     Waterbean next expanded by opening a store in Huntersville, and due to the popularity and success of these two stores, Waterbean rapidly grew and opened stores in Denver, Winston Salem, Morgantown, etc.  Waterbean currently has 16 stores in the Charlotte metropolitan area and surrounding suburbs.[4]

### *COFFEE REPUBLIC'S BUSINESS*

23.     SKS Holdings's coffee shop under the Coffee Republic brand is a coffee shop and bakery that opened in 2003. https://coffeerepub.com/about-us/

24.     Coffee Republic has a total of 8 stores located in Maryland, Washington D.C., and North Carolina.  Coffee Republic's stores in North Carolina are in Ballantyne, Denver, Mooresville, Cornelius, Huntersville, and Matthews. https://coffeerepub.com/locations/

---

[3] https://www.waterbean.coffee/about-us

[4] https://www.waterbean.coffee/locations

## COFFEE REPUBLIC USES A PHOTOGRAPH OF WATERBEAN'S DENVER STORE ON ITS WEBSITE WITHOUT WATERBEAN'S PERMISSION

25. Sometime before June 13, 2024, Coffee Republic, without authorization from Waterbean, took an image of the Waterbean's Cornelius store (the "Image") and posted it on Coffee Republic's website to represent that the Image was the interior of Coffee Republic's store in Cornelius, North Carolina.

26. The Image appeared on Coffee Republic's website twice: (1) under the "about us" section; and (2) under the "locations" section. True and correct copies of the about us and locations sections of Coffee Republic's website are attached hereto and incorporated herein as Exhibit 6.

27. Upon learning of Coffee Republic's use of the Image, Waterbean contacted Sean, on June 13, 2024, to request that the Image to be removed from Coffee Republic's website, and that Coffee Republic no longer misrepresent that the interior of Waterbean's Cornelius store is Coffee Republic's Cornelius store. (Exhibit 7.)

28. That same day, Sean responded to Waterbean's email and told Waterbean that they placed the Image on Coffee Republic's website because they had to restore Coffee Republic's website due to a hack and that the web designer must have used the Image as a placeholder. (Exhibit 8.) Sean apologized for the unauthorized use of the Image and said that it would be removed from Coffee Republic's website. (*Id.*)

29. Weeks had passed, but the Image had still not been removed from Coffee Republic's website. Waterbean again emailed Sean to notify him that the Image was

still on Coffee Republic's website, and not removed as he agreed to do. (Exhibit 9.) Sean ignored that email.

30. Having been ignored by Sean and seeing that the Image was still on Coffee Republic's website, on July 24, 2024, Waterbean, this time through counsel, sent a cease-and-desist email to Sean, explicitly demanding the removal of the Image from Coffee Republic's website. (See Exhibit 10.)

31. That same day, Sean, via his Z Global email address, responded by stating "😅😂😅😂😅 this is the most ridiculous s[***] I've ever heard of – I am so glad they spent money on an attorney to send it." (See Exhibit 11.) Sean then stated "[d]on't you worry it'll be down soon enough." (*Id.*)

32. Another week passed and Sean still did not remove the Image from Coffee Republic's website. On August 2, 2024, Waterbean's attorney sent Sean another email notifying him that ignoring Waterbean's demands would no longer be tolerated and that unless the Image was removed "from [Defendants'] website immediately, with confirmation delivered to [Waterbean's attorney] that the [I]mage is removed no later than Monday, August 5, 2024, by 9 am Eastern time," Waterbean would file a lawsuit imminently. (Exhibit 12.)

33. The Image was removed from Coffee Republic's website sometime between August 2nd and August 5th, but Sean did not send confirmation to Waterbean or its attorney, as instructed.

**AFTER THE IMAGE WAS REMOVED FROM COFFEE REPUBLIC'S WEBSITE FAKE 1-STAR REVIEWS FOR WATERBEAN SUSPICIOUSLY BEGAN APPEARING ON GOOGLE**

34.     Soon after the Image was removed from Coffee Republic's website, a number of fake 1-star reviews suspiciously began appearing on Google for Waterbean's Denver store.

35.     Before this string of suspicious 1-star reviews that all took place within a couple of weeks of each other, Waterbean Coffee had only one 1-star review.

36.     A reviewer named Jason Mitchell claimed to have received "Delivery" service from the Denver store and that it cost between "$20-30." (Exhibit 13.) Jason Mitchell claimed that the "coffee was over-brewed and bitter" and "[n]ot up to the mark compared to other coffee spots." (*Id*.) Jason Mitchell also stated that despite getting the coffee by delivery, "the service was noticeably slow." (*Id*.) Jason Mitchell gave Waterbean's Denver store "1/5' for "Food," "Service," and "Atmosphere." (*Id*.)

37.     Jason Mitchell has made a total of two Google reviews, one for Waterbean's Denver store, and the other for Steadily, an online insurance agency that purportedly provides insurance for landlords. (Exhibit 14.)

38.     Reviewer Keith Moreno claimed to have had "Lunch," which was received via "Delivery," and that it cost between "$50-100." (Exhibit 15.) Despite claiming that the review was based on receiving a delivery, Keith Moreno was "[disappointed with [his] recent visit. The staff seemed indifferent, and the coffee was lukewarm. I had higher expectations based on previous visits." (*Id*.) Keith Moreno gave Waterbean's Denver store "1/5' for "Food," "Service," and "Atmosphere." (*Id*.)

39.     Keith Moreno's only other Google review was for Fig Linens and Home ("Fig Linens"), a home furnishings store located in Westport Connecticut, which Keith Moreno gave a 5-star review. (Exhibit 16.)

40.     Reviewer Leah V. claimed to have "[d]ine[d] in" and spent between "$30-50" at Waterbean. (Exhibit 17.) Leah V. stated that "[t]he coffee was over-roasted, and the service was slower than expected. Not the best experience compared to other coffee shops in the area." (*Id*.) Leah V. gave Waterbean's Denver store "1/5' for "Food," "Service," and "Atmosphere." (*Id*.)

41.     Leah V., like Keith Moreno provided a review for Fig Linens, and like Keith Moreno, gave Fig Linens a 5-star review. (Exhibit 18.)

42.     Leah V. also provided a review for Naples Florida Vacation Homes, LLC ("Naples Homes"), a company that purportedly provides vacation homes and condos to people who seek to vacation in Naples, Florida. Leah V. gave Naples Homes a 5-star review. (Exhibit 19.)

43.     Leah V.'s only other review is for Tasse Coffee Roastery ("Tasse"), a coffee shop located in Tokyo, Japan. Leah V. gave Tasse 5 stars and stated "[t]his shop has the best drip coffee around! The tasting corner is a unique feature, and the shop is always clean and relaxing." (Exhibit 20.)

44.     Reviewer Owen Z. claimed to have "[d]ine[d] in," and spent between "$50-100" at Waterbean's Denver store. (Exhibit 21.) Owen Z. stated that "[t]he seating area was cramped, and the noise level made is hard to enjoy my coffee. I prefer

a quieter, more comfortable environment." (*Id.*)  Owen Z. gave Waterbean's Denver store "1/5' for "Food," "Service," and "Atmosphere." (*Id.*)

45.    Owen Z.'s only other review is for Missouri Custom Home Builders, L.L.C. ("MCB"), which claims to be a full-service architecture, design-build and construction company in Maplewood, Missouri.  Owen Z. gave MCB 5 stars and stated "MCB did a great job on our home. Excellent value and service!" (Exhibit 22.)

46.    Reviewer Ira Demetrius claimed to have "Breakfast" from Waterbean's Denver store via "Take out," and that breakfast cost between "$30-50." (Exhibit 23.) Ira Demetrius stated that "Waterbean Coffee has a nice atmosphere, but the prices are a bit high for the quality of coffee offered. Not worth the cost for me." (*Id.*)  Despite stating that the atmosphere was nice, Ira Demetrius gave Waterbean's Denver store a 1/5 for "Atmosphere," and also gave "1/5' for "Food," and "Service." (*Id.*)

47.    Ira Demetrius also reviewed Naples Homes, giving it 5 stars. (Exhibit 24.)

48.    The other two reviews Ira Demetrius made on Google were for Azalia Spa-Massage, and The Jacuzzi Spa-Massage Spa, both of which are located in Noida, India. Ira Demetrius gave both of these spas in India 5 stars. (Exhibit 25.)

49.    Reviewer Ngozi Fredrick claimed to have taken out from Waterbean's Denver store and that is cost between "$30-50." (Exhibit 26.) Ngozi Fredrick stated that despite getting takeout, the "seating area at Waterbean Coffee was cramped and uncomfortable. The coffee was average, and the overall experience didn't justify the

high price." (*Id.*) Nngozi Fredrick gave Waterbean's Denver store "1/5' for "Food," "Service," and "Atmosphere." (*Id.*)

50.     Ngozi Fredrick's only other review is for Tasse. Ngozi Fredrick gave Tasse a 5-star review and stated "[l]ove the hand drip coffee here! The tasting corner is a fun way to discover new beans. The shop is clean and has a very nice atmosphere." (Exhibit 27.)

## Reviewers Who Made Fake 1-Star Reviews for Waterbean Give Coffee Republic 5-Star Reviews

51.     Reviewer Irma Carter was "[d]isappointed with Waterbean Coffee. The coffee was over-brewed and bitter, and the service was noticeably slow. Not up to the mark compared to the other coffee spots." (Exhibit 28.) Irma Carter gave Waterbean's Denver store "1/5' for "Food," "Service," and "Atmosphere." (*Id.*)

52.     Among the other reviews, Irma Carter left a 5-star review for Tekkis, a company that claims to provide cybersecurity and other online security services. (Exhibit 29.)

53.     Irma Carter also left a 5-star review for Naples Homes.  (Exhibit 30.)

54.     Irma Carter's only other review was for Coffee Republic's Matthews store.  Irma Carter gave Coffee Republic's Matthews store a 5-star review, stating that it is the "perfect blend of great coffee and a comfortable setting. Coffee Republic in Matthews never disappoints." (Exhibit 31.)

55.     Reviewer Sidney Vega claimed to have ordered delivery from Waterbean's Denver store and that it cost between "$50-100."  (Exhibit 32.) Sidney

Vega stated that the "atmosphere was nice, but the coffee quality was inconsistent. I've had better experiences at other local cafes. Service could also use improvement." (*Id.*) Despite stating that the atmosphere was nice, Sidney Vega gave Waterbean's Denver store a 1/5 for "Atmosphere," and also gave "1/5' for "Food," and "Service." (*Id.*)

56.     Sidney Vega also left a review for Naples Homes and gave it 5 stars. (Exhibit 33.)

57.     Sidney Vega's only other review that could be found is for Coffee Republic's Matthews store. In the 5-star review, Sidney Vega stated that "Coffee Republic in Matthews is fantastic! Their espresso drinks are expertly crafted, and the cozy ambiance makes it a perfect spot to unwind. The staff is friendly and attentive—highly recommend." (Exhibit 34.)

58.     Reviewer Denna Byrd claimed to have had lunch delivered from Waterbean's Denver store and that it cost between "$30-50." (Exhibit 35.) Denna Byrd "[h]ad high expectations, but Waterbean Coffee didn't deliver. The espresso was lukewarm, and the staff seemed indifferent." (*Id.*) Denna Byrd gave Waterbean's Denver store "1/5' for "Food," "Service," and "Atmosphere." (*Id.*)

59.     Denna Byrd gave Steadily 5 stars and was "grateful for Steadily's house-flipping insurance—it's flexible and meets all my investment needs." (Exhibit 36.)

60.     Denna Byrd also gave Coffee Republic's Matthews store a 5-star review. Denna Byrd stated that "Coffee Republic's ambiance and exceptional coffee make it a

favorite of mine. The staff is always friendly and helpful, ensuring every visit is enjoyable." (Exhibit 37.)

61.     Denna Byrd's only other review is for Tasse. Denna Byrd gave Tasse a 5-star review and stated that the "hand drip coffee here is excellent! The tasting corner is a wonderful way to explore different beans. The shop is spotless and very inviting." (Exhibit 38.)

### Fake Reviewers Continue to Give Coffee Republic and the Same Handful of Businesses
### 5-Star Reviews

62.     Whereas Waterbean had only one 1-star review prior to the string of fake reviews began showing up on Google, Coffee Republic has received numerous bad reviews from actual people for years.  (See sampling of bad Google reviews for Coffee Republic Matthews and Georgetown, attached as Exhibit 39.)

63.     However, within the past couple of months, a string of 5-star reviews began appearing for Coffee Republic's Matthews and Georgetown locations.

64.     Reviewer Robert Moore gave Coffee Republic's Matthews store a 5-star rating and stated "[l]ove Coffee Republic! The atmosphere is perfect for catching up with friends or working. The coffee is rich and flavorful, and the staff goes above and beyond to ensure a great experience." (Exhibit 40.)

65.     Robert Moore's only other review is for Tasse, which received a 5-star rating. Robert Moore stated that Tasse is a "great place for hand drip coffee. The variety of beans is impressive, and the tasting corner is a nice touch. The shop is clean and has a very nice atmosphere." (Exhibit 41.)

66.     Reviewer Henry Lloyd's only reviews are for Coffee Republic's Matthews store, Tasse, and Naples Homes. Henry Lloyd gave Coffee Republic's Matthews store a 5-star rating, and stated "Coffee Republic offers a delightful coffee experience. The variety of options and the welcoming environment make it an ideal spot to enjoy your favorite drink." (Exhibit 42.)

67.     Henry Lloyd gave Tasse a 5-star rating and stated "I can't get enough of their hand drip coffee! The tasting corner is perfect for trying new beans. The shop is always clean and has a nice, relaxing atmosphere." (Exhibit 43.)

68.     Henry Lloyd gave Naples Homes a 5-star rating, and stated "[t]he house was full of charm, and the location was ideal for exploring town. The well-appointed kitchen and comfortable living spaces made our stay enjoyable. Would highly recommend for a relaxing [*sic*]." (Exhibit 44.)

69.     Reviewer Terasa M. gave Coffee Republic's Matthews store a 5-star review and stated that "Coffee Republic is consistently excellent. The coffee is top-quality, the staff is friendly, and the ambiance is perfect for any time of day. Highly recommend." (Exhibit 45.)

70.     Teresa M.'s other reviews are for Tekkis, Fig Linens, and MCB, all of which received 5-star reviews. (Exhibit 46.)

71.     Reviewer Ciara Collins gave Coffee Republic a 5-star review and stated that the Georgetown store "provides an unbeatable coffee experience. The quality and flavors of their brews are consistently impressive, and the environment is always welcoming." (Exhibit 47.)

72. Ciara Collins's only other reviews are for Naples Homes and Tasse, both of which are 5-star reviews. (Exhibit 48.)

73. Reviewer Lorraine Beltran gave Coffee Republic Georgetown a 5-star review and stated that "Coffee Republic Georgetown serves the best coffee in town! The blends are unique, the atmosphere is cozy, and the staff always goes the extra mile to ensure a great visit." (Exhibit 49.)

74. Lorraine Beltran's only other reviews are for Naples Homes, Tekkis, and Solar Link, a company that installs solar panels in Australia. All of these reviews are 5-star reviews. (Exhibit 50.)

75. Reviewer Julia Hunter gave Coffee Republic Georgetown a 5-star review and stated that "Coffee Republic Georgetown redefines coffee excellence. The flavorful brews and comfortable seating create an ideal spot for a perfect coffee experience." (Exhibit 51.)

76. Including Coffee Republic, Julia Hunter has six total reviews – all of them are 5-star reviews. Those other reviews are for Solar Link, Tekkis, Steadily, Naples Homes, and Living Faith Church, a church located in Malawi, Africa. (Exhibit 52.)

77. Reviewer Lennon Charlie stated that Coffee Republic Georgetown's "commitment to quality shines in every sip." Lennon Charlie gave Coffee Republic Georgetown a 5-star review. (Exhibit 53.)

78. Lennon Charlie's only other review is for Fig Linens, which was a 5-star review. (Exhibit 54.)

79. Reviewer Kevin McGlade's 5-star review of Coffee Republic Georgetown stated that "Coffee Republic is a gem! The baristas craft each cup with care, and the ambience is perfect for both work and relaxation. A coffee lover's paradise!" (Exhibit 55.)

80. Kevin McGlade's only other review is a 5-star review for Fig Linens. (Exhibit 56.)

81. In reviewer Whitney Fredrickson's 5-star review of Coffee Republic Georgetown, Whitney Fredrickson stated that "Coffee Republic Georgetown is a true coffee haven! The rich, bold flavors and warm atmosphere make it a perfect spot to start my day. The staff is always welcoming, and the service is excellent." (Exhibit 57.)

82. Whitney Fredrickson's only other review is a 5-star review for Fig Linens. (Exhibit 58.)

83. In the 5-star review that reviewer Joel Matthews left for Coffee Republic Georgetown, Joel Matthews wrote that "[t]he experience at Coffee Republic Georgetown is always top-tier. Delicious coffee, inviting atmosphere, and friendly staff make it the best café in town." (Exhibit 59.)

84. Like Kevin McGlade and Whitney Fredrickson, Joel Matthews' only other review is a 5-star review for Fig Linens. (Exhibit 60.)

85. Reviewer Cynthia R. stated "I love Coffee Republic Georgetown for its relaxing atmosphere and superb service. The coffee is always fresh and brewed to

perfection, making it a delightful place to start my day." Cynthia R. gave Coffee Republic Georgetown 5 stars. (Exhibit 61.)

86.    Cynthia R.'s only other review was for MCB, which she gave 5 stars. (Exhibit 62.)

87.    Reviewer Donnie Sherman stated that Coffee Republic Georgetown's "[c]onsistently fresh beans ensure each cup is bursting with flavor." Donnie Sherman gave Coffee Republic Georgetown 5 stars. (Exhibit 63.)

88.    Donnie Sherman's two other reviews are for Fig Linens, and Barbara Etrick, a State Farm insurance agent located in Sacramento, California. Both reviews gave 5 stars.  (Exhibit 64.)

89.    Sean has also provided some of his own reviews.  Sean recently gave Coffee Republic's Matthews store a 5-star review, claiming that it is the "[b]est Coffee I've ever had, so glad they're in the neighborhood!" (Exhibit 65.)

90.    Not only has Sean touted his own coffee shops' coffee as the best he's ever had, but he has also taken the time to give his competitors negative reviews.  For example, without any context for his reasons, Sean gave Summit Coffee's Birkdale Landing store a 1-star review.  (Exhibit 66.)

### GOOGLE REVIEWS ARE IMPORTANT FOR BUSINESSES

91.     Google is the most used and trusted search engine platform and thus the reviews on Google are extremely important for businesses.[5]

---

[5] https://www.forbes.com/sites/allbusiness/2022/07/27/what-every-small-business-needs-to-know-about-google-reviews/.

92. Good Google reviews boost businesses online profiles and drives more traffic to these businesses. (*Id.*)

93. Because Google reviews are so powerful, this gives companies the incentive to buy fake reviews.[6]

94. Fake reviews are on virtually every single internet platform. (*Id.*)

## FTC BANS FAKE REVIEWS

95. Because fake reviews are everywhere on the internet, the Federal Trade Commission (the "FTC") recently announced a final rule banning them. (See FTC announcement, attached as Exhibit 67.)

96. In announcing this final rule, FTC Chair Lina M. Khan stated that a ban on fake reviews is needed because "[f]ake reviews not only waste people's time and money, but also pollute the marketplace and divert business away from honest competitors." (*Id.*)

97. "Fake or False Consumer Reviews" are those made by someone who does not exist (e.g., AI-generated reviews), or someone who did not have an actual experience with the business, or misrepresent the experience of the person giving the review. (*Id.*)

98. The FTC's "final rule prohibits businesses from providing compensation or other incentives conditioned on the writing of consumer reviews expressing a particular sentiment, either positive or negative." (*Id.*)

---

[6] https://www.washingtonpost.com/technology/2023/06/30/fake-reviews-online-ftc/.

99.     In addition to banning business from purchasing fake reviews, the FTC's final rule banned "reviews and testimonials written by company insiders that fail to clearly and conspicuously disclose the giver's material connection to the business." (*Id.*)

## GUIDANCE ON HOW TO SPOT FAKE REVIEWS

100.    The FTC, having brought numerous enforcement actions against fake reviews provides some guidance in how to spot fake reviews.  The FTC guides the public to:

- Check for a burst of reviews over a short period of time, which can mean the mean the reviews are fake:

- Check the reviewer's other reviews to get a better sense of how much to trust that reviewer; and

- Check to see if the reviewer's account seemed to have been created to write the review, which can indicate whether the review or the account itself is fake.

(Exhibit 68.)

101.    In addition to these tips, the Better Business Bureau ("BBB") states that fake reviews can be spotted through the use of "Misspellings and poor grammar" because fake reviews are frequently outsourced to "content farms" whose reviewers are "not native English speakers." (Exhibit 69.)   The BBB warns, "[i]f you read a review out loud and it doesn't sound natural, it could be fake."  (*Id.*)

102.    North Carolina's Attorney General also guides the citizens of North Carolina to follow the above-mentioned tips to spot fake reviews – check the frequency of the reviews, the grammar of the review, and to check the reviewer's profile to determine whether a review is fake.  (Exhibit 70.)

103. The Attorney General, however, adds that "[p]eople who reviews products tend to do so regularly, and they'll have different opinions on every product." (*Id.*)

## WATERBEAN'S 1-STAR REVIEWS ARE OBVIOUSLY FAKE, AS ARE SOME OF COFFEE REPUBLIC'S 5-STAR REVIEWS

### The Content of the 1-Star Reviews for Waterbean Prove They are Fake

104. Based on the tips from the FTC, the BBB, and North Carolina's Attorney General, a quick look at the content of Waterbean's 1-star reviews proves that they are fake.

105. For example, Jason Mitchell, Keith Moreno, Sidney Vega, and Denna Byrd all claim to have received their coffee/food delivered to them. However, Waterbean does not offer a delivery service, either directly or indirectly through a third-party, such as Grubhub or Uber Eats. Someone who actually has been to a Waterbean store or tried to order delivery would know that delivery service is unavailable.

106. Despite claiming to have received delivery, Keith Moreno was disappointed with his recent visit. (See Ex. 15.) This makes no sense and is a clear sign that this is a fake review.

107. Sidney Vega claimed that Waterbean's service could use an improvement, even though Sidney Vega claimed to have had the coffee delivered. (See Ex. 32.) This is also irreconcilable and is another clear sign that this is a fake review.

108. Denna Byrd claimed that Waterbean's "staff seemed indifferent." (See Ex. 37.) The only logical explanation for how Denna Byrd could claim that

Waterbean's "staff seemed indifferent" when Denna Byrd never stepped inside of Waterbean's Denver store because the coffee was purportedly delivered, is that it is a fake review.

109. Ira Demetrius stated that "Waterbean Coffee has a nice atmosphere," but gave the Denver store 1/5 for atmosphere. (See Ex. 23.) This is an obvious disconnect and another sign that Ira Demetrius' review is fake.

110. Ngozi Frederick claimed to have had takeout but commented that "the seating area at Waterbean was cramped and uncomfortable." (See Ex. 26.) This logical disconnect is another sign that Ngozi Fredrick's review is fake.

111. Another obvious sign that Waterbean's 1-star reviews are fake are that they overly inflate Waterbean's prices. A large drip specialty coffee at Waterbean's Denver store is $3.60. (Exhibit 71.) The most expensive single item at that location is an affogato or a large vegan fruit smoothie, both costing $7. (*Id.*)

112. However, despite these prices, Jason Mitchell, Leah V., Ira Demetius, Denna Byrd, and Ngozi Frederick claim that the prices at Waterbean are between "$20-30."

113. Even more egregious, Keith Moreno, Owen Z., and Sidney Vega claim that the prices at Waterbean are between "50-100."

114. The overinflation of Waterbean's prices in these 1-star reviews are another clear indicator that these reviews are fake.

**The Content of the 5-Star Reviews for Coffee Republic Prove They are Fake**

115. According to Coffee Republic's online menu, from which customers can order pick up and delivery, a drip coffee costs between $3.89 - $4.49. (See Coffee Republic Georgetown menu attached as Exhibit 72.)

116. The most expensive drink item on Coffee Republic's Georgetown menu is a "Black Eye," which at the largest size is $8.49. (*Id.*)

117. The most expensive food item Coffee Republic Georgetown's location sells is either a "Mediterranean Quiche," or a "Spinach Artichoke Quiche," both cost $7.95. (*Id.*)

118. Despite these prices, reviewers Kevin McGlade, Ciara Collins, Lennon Charlie state that the "Price per person" at Coffee Republic Georgetown is between "$20-30." (See Exs. 55, 47, and 53, respectively.)

119. Reviewers Donnie Sherman, Whitney Fredrickson, Lorraine Beltran, and Cynthia R. state that the "Price per person" at Coffee Republic Georgetown is between "$30-50." (See Exs. 63, 57, 49, and 61, respectively.)

120. Reviewers Joel Matthews and Julia Hunter state that the "Price per person" at Coffee Republic Georgetown is between "$50-100." (See Exs. 59 and 49, respectively.)

121. These inflated prices are not limited to Coffee Republic's Georgetown store. Reviewer Sidney Vega stated that the "Price per person" at Coffee Republic Matthews store is between "$30-50." (See Ex. 34.)

122. Reviewer Robert Moore stated that the "Price per person" at Coffee Republic Matthews store is between "$50-100." (See Ex. 40.)

123. Reviewer Henry Lloyd claims that the "Price per person" at Coffee Republic Matthews store is between "$100+." (See Ex. 42.)

124. These over-inflations on the prices for Coffee Republic's reviews are clear indicators that they are fake.

### The Reviewers' Other Reviews Prove That Those Reviews are Fake and that Defendants Bought the Fake Reviews from the Same Business as MCB, Fig Linens, Tekkis, Naples Homes, Steadily, and Tasse

125. As shown, the totality of each reviewers' reviews are small in number; the accounts appear to be recently made and created for the purpose of those few reviews; and these reviewers only review the same handful of places – MCB, Fig Linens, Tekkis, Naples Homes, Steadily, Tasse, Waterbean and Coffee Republic. According to the FTC and North Carolina Attorney General, these are all signs that indicate that these reviews are fake.

126. In addition to reviewing Waterbean and/or Coffee Republic, Jason Mitchell, Denna Byrd, and Julia Hunter all left 5-star reviews for Steadily, the online insurance company for landlords. (See Exs. 14, 36, and 52, respectively.)

127. In addition to reviewing Waterbean and/or Coffee Republic, Owen Z., Teresa M., and Cynthia R. all left 5-star reviews for MCB, the custom home builder in Missouri. (See Exs. 22, 46, and 62, respectively.)

128. In addition to reviewing Waterbean and/or Coffee Republic, Irma Carter, Teresa M., Lorraine Beltran, and Julia Hunter all left 5-star reviews for Tekkis, the online cyber security company. (See Exs. 29, 46, 50, and 52, respectively.)

129.   In addition to reviewing Waterbean and/or Coffee Republic, Keith Moreno, Leah V., Teresa M., Lennon Charlie, Kevin McGlade, Whitney Fredrickson, Joel Matthews, and Donnie Sherman all left 5-star reviews for Fig Linens, the home store in Connecticut. (See Exs. 16, 18, 46, 54, 56, 58, 60, and 64, respectively.)

130.   In addition to reviewing Waterbean and/or Coffee Republic, Leah V., Ira Demetrius, Irma Carter, Sidney Vega, Henry Lloyd, Ciara Collins, Lorraine Beltran, and Julia Hunter all left 5-star reviews for Naples Homes, the vacation rental property company in Florida. (See Exs. 19, 24, 30, 33, 44, 48, 50, and 52, respectively.)

131.   In addition to reviewing Waterbean and/or Coffee Republic, Leah V., Denna Byrd, Ngozi Fredrick, Robert Moore, Henry Lloyd, and Ciara Collins all left 5-star reviews for Tasse, the specialty coffee shop in Japan.  (See Exs. 20, 38, 27, 41, 43, and 48, respectively.)

132.   According to the guidance by the FTC, the limited amount of reviews by the aforementioned reviews and the remarkable overlap of the businesses that these reviewers reviewed – MCB, Tekkis, Steadily, Fig Linens, Naples Homes, Tasse, Waterbean and Coffee Republic prove that not only are the above-mentioned reviews fake, but that these companies and Coffee Republic all purchased these fake reviews from the same vendor or vendors.

**The Fake Reviews Have a Negative Impact on Waterbean's Business**

133.   The Defendants' procurement of the fake 1-star Google reviews has a real negative impact on Waterbean.

134.   For example, reviewer Brooklyn Ketterer stated, "I was hesitant [to go to Waterbean's Denver store] because of the negative review." (Exhibit 73.)

135.   But, after going to Waterbean's Denver store, Brooklyn Ketterer stated that it was "[m]y new favorite local spot." (*Id*.)

136.   The fact that Brooklyn Ketterer still tried out Waterbean, despite the negative reviews in unique. Many potential customers did not give Waterbean the opportunity to earn their business because of these fake reviews.

## COUNT I - LANHAM ACT VIOLATION

### Against All Defendants for Wrongful Use of the Image

137.   Waterbean incorporates paragraphs 1-136 as if fully incorporated herein.

138.   Unfair Competition - False Description and Representation - 15 U.S.C. § 1125(a) states that "[a]ny person who, on or in connection with any goods or services … uses in commerce any word, term, name, symbol, or device, or any combination thereof, or any false designation of origin, false or misleading description of fact, or false or misleading representation of fact, which -- (A) is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of such person with another person, or as to the origin, sponsorship, or approval of his or her goods, services, or commercial activities by another person, or (B) in commercial advertising or promotion, misrepresents the nature, characteristics, qualities, or geographic origin of his or her or another person's goods, services, or commercial

activities, shall be liable in a civil action by any person who believes that he or she is or is likely to be damaged by such act."

139. Defendants, without authorization from Waterbean, placed the Image on Coffee Republic's website to advertise that the interior of Waterbean's Cornelius store was in inside of Coffee Republic's Cornelious store.

140. Defendants used the Image on Coffee Republic's website to promote sales of its goods and services.

141. The unauthorized use of the Image on Coffee Republic's website falsely represented to the public that the inside of Coffee Republic's Cornelius store looked like Waterbean's Cornelius store.

142. The unauthorized use of the Image confused the public, creating a mistaken affiliation, connection, and/or association between Coffee Republic and Waterbean and misrepresenting the origin of Coffee Republic's goods and services in violation of 15 U.S.C. § 1125(a).

143. The unauthorized use of the Image on Coffee Republic's website misrepresented the nature, characteristics, and/or qualities of Coffee Republic's Cornelious store in violation of 15 U.S.C. § 1125(a).

144. The unlawful use of the Image damaged Waterbean's business, and the goodwill and reputation it has earned.

145. As a direct and proximate result of Defendants' violation of 15 U.S.C. § 1125(a), Waterbean suffered damages in an amount in excess of $25,000, the precise

amount to be proven at the trial of this matter, plus pre- and post-judgment interest and attorneys' fees, pursuant to 15 U.S.C. § 1117.

## COUNT II – NORTH CAROLINA UNFAIR AND DECEPTIVE TRADE PRACTICES ACT VIOLATION

### Against All Defendants for Wrongful Use of the Image

146.    Waterbean incorporates paragraphs 1-136 as if fully incorporated herein.

147.    North Carolina Unfair and Deceptive Trade Practices Act – N.C. Gen. Sat. § 75-1.1. states that "[u]nfair methods of competition in or affecting commerce, and unfair or deceptive acts or practices in or affecting commerce, are declared unlawful."

148.    Defendants, without authorization from Waterbean, used the Image on Coffee Republic's website to advertise that the interior of Waterbean's Cornelius store was Coffee Republic's Cornelious store.

149.    The unauthorized use of the Image on Coffee Republic's website falsely represented to the public that the inside of Coffee Republic's Cornelius store looked like Waterbean's Cornelius store.

150.    Defendants' unauthorized use of the Image on Coffee Republic's website falsely deceived the public into thinking that Waterbean's products and services are Coffee Republic's services, constituting unfair and deceptive trade acts or practices in violation of N.C. Gen. Stat. 75-1.1.

151.    Defendants' unauthorized use of the Image on Coffee Republic's website falsely deceived the public into thinking that Coffee Republic's products and services

- 28 -

are comparable in quality to Waterbean's, constituting unfair and deceptive trade acts or practices in violation of N.C. Gen. Stat. 75-1.1.

152. Defendants' unauthorized use of the Image takes the goodwill that Waterbean has earned throughout the Cornelius area and surrounding areas, and unlawfully seeks to pass it onto Coffee Republic, constituting unfair and deceptive trade acts or practices in violation of N.C. Gen. Stat. 75-1.1.

153. As a direct and proximate result of Defendants' unfair and deceptive trade practices, Waterbean suffered damages in an amount in excess of $25,000, the precise amount to be proven at the trial of this matter, plus pre- and post-judgment interest and attorneys' fees, pursuant to N.C. Gen. Stat. § 75-16-1.

154. Pursuant to N.C. Gen. Stat. § 75-16, Waterbean is entitled to recover from Defendants treble compensatory damages.

## COUNT III – NORTH CAROLINA'S FRAUDULENT AND DECEPTIVE ADVERTISEMENT ACT VIOLATION

### Against All Defendants for Wrongful Use of the Image

155. Waterbean incorporates paragraphs 1-136 as if fully incorporated herein.

156. N.C. Gen. Sat. § 14-117 states that "[i]t shall be unlawful for any person, firm, corporation or association, with intent to sell or in anywise to dispose of merchandise, securities, service or any other thing offered by such person, firm, corporation or association, directly or indirectly, to the public for sale or distribution,

or with intent to increase the consumption thereof, or to induce the public in any manner to enter into any obligation relating thereto, or to acquire title thereto, or an interest therein, to make public, disseminate, circulate or place before the public or cause directly or indirectly to be made, published, disseminated, circulated or placed before the public in this State, in a newspaper or other publication, or in the form of a book, notice, handbill, poster, bill, circular, pamphlet or letter, or in any other way, an advertisement of any sort regarding merchandise, securities, service or any other thing so offered to the public, which advertisement contains any assertion, representation or statement of fact which is untrue, deceptive or misleading: Provided, that such advertising shall be done willfully and with intent to mislead."

157. Defendants, without authorization from Waterbean, purposefully placed the Image on Coffee Republic's website, with the intent to advertise that the interior of Waterbean's Cornelius store was Coffee Republic's Cornelious store.

158. Defendants did so with the intent to sell Coffee Republic's merchandise and services.

159. The unauthorized use of the Image on Coffee Republic's website misled the public to believe that the inside of Coffee Republic's Cornelius store looked like Waterbean's Cornelius store.

160. Defendants' use of the Image on Coffee Republic's website falsely advertised Waterbean's services as Coffee Republic's services, constituting a deceptive and misleading advertisement in violation of N.C. Gen. Stat § 14-117.

161. Defendants' use of the Image on Coffee Republic's website misleads the public into believing that there is an association or relationship between Waterbean and Coffee Republic, constituting a deceptive and misleading advertisement in violation of N.C. Gen. Stat § 14-117.

162. Defendants' use of the Image on Coffee Republic's website falsely advertises that Coffee Republic's products, services, and accommodations are comparable in quality to Waterbean's, constituting a deceptive and misleading advertisement in violation of N.C. Gen. Stat § 14-117.

163. As a direct and proximate result of Defendants' violation of N.C. Gen. Stat. § 14-117, Waterbean suffered damages in an amount in excess of $25,000, the precise amount to be proven at the trial of this matter, plus pre- and post-judgment interest and attorneys' fees, pursuant to N.C. Gen. Stat. § 14-117.

## COUNT IV - LANHAM ACT VIOLATION

## Against All Defendants for Procuring Fake 1-Star Reviews for Waterbean

164. Waterbean incorporates paragraphs 1-136 as if fully incorporated herein.

165. Unfair Competition - False Description and Representation - 15 U.S.C. § 1125(a) states that "[a]ny person who, on or in connection with any goods or services … uses in commerce any word, term, name, symbol, or device, or any combination thereof, or any false designation of origin, false or misleading description of fact, or false or misleading representation of fact, which -- (A) is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of such

person with another person, or as to the origin, sponsorship, or approval of his or her goods, services, or commercial activities by another person, or (B) in commercial advertising or promotion, misrepresents the nature, characteristics, qualities, or geographic origin of his or her or another person's goods, services, or commercial activities, shall be liable in a civil action by any person who believes that he or she is or is likely to be damaged by such act."

166. Defendants procured fake 1-star reviews on Google to provide false and misleading facts about the quality of goods and services Waterbean provides.

167. Defendants procured these fake 1-star reviews with the intent of harming Waterbean's business, name brand, reputation and the goodwill it has earned.

168. These fake reviews deceived the public into thinking the quality of the goods and services provided by Waterbean are less than what they truly are, in violation of 15 U.S.C § 1125(a).

169. These fake reviews damage Waterbean's business, name brand, reputation and goodwill.

170. As a direct and proximate result of Defendants' violation of 15 U.S.C. § 1125(a), Waterbean suffered damages in an amount in excess of $25,000, the precise amount to be proven at the trial of this matter, plus pre- and post-judgment interest and attorneys' fees, pursuant to 15 U.S.C. § 1117.

## COUNT V – NORTH CAROLINA UNFAIR AND DECEPTIVE TRADE PRACTICES ACT VIOLATION

### Against All Defendants for Procuring Fake 1-Star Reviews for Waterbean

171.    Waterbean incorporates paragraphs 1-136 as if fully incorporated herein.

172.    North Carolina Unfair and Deceptive Trade Practices Act – N.C. Gen. Sat. § 75-1.1. states that "[u]nfair methods of competition in or affecting commerce, and unfair or deceptive acts or practices in or affecting commerce, are declared unlawful."

173.    Defendants willfully and intentionally procured fake 1-star reviews on Google to provide false and misleading facts about the quality of goods and services Waterbean provides.

174.    Defendants procured these fake 1-star reviews with the intent of harming Waterbean's business, name brand, reputation and the goodwill it has earned.

175.    These fake reviews deceive the public into believing that the quality of goods and services provided by Waterbean are of lesser quality than they actually are, constituting unfair and deceptive trade acts or practices in violation of N.C. Gen. Stat. 75-1.1.

176.    Defendants' unlawful procurement of fake reviews harm Waterbean directly by decreasing the number of customers who would have gone to Waterbean's stores across Mecklenburg County and surrounding areas, but for the fake 1-star reviews, constituting unfair and deceptive trade acts or practices in violation of N.C. Gen. Stat. 75-1.1.

177. Defendants' unlawful procurement of fake reviews also tarnishes the Waterbean name brand, reputation and goodwill of Waterbean throughout Mecklenburg County and surrounding areas, constituting unfair and deceptive trade acts or practices in violation of N.C. Gen. Stat. 75-1.1.

178. As a direct and proximate result of Defendants' unfair and deceptive trade practices, Waterbean suffered damages in an amount in excess of $25,000, the precise amount to be proven at the trial of this matter, plus pre- and post-judgment interest and attorneys' fees, pursuant to N.C. Gen. Stat. § 75-16.1.

179. Pursuant to N.C. Gen. Stat. § 75-16, Plaintiffs are entitled to recover from Defendant treble compensatory damages.

## COUNT VI – NORTH CAROLINA'S FRAUDULENT AND DECEPTIVE ADVERTISEMENT ACT VIOLATION

### Against All Defendants for Procuring Fake 1-Star Reviews for Waterbean

180. Waterbean incorporates paragraphs 1-136 as if fully incorporated herein.

181. N.C. Gen. Sat. § 14-117 states that "[i]t shall be unlawful for any person, firm, corporation or association, with intent to sell or in anywise to dispose of merchandise, securities, service or any other thing offered by such person, firm, corporation or association, directly or indirectly, to the public for sale or distribution, or with intent to increase the consumption thereof, or to induce the public in any manner to enter into any obligation relating thereto, or to acquire title thereto, or an interest therein, to make public, disseminate, circulate or place before the public or cause directly or indirectly to be made, published, disseminated, circulated or placed

- 34 -

before the public in this State, in a newspaper or other publication, or in the form of a book, notice, handbill, poster, bill, circular, pamphlet or letter, or in any other way, an advertisement of any sort regarding merchandise, securities, service or any other thing so offered to the public, which advertisement contains any assertion, representation or statement of fact which is untrue, deceptive or misleading: Provided, that such advertising shall be done willfully and with intent to mislead."

182.   Defendants willfully and intentionally procured fake 1-star reviews on Google to provide false and misleading facts about the quality of goods and services Waterbean provides.

183.   Defendants procured these fake 1-star reviews with the intent of harming Waterbean's business, name brand, reputation and the goodwill it has earned.

184.   These fake reviews deceived the public into believing that the quality of goods and services provided by Waterbean were of lesser quality than they actually are.

185.   These fake reviews were made to dissuade the public from purchasing goods and services from Waterbean's stores across Mecklenburg County and surrounding areas, constituting a deceptive and misleading advertisement, in violation of N.C. Gen. Stat. 14-117.

186.   Defendants' unlawful procurement of fake reviews directly decreases the amount of customers who would have gone to Waterbean's stores across Mecklenburg County and surrounding areas, but for the fake 1-star reviews.

187.    Defendants' unlawful procurement of fake reviews also tarnishes the goodwill of the Waterbean brand throughout Mecklenburg County and surrounding areas.

188.    As a direct and proximate result of Defendants' violation of N.C. Gen. Stat. § 14-117, Waterbean suffered damages in an amount in excess of $25,000, the precise amount to be proven at the trial of this matter, plus pre- and post-judgment interest and attorneys' fees, pursuant to N.C. Gen. Stat. § 14-117.

## COUNT VII – DEFAMATION

### Against All Defendants for Procuring Fake 1-Star Reviews for Waterbean

189.    Waterbean incorporates paragraphs 1-136 as if fully incorporated herein.

190.    Defendants willfully and intentionally procured fake 1-star reviews on Google to provide false and misleading facts about the quality of goods and services Waterbean provides.

191.    Defendants procured these fake 1-star reviews with the intent of harming Waterbean's business, name brand, reputation and the goodwill it has earned.

192.    Defendants knew that the fake 1-star reviews were false when they procured them.

193.    These fake reviews deceived the public into believing that the quality of goods and services provided by Waterbean were of lesser quality than they actually are.

- 36 -

194.  These fake reviews were made to dissuade the public from purchasing goods and services from Waterbean's stores across Mecklenburg County and surrounding areas.

195.  Defendants' unlawful procurement of fake reviews harm Waterbean by decreasing the amount of customers who would have gone to Waterbean's stores across Mecklenburg County and surrounding areas, but for the fake 1-star reviews.

196.  Defendants' unlawful procurement of fake reviews also tarnishes the goodwill of the Waterbean brand throughout Mecklenburg County and surrounding areas.

197.  As a direct and proximate result of Defendants' defamation, Waterbean suffered damages in an amount in excess of $25,000, the precise amount to be proven at trial of this matter, plus pre- and post-judgment interest.

198.  Upon information and belief, Defendants procured the fake 1-star reviews with the intent to harm Waterbean's business, and Defendants acted recklessly and with complete disregard for Waterbean's rights.  Accordingly, pursuant to N.C. Gen. Stat. § 1D-1, *et seq.*, Defendants are liable to Waterbean for punitive damages in an amount not less than $250,000 due to their intentional and willful procurement and publication of false statements with knowledge of the falsity of the same or, at a minimum, with reckless disregard for the truth of the matters asserted.

## **COUNT VIII – LANHAM ACT VIOLATION**

## **Against All Defendants for Procuring Fake 5-Star Reviews for Coffee Republic**

199. Waterbean incorporates paragraphs 1-136 as if fully incorporated herein.

200. Unfair Competition - False Description and Representation - 15 U.S.C. § 1125(a) states that "[a]ny person who, on or in connection with any goods or services … uses in commerce any word, term, name, symbol, or device, or any combination thereof, or any false designation of origin, false or misleading description of fact, or false or misleading representation of fact, which -- (A) is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of such person with another person, or as to the origin, sponsorship, or approval of his or her goods, services, or commercial activities by another person, or (B) in commercial advertising or promotion, misrepresents the nature, characteristics, qualities, or geographic origin of his or her or another person's goods, services, or commercial activities, shall be liable in a civil action by any person who believes that he or she is or is likely to be damaged by such act."

201. Defendants procured fake 5-star reviews to falsely elevate Coffee Republic's rating on Google.

202. Defendants procured fake 5-star reviews to drive more business to Coffee Republic.

203. But for these fake 5-star reviews, the rating of Coffee Republic's various stores – e.g., Georgetown and Matthews – would be lower than what they should be.

204.    Defendants' procurement of these fake 5-star reviews deceives the public into thinking that the quality of the goods and services provided by Coffee Republic are better than what they truly are, in violation of 15 U.S.C § 1125(a).

205.    Coffee Republic's artificially inflated rating harms Waterbean because given the choice of Waterbean and Coffee Republic, more unknowing customers are more likely to choose Coffee Republic over Waterbean due to their artificially inflated rating.

206.    As a direct and proximate result of Defendants' violation of 15 U.S.C. § 1125(a), Waterbean suffered damages in an amount in excess of $25,000, the precise amount to be proven at the trial of this matter, plus pre- and post-judgment interest and attorneys' fees, pursuant to 15 U.S.C. § 1117.

## COUNT IX – NORTH CAROLINA UNFAIR AND DECEPTIVE TRADE PRACTICES ACT VIOLATION

## Against All Defendants for Procuring Fake 5-Star Reviews for Coffee Republic

207.    Waterbean incorporates paragraphs 1-136 as if fully incorporated herein.

208.    North Carolina Unfair and Deceptive Trade Practices Act – N.C. Gen. Sat. § 75-1.1. states that "[u]nfair methods of competition in or affecting commerce, and unfair or deceptive acts or practices in or affecting commerce, are declared unlawful."

209. Defendants willfully and intentionally procured fake 5-star reviews to falsely elevate Coffee Republic's rating on Google.

210. But for these fake 5-star reviews, the rating of Coffee Republic's various stores – e.g., Georgetown and Matthews – would be lower than what they should be.

211. Defendants' willful and intentional procurement of fake 5-star reviews mislead the public into believing that the quality of Coffee Republic's goods and services are better than the public had declared them to be, constituting unfair and deceptive trade acts or practices in violation of N.C. Gen. Stat. 75-1.1.

212. Defendants' unlawful procurement of fake reviews harm Waterbean directly by decreasing the number of customers who would have gone to Waterbean's stores across Mecklenburg County and surrounding areas, but for the fake 5-star reviews, constituting unfair and deceptive trade acts or practices in violation of N.C. Gen. Stat. 75-1.1.

213. As a direct and proximate result of Defendants' unfair and deceptive trade practices, Waterbean suffered damages in an amount in excess of $25,000, the precise amount to be proven at the trial of this matter, plus pre- and post-judgment interest and attorneys' fees, pursuant to N.C. Gen. Stat. § 75-16.1.

214. Pursuant to N.C. Gen. Stat. § 75-16.1, Waterbean is entitled to recover treble compensatory damages from Defendants.

## COUNT X – NORTH CAROLINA'S FRAUDULENT AND DECEPTIVE ADVERTISEMENT ACT VIOLATION

### Against All Defendants for Procuring Fake 5-Star Reviews for Coffee Republic

215. Waterbean incorporates paragraphs 1-136 as if fully incorporated herein.

216. N.C. Gen. Sat. § 14-117 states that "[i]t shall be unlawful for any person, firm, corporation or association, with intent to sell or in anywise to dispose of merchandise, securities, service or any other thing offered by such person, firm, corporation or association, directly or indirectly, to the public for sale or distribution, or with intent to increase the consumption thereof, or to induce the public in any manner to enter into any obligation relating thereto, or to acquire title thereto, or an interest therein, to make public, disseminate, circulate or place before the public or cause directly or indirectly to be made, published, disseminated, circulated or placed before the public in this State, in a newspaper or other publication, or in the form of a book, notice, handbill, poster, bill, circular, pamphlet or letter, or in any other way, an advertisement of any sort regarding merchandise, securities, service or any other thing so offered to the public, which advertisement contains any assertion, representation or statement of fact which is untrue, deceptive or misleading: Provided, that such advertising shall be done willfully and with intent to mislead."

217. Defendants willfully and intentionally procured fake 5-star reviews to falsely elevate Coffee Republic's rating on Google.

218. But for these fake 5-star reviews, the rating of Coffee Republic's various stores – e.g., Georgetown and Matthews – would be lower than what they should be.

219. Defendants' willful and intentional procurement of fake 5-star reviews mislead the public into believing that the quality of Coffee Republic's goods and

services are better than what the public had declared them to be, constituting a deceptive and misleading advertisement, in violation of N.C. Gen. Stat. 14-117.

220. As a direct and proximate result of Defendants' violation of N.C. Gen. Stat. § 14-117, Waterbean suffered damages in an amount in excess of $25,000, the precise amount to be proven at the trial of this matter, plus pre- and post-judgment interest and attorneys' fees, pursuant to N.C. Gen. Stat. § 14-117.

WHEREFORE, Waterbean respectfully requests the following relief:

1. That judgment be entered in favor of Waterbean, and against Defendants, jointly and severally, for an amount in excess of $25,000, the precise amount to be proven at the trial of this matter, plus pre- and post-judgment interest;

2. That, pursuant to N.C. Gen. Stat. § 75-16, Waterbean's compensatory damages be trebled to the fullest extent allowed by North Carolina law;

3. That, pursuant to 15 U.S.C. § 1117, N.C. Gen. Stat. § 75-16.1, and otherwise provided by law, Waterbean be awarded its reasonable attorneys' fees;

4. That, pursuant to N.C. Gen. Stat. § 1D-1, et seq., Waterbean be awarded punitive damages from Defendants;

5. That the cost of this action be taxed against Defendants, jointly and severally, as allowed by law;

6. For a trial by jury on all issues so triable; and

7. For such other and further relief as the Court may deem just and proper.

**SIGNATURE PAGE TO FOLLOW**

THIS the 30th day of October 2024.

HAMILTON STEPHENS
STEELE + MARTIN, PLLC

By:     /s/Graham B. Morgan
        Graham B. Morgan (NC Bar No. 53561)
        525 N. Tryon St., Suite 1400
        Charlotte, NC 28202
        Telephone: 704-344-1117
        Facsimile: 704-344-1483
        gmorgan@lawhssm.com
        Counsel for Waterbean Coffee Holding, LLC

CHUHAK & TECSON, P.C.

By:     /s/Tae Y. Kim
        Tae Y. Kim (Pro Hac Vice Forthcoming)
        120 S. Riverside Plaza, Suite 1700
        Chicago, Illinois 60606
        (312) 855-4604
        tkim@chuhak.com
        Counsel for Waterbean Coffee Holding, LLC

- 43 -

# Exhibit 1

## Experience

**Chief Executive Officer**
SKS HOLDINGS · Full-time
Jan 2010 - Present · 14 yrs 9 mos
Charlotte Metro

Principal of Holding Company, comprising of assets in the following industries:

... ...see more

**Chief Operating Officer**
Z Global Group · Full-time
Jan 2016 - Present · 8 yrs 9 mos
Charlotte, North Carolina Area

★ Leads marketing and information technology consulting firm, with accountability for product strategy, business development, business performance, regulatory compliance, and business processes... ...see more

**Chief Operating Officer**
EESG Consulting Group
Dec 2008 - Present · 16 yrs 10 mos
Charlotte | London | Singapore

★ Leader of this Sustainability consulting firm, assembling a team of trainers with expertise in Green PR, Communication, Government Relations, Corporate Giving/Strategic Philanthropy, Benchmarking | ...see more

**Chief Executive Officer**
Coffee Republic · Full-time

Washington DC-Baltimore Area · On-site

Owner of DC Coffee Chain Coffee republic.

# Exhibit 2

QSR

   

**SUBSCRIBE**

# The Emergence of Independent Coffee Shops and Intensified Competition

**S E P**  **1**  2023



Story

UNSPLASH/PETR SEVCOVIC

Share:

**With limited square footage, these establishments can focus on creating a warm ambiance, utilizing comfortable seating arrangements, and incorporating aesthetically pleasing decor.**

Coffee shops have always been gathering places where people can enjoy their favorite brews, socialize, or find solace in a cozy environment. Recently, with changing consumer habits and market dynamics, small coffee shops have gained popularity. The average square footage of coffee shops is close to 2,000 square feet, although they are shrinking towards 800 square feet due to increasing construction costs as well as the popularity of drive-thru and mobile

## The Impact of New Brands and Increased Competition

The rise of new brands and the proliferation of coffee shops have intensified the competition in the industry. Large coffee chains and established brands have traditionally dominated the market, making it challenging for new entrants to prove themselves. However, the emergence of small coffee shops with limited square footage has disrupted the industry by offering a distinct value proposition that sets them apart from the competition.

One notable example is Starbucks, which has recognized the trend and responded by introducing smaller-format stores covering approximately 900 square feet. These compact stores have demonstrated impressive results, attracting around 15 percent more visitors per square meter compared to their larger counterparts, which are typically 2,500 square feet. Similarly, Dunkin' stores average around 750 to 3,100 square feet, while Dutch Bros. Coffee locations, known for their compact size, have an average footprint of approximately 950 square feet, resembling the dimensions of a studio apartment.

According to data from Placer.ai, Dutch Bros experienced a notable change in visitation patterns, revealing that weekday visits to Dutch Bros grew from 59.3 percent in Q1 2022 to 61.8 percent in Q1 2023, which indicates a positive shift in consumer behavior towards the brand. Starbucks secured second position in terms of visitation, followed by Tim Hortons and Dunkin'. By reducing the physical size of their locations, coffee shops can optimize operational efficiency while catering to the convenience-oriented needs of customers.

## What is contributing to the popularity of smaller coffee shops?

### Customization and Personalization

Coffee lovers are becoming more discerning in their preferences, seeking unique and personalized experiences. Small coffee shops excel in this aspect by focusing on perfecting a select few signature beverages and building strong connections with their customers. This personalized approach fosters loyalty and creates a unique sense of community within these establishments. According to a report by Technavio, the specialty coffee shop market is estimated to grow by $39.17 billion from 2022 to 2027, further highlighting the tremendous opportunity for small coffee shops to thrive in this expanding market. By offering exceptional quality, customized experiences, and a strong sense of community, these smaller coffee shops are reshaping the coffee industry and catering to the evolving preferences of tasteful coffee enthusiasts.

Due to the increasing demand for convenience in the coffee industry, these establishments have embraced the concept of drive-thru and mobile orders, providing their customers with quick and seamless experiences. By incorporating drive-thru lanes or prioritizing efficient order pickup for mobile customers, small coffee shops have capitalized on the desire for convenience.

Drive-thrus offer a range of benefits for coffee businesses, including an additional revenue stream and expanded market reach without needing new premises. The convenience factor, coupled with the ability to save time and effort, has contributed to the significant growth of drive-thru orders, which saw a 20% increase from February 2020 to February 2022, according to a study by NDP Group.

Moreover, integrating mobile apps into the coffee industry has further enhanced customer convenience. By utilizing mobile apps such as Orda, coffee shops can offer a plethora of features such as mobile payment options like Apple Pay and Google Pay, push notifications, reordering capabilities, AI-based recommendations, loyalty rewards, and integrations with popular platforms like Instagram, Square, and DoorDash. The seamless and native experience provided by these apps has resulted in a significant surge in online coffee orders, with a staggering 46 percent increase since January 2020, as reported by the National Coffee Association. In fact, around 79 percent of online orders are now placed through native mobile apps, highlighting customers' preference for mobile ordering.

*High Construction Costs*

The rising popularity of smaller coffee shops can be attributed, in part, to the overall increasing cost of construction as well. Large commercial spaces come with substantial financial investments, making it challenging for aspiring entrepreneurs and small business owners to enter the competitive coffee market. In response, coffee shop owners have turned to smaller spaces as a strategic approach to reduce upfront costs and allocate resources more efficiently, ultimately establishing a sustainable business model.

The escalating cost of construction is evident in industry forecasts and expert opinions. According to the ENR Cost report, the Building Cost Index is projected to rise by 3.8 percent in 2023. Additionally, construction economists expect construction material costs to rise by 4 percent in 2023. Ken Simonson, the chief economist at the Associated General Contractors of America, further emphasizes the ongoing rise in construction input costs. He predicts that these costs will continue to outpace overall consumer prices, indicating a challenging environment for businesses seeking to establish larger coffee shops. The increasing expenses



pursue their coffee ventures with more manageable investments.

*Intimate and Cozy Experience*

Small coffee shops excel at creating intimate and cozy atmospheres that foster relaxation and social interaction. With limited square footage, these establishments can focus on creating a warm ambiance, utilizing comfortable seating arrangements, and incorporating aesthetically pleasing decor. A survey by Premise revealed that "customers are more likely to stay an hour sitting at a local coffee shop than a Starbucks Coffee" since they "care more about ambiance than those who go to Starbucks." Additionally, Forbes contributes: "Being quirky, colorful, and overall different helps smaller businesses shine in a market where the art of making a latte has been perfected by many. As a consumer, you can be sure to expect something special by looking beyond the global giants." The intimate setting encourages customers to engage in conversations, fostering a sense of community and enhancing the overall coffee experience.

**Grayson Wright** *is a premier single-tenant net lease associate for Matthews Real Estate Investment Services. Grayson specializes in the disposition and acquisition of coffee shops across the U.S.*

**Vince Chapey**, *Senior Associate at Matthews, specializes in the disposition and acquisition of net lease properties nationwide, with a primary focus on restaurant properties.*

---

**Beverage**, **Emerging Concepts**, **Outside Insights**, **Story**

---

 **QSR Uncut**                                                                    **Episodes**





## Getting Real on Restaurant Tech, with Matt Wampler

LISTEN TO THE EPISODE



Subscribe to A.M. Jolt

# Get daily updates on quick-serve industry news, tips, and events.

Your email address



 **More Story News**

News

**Kolache Factory Offering Free Cup of Joe on National Coffee Day**



Story

**Sizzler Rediscovers Iconic Status in New Branding Effort**



Story

**Investor Appetite in European Restaurant M&A: Key Trends and Insights**

---



**Subscribe to A.M. Jolt**

## Get daily updates on quick-serve industry news, tips, and events.

Your email address                                          SUBSCRIBE



   

Search articles, media, resources, sup

SUBSCRIBE



QSR delivers timely and in-depth reporting on the $350 billion quick-service restaurant industry. For 25 years, QSR has defined this market, including traditional fast food, fast casual, coffee, snacks, concessions, and related segments of the foodservice industry.

**ADVERTISE** | **CONTACT**

© 2024 WTWH Media, LLC. All rights reserved.
Privacy Policy | Terms & Conditions





CStoreDecisions

# Exhibit 3

WHAT WE DO    REPORTS    INSIGHTS        login    Search...

Home › Consumer Staples › Food, Beverage & Tobacco › Beverages › Soft Drinks › Specialty Coffee Market



## Specialty Coffee Market Size, Share, Growth Analysis, By Application(Home, and Commercial), By Distribution Channel(Supermarkets/Hypermarkets, Convenience stores, and Online), By Region - Industry Forecast 2024-2031

**Report ID:** SQMIG30G2048 | **Region:** Global | **Published Date:** April, 2024
**Pages:** 198 | **Tables:** 62 | **Figures:** 75

License Type ⓘ
Single

File Type
PPT

**$5,300**

BUY NOW

GET FREE SAMPLE

### Want to customize this report?

Our industry expert will work with you to provide you with customized data in a short amount of time.

REQUEST FREE CUSTOMIZATION

---

DESCRIPTION    TABLE OF CONTENTS    METHODOLOGY    ANALYST SUPPORT

## Specialty Coffee Market Insights

**Global Specialty coffee Market size was valued at USD 21.90 Billion in 2022 and is poised to grow from USD 24.37 Billion in 2023 to USD 57.40 Billion by 2031, at a CAGR of 11.3% during the forecast period (2024-2031).**

The purpose of the specialty coffee market is to cater to coffee enthusiasts and connoisseurs who appreciate the nuances and complexities of coffee flavor profiles. This market aims to provide a unique and elevated coffee experience, highlighting the origin, processing methods, and distinctive characteristics of the coffee beans. It offers consumers a chance to explore a wide range of flavors and discover new taste sensations. The driving factors behind the growth of the specialty coffee market is the rising consumer interest in unique and high-quality food and beverage experiences. Consumers are becoming more discerning and willing to pay a premium for products that offer exceptional quality and taste. Specialty coffee satisfies this demand by offering a diverse range of coffee varieties, brewing methods, and flavor profiles. Another challenge is the potential for market saturation and competition.

As the popularity of specialty coffee continues to grow, more players enter the market, leading to increased competition among coffee roasters, cafes, and retailers. Maintaining a competitive edge and differentiating oneself in a crowded market becomes crucial for long-term success. The global specialty coffee market caters to consumers seeking exceptional coffee experiences. It offers unique flavors, origins, and brewing methods, providing a distinct and elevated coffee journey. While facing challenges such as limited supply and market competition, there are opportunities to leverage sustainability practices and tap into the growing home brewing trend. The specialty coffee market continues to evolve and captivate coffee enthusiasts worldwide.

**US Specialty Coffee Market is poised to grow at a sustainable CAGR for the next forecast year.**

### Market Snapshot - 2024-2031

Global Market Size                    Largest Segment



To get more reports on the above market click here to Buy The Report

## Specialty Coffee Market Segmental Analysis

The global specialty coffee market is segmented on the basis of application, distribution channel, and region. By application, the market is segmented into home, and commercial. By distribution channel, the market is segmented into supermarkets/hypermarkets, convenience stores, and online. By region, the market is segmented into North America, Europe, Asia Pacific, Middle East and Africa, and Latin America.

**Analysis by Application**

In 2022, The commercial segment holds a significant share in the application segment of the global specialty coffee market. With a share of 74.3% commercial establishments such as coffee chains, cafes, and restaurants dominate this segment. These businesses have a wide network of stores, enabling them

WHAT
WE        REPORTS      INSIGHTS                    login
DO

options to attract customers and enhance their overall coffee experience.

The home application segment is expected to witness substantial growth during the forecast period, with a projected CAGR of 11.8%. This growth is driven by several factors, including the increasing availability and affordability of specialty coffee brewing equipment. Home consumers now have access to a wide range of equipment such as espresso machines, pour-over setups, and high-quality grinders that allow them to replicate the cafe experience in the comfort of their own homes. This trend has empowered coffee enthusiasts to experiment with different brewing methods, explore unique coffee flavors, and enjoy specialty coffee without the need to visit commercial establishments.

**Analysis by Distribution Channel**

In 2022, the online distribution channel held the largest share in the distribution channel segment of the global specialty coffee market, accounting for 44.4%. It is also projected to exhibit the highest compound annual growth rate (CAGR) of 12.3% during the forecast period. This dominance can be attributed to the growing consumer preference towards online channels for purchasing specialty coffee. Online platforms offer numerous conveniences, including attractive discounts, a wide range of products from different brands, easy payment options, doorstep delivery, and more. Consumers can explore and choose from a diverse selection of specialty coffees, including popular brands like Blue Tokai, Araku Coffee, Grey Soul, and Coffeeza, which may not be readily available at traditional brick-and-mortar stores. The online distribution channel provides consumers with the flexibility to find and purchase specialty coffee that aligns with their specific preferences and needs.

The convenience stores distribution channel segment is estimated to witness significant growth during the forecast period, with a projected CAGR of 10.8%. Convenience stores are strategically located in easily accessible areas such as neighborhoods or near workplaces, making it convenient for consumers to grab their preferred specialty coffee on the go. These stores often offer in-store tasting or sampling events, allowing customers to experience the flavors and aromas of specialty coffee before making a purchase. This interactive approach creates opportunities to engage with customers, generate interest, and drive sales of specialty coffee products. The accessibility and promotional activities of convenience stores contribute to the growth of this distribution channel segment in the global specialty coffee market.

## Global Specialty Coffee Market By Application



To get detailed analysis on other segments, Request For Free Sample Report

## Specialty Coffee Market Regional Insights

coffee shops in Western Europe, where consumption of high-quality coffees is on the rise. Between 2018 and 2020, the number of coffee shops offering specialty coffee in Western Europe increased by 18% to reach 24,290 in 2020. The expansion of mainstream coffee players, increasing disposable incomes, and a more sophisticated coffee culture are driving the growth of the specialty coffee market in this region.

The Asia Pacific region is expected to witness the fastest growth in the specialty coffee market, with a projected CAGR of 13.6% from 2023 to 2030. This growth is fueled by several factors, including the growing popularity of pickup shops, rapid urbanization, and the adoption of modern lifestyles. As the region embraces Western coffee culture, there is an increasing demand for specialty coffee among Asian consumers. The emergence of pickup shops, which offer convenient access to specialty coffee on-the-go, has further contributed to the market's expansion. The evolving preferences and lifestyles of consumers in Asia Pacific present a significant opportunity for the specialty coffee market to thrive in the coming years.

### Global Specialty Coffee Market By Geography



Largest        Fastest

To know more about the market opportunities by region and country, click here to
**Buy The Complete Report**

## Specialty Coffee Market Dynamics

**Drivers**

**Growing Consumer Preference for High-Quality Coffee**

- Consumers worldwide have developed a greater appreciation for specialty coffee due to its unique flavors, aromas, and production methods. The demand for premium and specialty coffee varieties

Case 3:25-cv-00096-SCR-UJ1     Document 1-1     Filed 02/06/25     Page 59 of 276

WHAT
WE          REPORTS        INSIGHTS                          login
DO

- Major specialty coffee chains, such as Starbucks, Costa Coffee, and Blue Bottle Coffee, continued their expansion efforts in 2022. These chains offer a wide range of specialty coffee options, cater to evolving consumer preferences, and provide a consistent coffee experience across their locations, driving the overall market growth.

**Restraints**

**Price Sensitivity**

- Specialty coffee often comes with a higher price tag compared to regular coffee. The premium pricing can be a restraining factor for price-sensitive consumers, limiting the market's potential growth. However, as consumer awareness and understanding of specialty coffee increase, they are more willing to pay a premium for the quality and unique experience it offers.

**ply Chain Challenges**

- Specialty coffee production requires meticulous attention to detail, including the sourcing, processing, and roasting of high-quality beans. However, maintaining consistent quality and supply can be challenging due to factors like climate change, unpredictable weather conditions, and limited availability of specialty-grade coffee beans. These supply chain challenges can pose restraints on the market's growth.

  **Request Free Customization** of this report to help us meet your business objectives.

## ecialty Coffee Market Competitive Landscape

The global specialty coffee market is highly competitive, with the presence of numerous players vying for market share. These companies are constantly striving to differentiate themselves by offering unique flavors, sourcing practices, and innovative brewing techniques. companies, along with several other players in the market, compete through product innovation, brand positioning, distribution channels, and marketing strategies. They continuously invest in research and development to introduce new coffee varieties, brewing methods, and customized offerings to meet evolving consumer preferences. The competitive landscape of the global specialty coffee market remains dynamic, driven by the quest for superior quality, sustainability, and the ability to capture the attention of coffee enthusiasts worldwide.

**Top Player's Company Profiles**

- Starbucks Corporation (US)

- Nestlé S.A. (Switzerland)

- JDE Peet's (Netherlands)

- Lavazza Group (Italy)

- Dunkin' Brands Group (US)

- illycaffè S.p.A. (Italy)

- Keurig Dr Pepper Inc. (US)

- The Coca-Cola Company (US)

- Tchibo GmbH (Germany)

- Jacobs Douwe Egberts (Netherlands)

WHAT
WE          REPORTS          INSIGHTS                                    login
DO

- Peet's Coffee (US)

- Segafredo Zanetti (Italy)

- Farmer Bros. Co. (US)

- Eight O'Clock Coffee Company (US)

- Intelligentsia Coffee (US)

- Caribou Coffee Company (US)

- Costa Coffee (UK)

  Tim Hortons (Canada)

**Recent Developments**

In March 2023, Blue Bottle Coffee raised USD 700 million in funding. This funding will be used to expand Blue Bottle's retail and wholesale operations, as well as to invest in new product development.

- In February 2023, Peet's Coffee acquired Stumptown Coffee Roasters for USD 1.1 billion. This acquisition is a major consolidation in the specialty coffee industry, and it is expected to lead to increased competition and innovation in the market.

In January 2023, Starbucks announced plans to open 3,000 new stores in China over the next five years. This is a significant investment in the Chinese market, which is expected to be one of the fastest-growing markets for specialty coffee in the coming years.

## Specialty Coffee Key Market Trends

- **Rise of Direct Trade and Sustainable Practices:** In 2022, there was a continued emphasis on direct trade relationships between coffee producers and roasters. This trend focuses on fostering transparency, fair pricing, and sustainable practices throughout the supply chain. Consumers increasingly prioritize ethically sourced and sustainably produced specialty coffees, driving the adoption of direct trade practices by coffee industry stakeholders.

- **Increased Focus on Single-Origin and Microlot Coffees:** Single-origin coffees, sourced from specific regions or farms, gained popularity in 2022. These coffees are known for their distinct flavors and characteristics unique to their origin. Additionally, microlot coffees, which are produced in small quantities and showcase exceptional quality, garnered attention from specialty coffee enthusiasts seeking rare and exclusive flavors.

## Specialty Coffee Market SkyQuest Analysis

SkyQuest's ABIRAW (Advanced Business Intelligence, Research & Analysis Wing) is our Business Information Services team that Collects, Collates, Correlates, and Analyzes the Data collected by means of Primary Exploratory Research backed by robust Secondary Desk research.

According to our global specialty coffee market analysis, the increasing consumer demand for premium and specialty coffee experiences are the key growth drivers. The key factors driving the specialty coffee market is the rising consumer preference for unique and flavorful coffee. Consumers are becoming more knowledgeable about coffee varieties, brewing methods, and the overall coffee experience. They seek out specialty coffee to indulge in the rich flavors, aroma, and craftsmanship that goes into each cup. The

for specialty coffee and the emergence of innovative distribution channels, the market is poised for continued growth in the coming years.

| Report Metric | Details |
|---|---|
| Market size value in 2023 | USD 21.90 Billion |
| Market size value in 2031 | USD 57.40 Billion |
| Growth Rate | 11.3% |
| Forecast period | 2024-2031 |
| ⸱ecast Unit (Value) | USD Billion |
| ᴣments covered | • Application<br>    ○ Home, and Commercial<br>• Distribution Channel<br>    ○ Supermarkets/Hypermarkets, Convenience stores, and Online |
| Regions covered | North America (US, Canada), Europe (Germany, France, United Kingdom, Italy, Spain, Rest of Europe), Asia Pacific (China, India, Japan, Rest of Asia-Pacific), Latin America (Brazil, Rest of Latin America), Middle East & Africa (South Africa, GCC Countries, Rest of MEA) |
| Companies covered | • Starbucks Corporation (US)<br><br>• Nestlé S.A. (Switzerland)<br><br>• JDE Peet's (Netherlands)<br><br>• Lavazza Group (Italy)<br><br>• Dunkin' Brands Group (US)<br><br>• illycaffè S.p.A. (Italy)<br><br>• Keurig Dr Pepper Inc. (US)<br><br>• The Coca-Cola Company (US)<br><br>• Tchibo GmbH (Germany)<br><br>• Jacobs Douwe Egberts (Netherlands)<br><br>• Blue Bottle Coffee (US)<br><br>• Stumptown Coffee Roasters (US)<br><br>• Peet's Coffee (US)<br><br>• Segafredo Zanetti (Italy) |

WHAT
WE        REPORTS        INSIGHTS                      login
DO

- Eight O'Clock Coffee Company (US)

- Intelligentsia Coffee (US)

- Caribou Coffee Company (US)

- Costa Coffee (UK)

- Tim Hortons (Canada)

| Customization scope | Free report customization with purchase. Customization includes:- |
|---|---|
| | - Segments by type, application, etc <br> - Company profile <br> - Market dynamics & outlook <br> - Region |

To get a free trial access to our platform which is a one stop solution for all your data requirements for quicker decision making. This platform allows you to compare markets, competitors who are prominent in the market, and mega trends that are influencing the dynamics in the market. Also, get access to detailed SkyQuest exclusive matrix.

Buy The Complete Report to read the analyzed strategies adopted by the top vendors either to retain or gain market share

## Specialty Coffee Market Report Snapshots

Specialty Coffee Companies

Specialty Coffee Market Size

Specialty Coffee Market Analysis

Specialty Coffee Geographic Analysis

Specialty Coffee Market News

## FAQs

What is the market size of Specialty Coffee Market?

Who are the key vendors in the Specialty Coffee Market?

What is the key driver of Specialty Coffee Market?

What is the key market trend for Specialty Coffee Market?

WHAT
WE          REPORTS        INSIGHTS                                login
DO

# Request Free Customization

Want to customize this report? This report can be personalized according to your needs. Our analysts and industry experts will work directly with you to understand your requirements and provide you with customized data in a short amount of time. We offer $1000 worth of FREE customization at the time of purchase.

Click here  →











# Related Reports

### Roasted Coffee Market

Buy Now                                                                GET FREE SAMPLE

### Coffee Roaster Market

Buy Now                                                                GET FREE SAMPLE

### Coffee Maker Market

## Organic Coffee Market

Buy Now                                                                          GET FREE SAMPLE

## Cold Brew Coffee Market

Buy Now                                                                          GET FREE SAMPLE

## tant Coffee Market

y Now                                                                            GET FREE SAMPLE

## en Coffee Market

y Now                                                                            GET FREE SAMPLE

## Coffee Concentrates Market

Buy Now                                                                          GET FREE SAMPLE

# Feedback
# From Our
# Clients

"We have purchased recently a report from SkyQuest
Technology, and we are happy to inform you that this
report was so useful and practical for our team.
Skyquest Team was very active and our queries were
followed up completely. It was amazing. "

- Mr. Ali Zali, Commercial Director, ICIIC Iran.

(+1) 351-333-4748

info@skyquestt.com

Case 3:25-cv-00096-SCR-UJ1        Document 1-1        Filed 02/06/25        Page 65 of 276

# Exhibit 4

JULY 09, 2021

# The Importance of Competition for the American Economy

By Heather Boushey and Helen Knudsen

---

Healthy market competition is fundamental to a well-functioning U.S. economy. Basic economic theory demonstrates that when firms have to compete for customers, it leads to lower prices, higher quality goods and services, greater variety, and more innovation.[1] Competition is critical not only in product markets, but also in labor markets.[2] When firms compete to attract workers, they must increase compensation and improve working conditions.

There is evidence that in the United States, markets have become more concentrated and perhaps less competitive across a wide array of industries: four beef packers now control over 80 percent of their market, domestic air travel is now dominated by four airlines, and many Americans have only one choice of reliable broadband provider. There are a number of reasons for these trends towards greater concentration, including technological change, the increasing importance of "winner take all" markets, and more lenient government oversight over the last 40 years.[3]

When there is insufficient competition, dominant firms can use their market power to charge higher prices, offer decreased quality, and block potential competitors from entering the market—meaning entrepreneurs and small businesses cannot participate on a level playing field and new ideas cannot become new goods and services. Research has also connected market power to inequality. In an economy without adequate competition, prices and corporate profits rise, while workers' wages decrease. This means large corporations and their shareholders gain wealth, while consumers and workers pay the cost. The pandemic has further underscored the dangers of an economy that depends on a few companies for essentials, exemplified by

the supply chain problems we face when a small handful of corporations creates bottlenecks for a critical product.

This is why today, President Biden will sign an Executive Order on Promoting Competition in the American Economy. It launches a whole-of-government effort to combat growing market power in the U.S. economy by seeking to ensure that markets are competitive. Because of the scale and scope of the market power problem, the President's Executive Order makes the promotion of competition central to the government's mission by dedicating the entire government to reversing these trends.

**Signals that indicate greater market power**

Even though competition is fundamental to a thriving and fair economy, there is growing evidence that, over time, markets across the United States have become less competitive and that market power is expanding. There are two kinds of evidence that indicate that there are widespread concentration problems in the U.S. economy. First, there is evidence that market concentration, as well as profits and markups, are rising across industries. Second, market-specific studies show that consolidation has led to harmful price increases, providing one of the clearest indicators of enhanced market power.

Alongside the rise in prices, which is both an indication of a market power problem and an important consequence for consumers, economists have identified two other important consequences of rising concentration: first, there is growing evidence that it is hampering innovation; and, second, research shows that it is leading to substantial concentration in the U.S. labor market—not just markets for goods and services, which has the effect of suppressing wages.

*Evidence of rising economic concentration*

There are numerous studies that show increased concentration across a large number of industries in the economy. In fact, concentration has increased in over 75 percent of U.S. industries since the late 1990s. These studies show that the largest companies in the economy have grown at the expense of smaller firms. While it could be that, in some cases, concentration has grown because firms with a high market share are more efficient or more innovative

than their competitors, the prevalence across so many industries and the trendlines are cause for concern.

This is underscored by a set of studies that show that the profits and markups of the largest firms—indicators that many economists point to as aggregate measures of market power across the economy—have grown over the last 30 to 40 years. In a free and open market, we would expect new companies to enter the market and compete down these profits. However, these increases in the profits of large, dominant firms coincide with a decrease in business dynamism in the U.S. economy—with fewer startups launching and less labor market fluidity.

*Consequences of increased concentration*

While informative, national-level, industry-wide studies give little insight into whether increased concentration and markups are a result of decreased competition; that is, they cannot tell us whether or not the concentration is problematic for the U.S. economy. As mentioned above, on the one hand, industry-wide concentration can increase when a firm becomes more efficient or more innovative or when a national firm increases its footprint. [4] Similarly, increased markups can be the result of improved technology driving down marginal costs. On the other hand, increased concentration can also be the result of anti-competitive mergers or increased barriers to entry, which could also increase markups.

In order to figure out whether the patterns of increased concentration and markups are problematic, economists must look more closely at individual markets, since market-specific studies allow a more detailed understanding of the competitive mechanisms that are leading to these patterns. To better understand these markets, economists have done deep dives into an array of industries—ranging from concrete to health care. These studies tend to focus on what happens after two (or more) firms merge. Studying mergers is especially important because a merger changes market structure in a way that is not caused by a firm improving its product or becoming more efficient. Rising consumer prices following a merger indicate that a firm has gained market power, which gives them increased price-setting capabilities and suggests that the merger harmed consumers.

There is evidence from an array of market-specific studies looking before and after mergers that strongly suggests that consolidation has led to less competition and greater market power. These studies show that as market conditions changed, prices rose, indicating that firms had the capacity to charge more since they had—in these cases—merged with their competitors:

- One review of this literature shows that of 49 such studies, 36 found merger-induced price increases. Another review finds that the average price effect in mergers studied was 7.2 percent.

- A review of hospital merger studies finds that most of the mergers led to price increases of at least 20 percent.

- A study of a large health insurer merger shows that it led to a 7 percent average premium increase.

- A study of airline mergers in the 1980s finds that prices increased between 7.2 and 29.4 percent in markets where the merging airlines competed directly.

- A study of the MillerCoors joint venture finds that it resulted in tacit coordination with Anheuser-Busch, leading to a 6 to 8 percent increase in retail beer prices.

Looking across these kinds of studies, the conclusion is that consolidation does indicate a market power problem with the consequence that consumers are facing higher prices than they would if the market was more competitive.

*Other negative consequences of market concentration*

There is also growing evidence that market power negatively affects innovation. There have long been questions about whether market concentration fostered or inhibited innovation. Even decades ago, Kenneth Arrow argued that concentration hindered invention: "pre-invention monopoly power acts as a strong disincentive to further innovation."[5] Emerging evidence points to this being the case today: one study shows that firms with monopoly power are less likely to advance technological changes; another paper focuses on the channel through which less innovation occurs in the presence of market power; and another study finds that while price

markups increased after a merger, there was no corresponding increase in productivity.

There are emerging concerns that this effect on innovation may be affecting the economy more generally. In his book, *The Great Reversal,* Thomas Philippon documents that the increase in concentration across the economy is reducing economy-wide investment. Similarly, scholars are finding that greater market power is a factor in low interest rates and high firm financial wealth, but relatively little investment. If concentration is allowed to continue, this may dampen U.S. productivity and growth, limiting the future competitiveness of the U.S. economy.

### Decreased competition in labor markets

As firms become more concentrated, they are able to push wages down, exemplifying another instance where we see the growing consequences of market power. With greater market power, employers have less competition for the best workers since there are fewer other firms. Such power in the labor market can be deployed in several ways; we discuss two below.

First, consolidation in output markets not only affects consumer prices, but also wages and working conditions as the number of employers in an industry decreases. For example, as hospitals have merged, not only have consumers faced decreased choices in where to get their medical care, but nurses, doctors, and other health care employees have had less of a choice of employer. In fact, a study found that large hospital mergers led to lower wage growth for nurses, pharmacy workers, and hospital administrators.

Firms can also exert market power by limiting their employee's ability to change jobs through noncompete agreements. These agreements prevent employees from quitting and—within a certain time period—taking a job with a different employer who may benefit from the employee's industry-specific skills. This translates into lower pay, as the employee has limited ability to deploy their skills elsewhere.

In all, these uncompetitive labor market conditions are quite common—with 60 percent of labor markets being highly concentrated. Importantly, researchers have documented that uncompetitive labor markets are associated with lower wages relative to what a truly competitive market

would provide. A meta-analysis of labor market studies finds that firms pay their workers less than they would in a competitive labor market, with the median estimate showing that firms pay workers 58 percent of their value. New work has also found that more than one in ten U.S. workers are in labor markets where pay is reduced by at least 2 percent due to employer concentration.

**Signs that policy change is necessary**

There is strong evidence that one of the reasons for the current rise in market power is a shift in policy. Antitrust enforcement has become more lenient over the last 40 years, and regulators have not had sufficient resources to enforce the laws on the books.

Antitrust laws are traditionally enforced by the Antitrust Division of the Department of Justice (DOJ) and the Federal Trade Commission (FTC). They challenge anticompetitive mergers and other anticompetitive behavior by firms, such as exclusionary practices. The DOJ also prosecutes the criminal antitrust laws that bar collusive behavior, such as price-fixing.

To enforce the law, the DOJ and the FTC publish merger guidelines that lay out when a merger is likely to be challenged. Since the guidelines were first published in 1968, enforcement practice has become increasingly lenient.

In 1968, in a highly concentrated market (four firms having 75 percent of market share), even the merger of two small firms (each with 4 percent market share) would be challenged routinely. Today, such mergers are almost never challenged; indeed, based on guidelines released in 2010, mergers are unlikely to be challenged even if they leave only four substantial competitors in place. The increase in these thresholds reflects, in part, the agencies giving more credit to efficiencies that might arise from mergers. At the same time that these guideline thresholds have increased, the level of purchase price that requires companies to give notice of their mergers to the agencies has risen, leading to a larger number of mergers going unreviewed—even as firms strategically acquire competitors.

In part because of these changes and because of real-term reductions in funding, Federal agencies have been bringing fewer antitrust cases. In fact, the number of criminal antitrust cases brought by the DOJ from FY2018-2021

has declined to an average of 22 a year, down from an average of over 60 cases a year across the previous six years. On the civil side, from 2010 to 2019 only about 3 percent of mergers that met the filing threshold have received "second requests," which are a more thorough review by the agencies. When mergers *are* challenged, they are at the extreme, where four or fewer competitors are remaining.

Government suits enforcing the laws against anticompetitive conduct have also been rare. The DOJ's lawsuit against Google and the FTC's lawsuit against Facebook, both filed in 2020, are the first major Federal monopolization cases since the Microsoft case in 1998.[6] As the economy evolves with technology and "winner take all" markets become more important, it will be crucial to guard against anticompetitive conduct as well. These shifts have come at the same time that judicial precedent has moved in the direction of skepticism towards antitrust enforcement.

### The Executive Order on Promoting Competition in the American Economy launches an effort to solve these problems

The President's Executive Order establishes a whole-of-government approach to push back on decades of decline in competition. The Order not only calls on the traditional antitrust agencies—the DOJ and the FTC—to enforce existing laws vigorously and to consider updating their merger guidelines, it also directs all agencies and departments to use their detailed knowledge and expertise to ensure that their work clearly supports competition in the markets they regulate—including paying close attention to labor markets. This whole-of-government approach is necessary because the antitrust agencies are limited both by resources and the current judicial interpretation of the antitrust laws. It also relies on the fact that Congress has delegated authority to police anticompetitive conduct and oversee mergers to many agencies—not just the DOJ and the FTC.

The Order therefore directs or encourages roughly a dozen agencies to engage in more than 70 specific actions that will remove barriers to entry and encourage more competition. For example, the Order encourages the Department of Health and Human Services to work with states developing drug importation programs and to consider finalizing rules allowing hearing aids to be sold over the counter at a fraction of their current price. It requires all agencies to use their procurement and spending powers to avoid

entrenching monopolists and to create new business opportunities for small firms. It encourages the FTC to issue rules curtailing noncompete agreements which inhibit labor mobility, preventing workers from switching to jobs that offer better pay and benefits. And, it directs the Department of Agriculture to consider strengthening its enforcement of laws designed to prevent large meat-processing companies from taking advantage of farmers.

The U.S. economy faces a serious market power problem which results in increasing wage inequality and wealth concentration, high prices, and stagnating wages. The President's Executive Order relies on the full range of powers granted by Congress to address it, ensuring that the economy works for all Americans.

---

[1] When only a single firm sells a product or service for which there is no substitute, the firm is a monopoly.

[2] When only a single firm buys a product or service, the firm is a monopsony. A monopsony can exist in labor markets, when there is only one employer in a market.

[3] "Winner take all" markets are those where a single firm tends to dominate, even if the dominant firm's product is only slightly better than the other products, and the market may have originally been competitive. The market becomes more concentrated when the best performers are able to capture a large share of the market, often through technological advances. Walmart is an example in that it has been able to drive many smaller firms out of the market by harnessing advances in transportation and information technology in order to lower prices. This can also happen when the market has network externalities such that a firm's technology is more valuable when there are more users of the technology; social media platforms or search engines are examples of such markets.

[4] There are some studies that show local concentration has been declining. This can be explained by large national companies entering local markets. These studies still look at broad industries rather than product specific markets.

[5] Kenneth Arrow, "Economic Welfare and The Allocation of Resources for Invention," in *The Rate and Direction of Inventive Activity: Economic and Social Factors*, A Report of the National Bureau of Economic Research, 609-26 (Princeton: Princeton University Press, 1962), p. 620.

# Exhibit 5

Apply | Give |

 Home ⌄

 ❯ **Benefits of competition**

## NEWS & STORIES

# Benefits of competition

*Competition between rival firms increases the value of employees.*

In studying mergers between competing firms, finance professor Paolo Fulghieri found that mergers can destroy value because they can reduce the incentive for employees to push their creative thinking. In industries where innovative intellectual property (IP) is critical to the company's success – pharmaceuticals, telecommunications and other high-tech markets – competition tends to stimulate innovation.

"Innovative companies should not fear competition," Fulghieri says. "Competition between rival companies increases the value of employees' human capital and can be a great motivating factor for employees, and ultimately, that is good for both the employees and their company."

This website uses cookies and similar technologies to understand visitor experiences. By using this website, you consent to UNC-Chapel Hill's cookie usage in

I ACCEPT

Give



Fulghieri wrote "Mergers, Spin-offs, and Employee Incentives" with Merih Sevilir of Indiana University that will appear in the *Review of Financial Studies.* They discuss the pros and cons of mergers and construct a theory of firm structure as a function of industry characteristics to explain why many mergers fail to create value even as they reduce product competition. Though reduced competition resulting from a merger might increase a company's market power, combining forces can reduce innovative employees' prospects of seeing their innovations developed within their firms. A merger tends to sap employees' motivation to do their best work, compromising the innovation process.

Fulghieri and Sevilir constructed a model that used a game of two potentially competing companies and two employees. The firms could choose to stand alone or merge. Calculating payoffs in different scenarios led the researchers to their results.

Businesses that thrive on innovation have talented employees who add value through innovative contributions. For a firm that relies on such human capital to provide a stream of patents and ideas that can be turned into products, having a talented, motivated workforce can be the key to success.

Employees who believe their company recognizes their value tend to work even harder. When they can share in the success that their efforts created for the

This website uses cookies and similar technologies to understand visitor experiences. By using this website, you consent to UNC-Chapel Hill's cookie usage in

Give

increases his own market value, too. In a competitive environment, such as the technology hubs of Silicon Valley and Boston's Route 128, where many companies competing for talent in a particular field cluster together, the high-value employee has multiple options of where to work. The firm might have to pay more compensation to keep him, but he also will work hard to increase his status as a high-value employee.

Take away that competition, Fulghieri says, and an employee would feel like he was working for a corporate bureaucracy. If he feels stuck and has nowhere else to go, his motivation to keep working hard at producing innovative IP erodes.

The very existence of technology hubs supports Fulghieri's point. Companies in a particular industry tend to cluster in one area, which makes it easier for employees to move from one company to another.

They don't have to pack up their household and move to a new home when they change companies, for example.

"If companies producing similar products in a hub don't merge," Fulghieri says, "it is, in part, because they recognize a clear benefit from preserving competition. The profit they would gain from increasing their market power can be less than the benefit they get from maintaining a competitive environment."

This website uses cookies and similar technologies to understand visitor experiences. By using this website, you consent to UNC-Chapel Hill's cookie usage in

Case 3:25-cv-00096-SCR-UJ1     Document 1-1     Filed 02/06/25     Page 79 of 276

Give

Picture a company that commercialized a technology innovation. Despite being a thought leader, it never included a non-compete clause when hiring employees. Now, former employees are developing products that compete with the company's line. Critics might say that argues against competition. But others would contend that some of the top talent might never have joined that company in the first place if it had used a non-compete clause. In the long run, the company might have been much less innovative and entrepreneurial if it had hired only people who would agree to use their talents only within the original company.

Companies and industries with innovative products go through a cycle, Fulghieri says. Initially, a company might hold a monopoly on a product because it has the proprietary knowledge of the IP. As new companies produce new products that compete with the original, the industry becomes more competitive, and all companies can benefit from that competition. The original firm needs to accommodate the entry of the new firm by adopting compatible technologies or choosing similar industry standards. As the product matures and promoting innovation becomes less critical, a wave of consolidating mergers might follow to increase a company's market power. And if the reduced competition erodes employee motivation, some companies might generate competition by spinning off a division into an independent entity. The spin-off company competes with the parent company for talent in the labor market, and that creates the reciprocal relationship that keeps high-value employees motivated and happy.

Such stand-alone companies competing in the product market and labor market

This website uses cookies and similar technologies to understand visitor experiences. By using this website, you consent to UNC-Chapel Hill's cookie usage in

| Give |

co-insurance benefit to the company by having two employees to develop a product where before the merger there was only one. The company can develop an innovation as long as at least one employee is successful; increasing the number of employees to accomplish that task increases the probability of success. But over time, if these competing employees have nowhere else to go, the innovative output diminishes.

"In highly innovative industries, there is a unique mix of human capital and financial capital," Fulghieri says. "The challenge is to come up with a successful mix."

## Key take-aways

Competition stimulates innovation.

A merger can increase a company's market share, but it can reduce employees' incentive to stretch their creative thinking.

Companies in highly innovative industries can benefit from being in a hub of competitors.

_1.1.2011_

This website uses cookies and similar technologies to understand visitor experiences. By using this website, you consent to UNC-Chapel Hill's cookie usage in

Give

Branding Guide

Kenan-Flagler MyKE

UBP Intranet

Admitted Students

Working at UNC Kenan-Flagler

UNC Kenan-Flagler Student Store

Subscribe to Newsletter

Accessibility

Privacy

GIVE TO KENAN-FLAGLER

GO TO UNC.EDU

© 2024 UNC Kenan-Flagler Business School

This website uses cookies and similar technologies to understand visitor
experiences. By using this website, you consent to UNC-Chapel Hill's cookie usage in

# Exhibit 6



f ⓘ ♪　　　★ *Coffee Republic* ★　　　Q

Amerika Serikat　　　　　　　　　　Amerika Serikat





**Ballantyne**

104 Main St #A, Huntersville, NC 28078,
Amerika Serikat

**Cornelius**

19905 W Catawba Ave #105, Cornelius, NC
28031, United States




# Exhibit 7

## Website Photo  External  Inbox ×

**Kalina Schoenfeld** <kalina@waterbeancoffee.com>
to info, leslie, sean ▾

Thu, Jun 13, 7:45 AM  ☆  ↩  ⋮

Hello,

It has been brought to my attention that your website is using a picture of a Waterbean Coffee store for your Cornelius location. Could you please remove the photo immediately and replace the image with a picture of your own store. We've been hearing multiple complaints from customers about this situation and would like for it to be handled as soon as possible.

I attached an image of the website below for your reference. If there's any issues please let me know. Thank you so much and have a great day!

--

**Kalina Schoenfeld**
*Chief Account Executive and Human Resources*



**Waterbean Coffee**
*(712) 830 - 6937*
www.waterbeancoffee.com
**A BEAN ABOVE THE REST**



# Exhibit 8

From: **Sean Flynn** <sean@zglobalmarketing.com>
Date: Thu, Jun 13, 2024 at 8:10 AM
Subject: Re: Website Photo
To: Kalina Schoenfeld <kalina@waterbeancoffee.com>
Cc: <info@coffeerepub.com>, <leslie@sksholdings.com>, <sean@sksholdings.com>

Yes we will – we had to restore our website to an earlier version due to hacking last week - this must've been a placeholder left by the designer. Apologies

On Thu, Jun 13, 2024 at 07:45 Kalina Schoenfeld <kalina@waterbeancoffee.com> wrote:

Hello,

It has been brought to my attention that your website is using a picture of a Waterbean Coffee store for your Cornelius location. Could you please remove the photo immediately and replace the image with a picture of your own store. We've been hearing multiple complaints from customers about this situation and would like for it to be handled as soon as possible.

I attached an image of the website below for your reference. If there's any issues please let me know. Thank you so much and have a great day!

--

Kalina Schoenfeld
*Chief Account Executive and Human Resources*


Right-click
or tap and
hold here to
download
pictures. To
help protect
your privac...

**Waterbean Coffee**
(712) 830 - 6937
www.waterbeancoffee.com
**A BEAN ABOVE THE REST**

# Exhibit 9

From: **Kalina Schoenfeld** <kalina@waterbeancoffee.com>
Date: Thu, Jul 11, 2024 at 6:24 PM
Subject: Re: Website Photo
To: Sean Flynn <sean@zglobalmarketing.com>
Cc: <info@coffeerepub.com>, <leslie@sksholdings.com>, <sean@sksholdings.com>

Hello,

A couple weeks ago I mentioned that you are using an image of Waterbean Coffee on your website. I was notified that it will be taken down or changed. However, the image is still being used. Please remove the image immediately.

Thank you,
Kalina Schoenfeld

# Exhibit 10

On Wed, Jul 24, 2024 at 16:53 Tae Y. Kim <[tkim@chuhak.com](mailto:tkim@chuhak.com)> wrote:

Mr. and Mrs. Flynn of Coffee Republic,

Please be advised that my Firm represents Waterbean Coffee ("Waterbean"), which has asked me to contact you concerning your unlawful use of an image of Waterbean's Cornelius store on your website.

On June 13, 2024, Waterbean requested that you take the image of its Cornelius store off of your website, and you, Sean, stated that you will.

First, you had no right to even use Waterbean's property on your website. Secondly, you told Waterbean that you would remove its image from your website on June 13, 2024, but you still have not done so.

**YOU ARE HEREBY DIRECTED TO <u>IMMEDIATELY</u> CEASE AND DESIST FROM USING ANY OF WATERBEAN'S IMAGES FOR YOUR COMMERCIAL USE.**

Confirm with proof that you have removed Waterbean's image from your website no later than July 26, 2024 at 5:00 pm Eastern Time, or else Waterbean will pursue all legal remedies at its disposal against Coffee Republic, and you two personally.



Tae Y. Kim
Principal

120 S. Riverside Plaza | Suite 1700 | Chicago, IL 60606
**D** 312.849.4134 | **O** 312.444.9300 | **F** 312.368.3870
tkim@Chuhak.com | www.chuhak.com

**Confidentiality Notice:** The information contained in this e-mail message is attorney privileged and confidential information. It is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution, electronic storage or use of this communication is prohibited If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your computer is connected. Opinions, conclusions and other information in this message that do not relate to the official business of Chuhak & Tecson, P.C. shall be understood as neither given, nor endorsed by it.

# Exhibit 11

**From:** Sean Flynn <sean@zglobalmarketing.com>
**Sent:** Wednesday, July 24, 2024 4:41 PM
**To:** Tae Y. Kim <tkim@Chuhak.com>
**Cc:** info@coffeerepub.com; kalea@sksholdings.com
**Subject:** Re: CEASE AND DESIST IMMEDIATELY - Wrongful Use of Waterbean Coffee's Cornelious Location's Images

😆😆😆😆 this is the most ridiculous shit I've ever heard of - I am so glad they spent money on an attorney to send it. Don't you worry it'll be down soon enough.

# Exhibit 12

# RE: CEASE AND DESIST IMMEDIATELY - Wrongful Use of Waterbean Coffee's Cornelious Location's Images

 **Tae Y. Kim**

To Sean Flynn

Cc info@coffeerepub.com; kalea@sksholdings.com

Bcc Edgar A. Quintero; tony@waterbeancoffee.com



Fri 8/2/2024 4:41 PM

(i) You forwarded this message on 8/23/2024 10:40 AM.

 Complaint - Waterbean Coffee v. Coffee Republic 4854-7324-5396 v.3.pdf
84 KB

Mr. and Mrs. Flynn,

Waterbean Coffee has noticed that you unfortunately have ignored its previous demands to remove the image of its Conelius location from Coffee Republic's website.

Waterbean again demands that you remove the image of its Conelius store from your website immediately, with confirmation delivered to me that the image is removed no later than Monday, August 5, 2024, by 9 am Eastern time.

If you again choose to refuse to comply with Waterbean's demand. We will file the attached Complaint (without exhibits enclosed), imminently.

---

 **CHUHAK TECSON**

**Tae Y. Kim**
Principal

120 S. Riverside Plaza | Suite 1700 | Chicago, IL 60606
D 312.849.4134 | O 312.444.9300 | F 312.368.3870
tkim@Chuhak.com | www.chuhak.com

**Confidentiality Notice:** The information contained in this e-mail message is attorney privileged and confidential information. It is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution, electronic storage or use of this communication is prohibited. If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your computer is connected. Opinions, conclusions and other information in this message that do not relate to the official business of Chuhak & Tecson, P.C. shall be understood as neither given, nor endorsed by it.

# Exhibit 13

**Jason Mitchell**
3 reviews · 1 photo

⭐ ☆ ☆ ☆ ☆ · 3 weeks ago **NEW**

Delivery | $20–30

Disappointed with Waterbean Coffee. The coffee was over-brewed and bitter, and the service was noticeably slow. Not up to the mark compared to other coffee spots.

Case 3:25-cv-00096-SCR-LLJ1 Document 1-1 Filed 02/06/25 Page 98 of 276

# Exhibit 14



## Jason Mitchell

10 contributions ›

**Reviews**                    Photos

2 reviews

 Steadily

★★★★★  3 days ago

Their house flipping insurance is straightforward and perfect for investors looking for clarity.

👍 Like          ⌣ Share

Waterbean Coffee
145 Cross Center Rd, Denver, NC 28037

★☆☆☆☆  3 weeks ago

Disappointed with Waterbean Coffee. The coffee was over-brewed and bitter, and the service was noticeably slow. Not up to the mark compared to other coffee spots.

**Service**
Delivery

**Price per person**
$20–30

**Food:** 1

**Service:** 1

**Atmosphere:** 1

# Exhibit 15

**Keith Moreno**
1 review

⭐ 3 weeks ago   **NEW**

Delivery | Lunch | $50–100

Disappointed with my recent visit. The staff seemed indifferent, and the coffee was lukewarm. I had higher expectations based on previous visits.

Food: 2/5 | Service: 5/5 | Atmosphere: 1/5



# Exhibit 16



**Keith Moreno**

+ Follow

| 8 | 0 |
|---|---|
| contributions | following |

Lowesville 1 · Coffee Shop 1 · Westpor

## Reviews

**Fig Linens and Home**
Linens store
Westport

★★★★★ 6 days ago

The decor from Fig Lines and Home is absolutely
stunning. Their unique and high-quality items bring a
fresh, sophisticated look to my living space

Press and hold to react

# Exhibit 17

# Waterbean Coffee

145 Cross Center Rd, Denver, NC

4.4 ★★★★★ 62 reviews ⓘ



**Leah V.**
1 review

★ ☆ ☆ ☆ ☆  4 weeks ago

Dine in | Other | $30–50

The coffee was over-roasted, and the service was slower than expected. Not the best experience compared to other coffee shops in the area

**Food:** 1.5 | **Service:** 1.5 | **Atmosphere:** 1.5



# Exhibit 18



**Leah V.**
2 reviews

★★★★★ 4 days ago  **NEW**

I'm impressed by the quality and design of Fig Lines and Home's decor. Each piece adds a modern, sophisticated touch that elevates my entire home



# Exhibit 19



**Leah V.**
2 reviews

★★★★★ 5 days ago NEW

Our stay was delightful! The home was spacious, modern, and thoughtfully appointed. The host was welcoming and ensured we had a fantastic experience. Perfect for a restful and enjoyable getaway.



**Naples Florida Vacation Homes, LLC (Owner)**
16 hours ago

Thank you so much for your wonderful 5-star review! We're thrilled to hear you had such a great experience and enjoyed your stay. It was a pleasure hosting you, and we hope to welcome you back for another fantastic visit soon!



# Exhibit 20



## Leah V.
1 review · 1 photo

★★★★★  4 weeks ago

This shop has the best hand drip coffee around! The tasting corner is a unique feature, and the shop is always clean and relaxing. Highly recommend!

**Service**
Dine in

**Meal type**
Breakfast

**Price per person**
¥1,000–2,000

**Food:** 5

**Service:** 5

**Atmosphere:** 4

# Exhibit 21

# Waterbean Coffee

145 Cross Center Rd, Denver, NC

## 4.4 ★★★★★ 62 reviews ⓘ



**Owen Z.**
1 review

⋮

★★★★★ 3 weeks ago **NEW**

Dine in | $50–100

The seating area was cramped, and the noise level made it hard to enjoy my coffee. I prefer a quieter, more comfortable environment.

Food: 1/5 | Service: 1/5 | Atmosphere: 1/5



# Exhibit 22



**Owen Z.**
2 reviews

★★★★★  6 days ago

MCB did a great job on our home. Excellent value and service!

♡ Press and hold to react    •••

# Exhibit 23



## Ira Demetrius

10 contributions ›

**Reviews**                    Photos

4 reviews



**Waterbean Coffee**
145 Cross Center Rd, Denver, NC 28037

★☆☆☆☆    4 weeks ago

Waterbean Coffee has a nice atmosphere, but the prices are a bit high for the quality of coffee offered. Not worth the cost for me

**Service**
Take out

**Meal type**
Breakfast

**Price per person**
$30–50

**Food:** 1

**Service:** 1

**Atmosphere:** 1

# Exhibit 24

**Naples Florida Vacation Homes, LLC**
Vacation home rental agency
Naples

★★★★★ a week ago

We loved the home! It was stylish, well-equipped, and in a peaceful area. The host was incredibly helpful, making our stay seamless and enjoyable. A wonderful place for a relaxing retreat

♡ Press and hold to react

# Exhibit 25

### The Jacuzzi Spa-Massage Spa S...

Spa

Pocket J, Sector 18

**PLACE DETAILS**



 Ira Demetrius

⋮

★★★★★ 2 months ago

I visited the Jacuzzi Spa & Massage in Sector 18, Noida, and was thoroughly impressed. The ambiance was soothing, and the staff were incredibly professional. The jacuzzi was clean and relaxing, providing a perfect escape from daily stress.

👍 Like    ⤳ Share



## Ira Demetrius

10 contributions ›

| Reviews | Photos |
| --- | --- |

 **Azalia Spa-Massage in Noida | Massage Spa Sec...**
Shop No- 5,6 4th, Wave Mall Parking, Pocket J, Se...

★★★★★ 2 months ago

I recently visited Azalia Spa in Noida Sector 18, and I was absolutely delighted by the experience. The ambiance is serene and inviting, making it the perfect escape from the hustle and bustle of daily life. The staff was exceptionally courteous and professional, ensuring that I felt comfortable and well taken care of throughout my visit. I opted for a deep tissue massage, and the therapist was highly skilled, working out all the knots and tension in my muscles. The use of aromatic oils added an extra layer of relaxation, and I left feeling rejuvenated and refreshed. I highly recommend Azalia Spa to anyone looking for a top-notch spa experience in Noida.

# Exhibit 26

# Waterbean Coffee

145 Cross Center Rd, Denver, NC



4.4 ★★★★★ 62 reviews ⓘ

People often mention

All | atmosphere 14 | baristas 7 | area 6 | latte 6 | +6

Sort by

Most relevant | Newest | Highest | **Lowest**

---

 **Ngozi Fredrick**
2 reviews

⋮

★★★★★ 3 days ago | NEW

Take out | $30–50

The seating area at Waterbean Coffee was cramped and uncomfortable. The coffee was average, and the overall experience didn't justify the high prices.

# Exhibit 27



**Ngozi Fredrick**
2 reviews

⋮

 3 days ago  NEW

Love the hand drip coffee here! The tasting corner is a
fun way to discover new beans. The shop is clean and
has a very nice atmosphere.

**Service**
Delivery

**Price per person**
¥1,000–2,000

**Food:** 5

**Service:** 5

**Atmosphere:** 5

Like    Share

# Exhibit 28

# Waterbean Coffee

145 Cross Center Rd, Denver, NC

Write a review

## 4.4 ★★★★★ 62 reviews ⓘ



**Irma Carter**
2 reviews

⋮

★☆☆☆☆ 2 weeks ago  **NEW**

Disappointed with Waterbean Coffee. The coffee was over-brewed and bitter, and the service was noticeably slow. Not up to the mark compared to other coffee spots.

**Food**: 1/5 | **Service**: 1/5 | **Atmosphere**: 1/5

 1

# Exhibit 29

## Tekkis

Computer security service

PLACE DETAILS





Irma Carter

⋮

★★★★★ 2 weeks ago

The excellent computer security services provided by
Tekkis have significantly improved the dependability and
security of our digital infrastructure.



# Exhibit 30

perfect. The host was friendly and responsive. Highly recommended

👍   🔗

 **Naples Florida Vacation Homes, LLC (Owner)**
5 days ago

Your feedback is invaluable to us, and we look forward to the opportunity of welcoming you back for another wonderful stay.

 **Irma Carter**
4 reviews                                              ⋮

★★★★★  4 days ago   [ NEW ]

Loved our stay at this lovely home! It was clean, well-decorated, and in a great location. The host was friendly and ensured we had a fantastic time. Highly recommend for a pleasant getaway

👍   🔗

 **Naples Florida Vacation Homes, LLC (Owner)**
2 hours ago

Thanks for the 5 stars! We're so glad you enjoyed your stay and hope to see you back again soon!



🏠 Home        🔍 Search        🔖 Saved

|||        ▢        ‹

# Exhibit 31

Overview    Menu    **Reviews**    Photos    Updates

✓ All    Service ▾    Meal ▾    Price    atmosp

Relevance    ✓ Newest    Highest    Lowest

**Irma Carter**
2 reviews

★★★★★ 9 hours ago

The perfect blend of great coffee and a comfortable setting. Coffee Republic in Matthews never disappoints. It's my favorite place to grab a... more

Press and hold to react

# Exhibit 32

**Sidney Vega**
16 reviews · 31 photos

⭐☆☆☆☆   2 weeks ago   NEW

Delivery | Other | $50–100

The atmosphere was nice, but the coffee quality was inconsistent. I've had better experiences at other local cafes. Service could also use improvement.

**Food**: 1/5 | **Service**: 1/5 | **Atmosphere**: 1/5

 Like

**Response from the owner** 2 weeks ago
This is a Fake Account from a competitor.

# Exhibit 33

# Naples Florida Vacation Homes, LLC

2805 Horseshoe Dr S STE 10, Naples, FL



**3.7** ★★★★☆ 67 reviews ⓘ



**Sidney Vega**
16 reviews · 31 photos

★★★★★ 4 weeks ago

The vacation home was perfect—spacious, clean, and just a short drive from the beach. The hosts were attentive and made our stay incredibly comfortable. Highly recommend for a relaxing getaway

 Like

**Response from the owner** 3 weeks ago
Sidney, we are glad you enjoyed your stay at the Neapolitan Vacation Rental.

✏ Write a review

# Exhibit 34

# Coffee Republic Matthews

3016 Weddington Rd #600, Matthews, NC

4.3 ★★★★★ 32 reviews ⓘ

👍 Like

---

**Sidney Vega**
16 reviews · 31 photos

⋮

★★★★★ 4 weeks ago

Lunch | $30–50

Coffee Republic in Matthews is fantastic! Their espresso drinks are expertly crafted, and the cozy ambiance makes it a perfect spot to unwind. The staff is friendly and attentive—highly recommend

**Food**: 5/5 | **Service**: 5/5 | **Atmosphere**: 5/5

👍 Like

# Exhibit 35

# Waterbean Coffee

145 Cross Center Rd, Denver, NC

## 4.4 ★★★★⯪ 62 reviews ⓘ


**Write a review**

---



**Denna Byrd**
4 reviews

★☆☆☆☆ 2 weeks ago | **NEW**

Delivery | Lunch | $30–50

Had high expectations, but Waterbean Coffee didn't deliver. The espresso was lukewarm, and the staff seemed indifferent to customer needs.

Food: 1/5 | Service: 1/5 | Atmosphere: 1/5

# Exhibit 36



**Denna Byrd**

21 contributions ›

**Reviews**        Photos


**Steadily**

★★★★★ 2 weeks ago

I'm grateful for Steadily's house flipping insurance—it's flexible and meets all my investment needs

👍 Like      ≺ Share

# Exhibit 37

### Coffee Republic Matthews
Coffee shop · $
Providence Plantation

**PLACE DETAILS**



 Denna Byrd

⋮

★★★★★ 2 weeks ago

Coffee Republic's ambiance and exceptional coffee make it a favorite of mine. The staff is always friendly and helpful, ensuring every visit is enjoyable.

**Food:** 5

**Service:** 5

**Atmosphere:** 5

👍 Like  ⤴ Share

# Exhibit 38



## Denna Byrd

21 contributions ›

**Reviews**              Photos



**Tasse Coffee Roastery**
1 Chome-6-12 Takadanobaba, Shinjuku City, Toky...

★★★★★ 2 weeks ago

The hand drip coffee here is excellent! The tasting corner is a wonderful way to explore different beans. The shop is spotless and very inviting.

**Service**
Take out

**Meal type**
Lunch

**Price per person**
¥1–1,000

**Food:** 5

**Service:** 5

**Atmosphere:** 5

# Exhibit 39

# Coffee Republic Georgetown



3500 O St NW, Washington, DC

4.1 ★★★★★ 428 reviews ⓘ

Cheers

---

**Jessica Martinez Guzman**
14 reviews · 10 photos



★★★★★ 2 years ago

Take out | Breakfast | $20–30

The shop is busy and my order was put at 9:45am according to my receipt. About 10:00am I asked the "tall" young guy how much longer and he said: still in progress after he even asked his co workers (obviously it seems like throwing jokes is more important)...about 10:15am they called my name to tell me that there's none philly meat for the grilled cheese, basically 30 min waiting when I was told 20 min waiting. Now, as you can see on my receipt I asked to get my money because I'm a customer and time is valuable. He didn't charge me for the sandwich, but he still charged me for 2 drinks and the "tip" 😣 and he managed to give me a lecture about their computer system works this way and the way they do things there...bottom line, 1) you don't argue or debate with customers about how you do things and leave the customer unsatisfied 2) a coffee shop is based on customers and that's how the establishment gets their money and employees get paid 3) it's insane to think that you have pay $13.42 for 2 drinks including a tip and top of that you agreed that you and your crew made a mistake by not communicating to each other or not even checking your inventory.

Lesson: $13.40 is not worth to argue with a customer when you admit and know that you're wrong. Next time, give it up and own your mistake because at the end of the day you need CUSTOMERS. This is not high school nor your ego or pride to be right or wrong, Grow up guys.



 2

# Coffee Republic Georgetown



3500 O St NW, Washington, DC

4.1 ★★★★★ 428 reviews ⓘ

**People often mention**

All | students 22 | barista 17 | atmosphere 15 | cup 10 | +6

**Sort by**

Most relevant | Newest | Highest | Lowest

---

**S** **Sena Senturk** ⋮
33 reviews · 7 photos

★☆☆☆☆ 5 months ago

Take out | $1–10

Wanted to support a local business and ordered 6 coffees and never had this bad of a coffee ever. Everyone just threw it out. We waited an extremely long time after ordering which is understandable because it was a big order and a Sunday, but it was just really long wait even with these facts.

**Service**: 2/5



# Coffee Republic Georgetown



3500 O St NW, Washington, DC

4.1 ★★★★☆  428 reviews ⓘ



**Nils Hünerfürst**
Local Guide · 1,449 reviews · 26,504 photos
★☆☆☆☆  a year ago
Take out | Other | $1–10

Tried a hot Matcha Latte with oatmilk and it was really the baddest matcha tea I ever had.



 3



**K. Sj**
2 reviews
★☆☆☆☆  11 months ago

Take out | $1–10

I am a first-time customer who tried to grab a "salty dog" - the caramel and sea salt latte + oat milk. after paying $9/$10 and waiting 10 minutes when I was one of the few customers who had recently ordered, I was met with a latte that tasted like straight milk with no hint of any caramel, sea salt, or sweetness whatsoever. the cashier seemed annoyed to have to help me with a transaction, which only made me feel like i paid $9/$10 for a latte i hated and awful service on the side. as someone who lives right around the corner, i now refuse to come back and will tell everyone in the vicinity to go to call your mother instead for solid, quick, and affordable lattes. one try was enough for me it seems.

**Food**: 1/5 | **Service**: 1/5 | **Atmosphere**: 1/5

# Coffee Republic Georgetown

3500 O St NW, Washington, DC



4.1 ★★★★☆ 428 reviews ⓘ



**Ris Lacoste**
1 review

⋮

★☆☆☆☆ 10 months ago

Take out | Breakfast | $10–20

I thought way too expensive for a fist sized egg sandwich - 1 egg, barely a slice of bacon - and a cup of coffee $13?? Not a student budget. Not any budget. And maybe put prices on your website menu ... I looked to check that the total I paid was accurate but found no pricing.   Would help avoid the ticker shock. Thank you.

 1

**Jen Rivera**
25 reviews · 6 photos

⋮

★☆☆☆☆ a year ago

First time customer: Stopped by this morning to grab a Caramel and sea salt latte..the taste is terrible...basically tastes like nothing, no salt no sweetness..just warm milk. The Barista was busy chatting constantly with his friends and at one point spilled milk all over...a 5 minute task took 15 minutes and again, terrible latte. Plus they charge Compass coffee prices but use store bought syrups.. I was excited about trying all their speciality latte flavors but safe to say not going back for a $7.00 coffee that I won't even enjoy..

**Food**: 1/5 | **Service**: 1/5 | **Atmosphere**: 2/5



# Coffee Republic Georgetown

3500 O St NW, Washington, DC

4.1 ★★★★★ 428 reviews ⓘ



**Amg Brabus**
2 reviews · 1 photo

⋮

★☆☆☆☆ 4 months ago

$10–20

I wait for my coffee like 20min and that the employee started to make smoothie for himself and than they didn't take my cash. Never will be back here !!!!!

 Like

---



**Meg Greer**
4 reviews · 1 photo

⋮

★☆☆☆☆ a year ago

Take out | Breakfast | $1–10

Honestly this place has gone way downhill. I ordered a large peppermint mocha with nonfat milk and got a cup of whole milk. It has no flavor and contains probably 1 shot of espresso in it. I can't even taste the espresso so I don't know what's giving it any brown color.

After I ordered, the cashier threw my cup in the air and it landed on the ground. The barista did not have any instructions written on it other than PM.

They both were also pretty rude to other customers. Someone else accidentally took another customer's medium nonfat cappuccino and she had beg the cashier to even give her a drip coffee. She didn't even ask them to remake her drink.

For how expensive drinks ($6.06 for a peppermint mocha) are here, you're better off walking down to O and Wisconsin and going to Compass.



# Coffee Republic Georgetown

3500 O St NW, Washington, DC



4.1 ★★★★☆ 428 reviews ⓘ

---

 **Kace Boland**
19 reviews · 1 photo

★☆☆☆☆ 8 months ago

lattes here are absolute sugar sludge… really not good. way sweeter than any other coffee place I've been to, for sure.

> Food: 1/5 | Service: 5/5 | Atmosphere: 5/5

 2

**Response from the owner** 7 months ago
Hi there! I'm so sorry we didn't craft your latte to your liking. Our beverages usually aren't too sweet. We have circled back with our baristas, and identified the opportunity. I'd love to invite you to give us another shot. Of course this one's on us! Cheers.

---

 **white busa**
9 reviews

★☆☆☆☆ 3 years ago

Dine in | Lunch | $1–10

Took forever to get food (wasn't packed at all) which was only a bacon grilled cheese. When the individual who was done making my order they didn't even bother to call my name. My sandwich wasn't even cut through all the way and when I asked if someone can cut it I was told sure then another worker rudely pointed and said there are knives over there. The coffee wasn't really something to come back to as well.

 3

# Coffee Republic Georgetown

3500 O St NW, Washington, DC

Write a review

4.1 ★★★★★ 428 reviews ⓘ

 **Rachel Ortega**
4 reviews

★★★★★ 2 months ago

Take out | Other

They only have one cashier very slow.

👍 Like

> **Response from the owner** a month ago
> Sorry that it took longer than expected. But, we hope you enjoyed your experience!

 **Rosie H**
Local Guide · 247 reviews · 441 photos

★★★★★ 3 years ago

When someone comes in saying they need to use the facilities because they have IBS, you'd think any place would be understanding and allow them to relieve themselves. The rude staff of this shop turned down my bf who needed to go. It's a pandemic but we are human and sometimes need to go. Learn to be compassionate people. So disrespectful.

👍 4

 **Leila Maccarone**
2 reviews

★★★★★ a year ago

Take out | Breakfast | $1–10

# Coffee Republic Georgetown



3500 O St NW, Washington, DC

4.1 ★★★★★ 428 reviews ⓘ

✏️ **Write a review**

---



**Finley Heesch**
4 reviews

 ★★★★★ 8 months ago

Dine in | $1–10

My mocha tasted like straight burnt drip coffee, not worth the price or wait

**Service**: 3/5 | **Atmosphere**: 5/5

 1

---



**Angela Souza**
3 reviews

★★★★★ a year ago

I ordered sandwich with cheese, what wrote on menu, but they gave to me without, and didn't refund me or give me something.
It's so so bad place, service and employs.

**Food**: 1/5 | **Service**: 1/5

 Like

# Coffee Republic Georgetown

3500 O St NW, Washington, DC

Write a review

4.1 ★★★★☆ 428 reviews ⓘ

---

**Fiona Cleaves**
5 reviews

★☆☆☆☆ 10 months ago

Mediocre and overpriced coffee; cookie was stale. Do not recommend at all.

👍 2

---

**Tess Hill**
Local Guide · 138 reviews · 104 photos

★☆☆☆☆ 3 years ago

Rude, forgetful staff, burnt grilled cheese. Forgot all about my coffee (isn't it a coffee shop?) This is what happens when you throw a bunch of kids into a coffee shop and expect them to run it. Don't waste your time or money here!

👍 2

---

**Jenna Antonacci**
2 reviews

★☆☆☆☆ a year ago

Take out | Breakfast

Took 20 minutes for an iced americano when it was slow in the store and it wasn't good at all and super overpriced. Not coming back.

**Food**: 1/5 | **Service**: 1/5 | **Atmosphere**: 1/5

# Coffee Republic Georgetown

3500 O St NW, Washington, DC

4.1 ★★★★★ 428 reviews ⓘ

 Write a review

 **Vishal N Bhatia**
Local Guide · 60 reviews · 324 photos

⋮

★☆☆☆☆ 6 months ago

Take out | Other | $10–20

Yesterday I was there walking past Starbucks to help local eatery and it was a mistake! I wanted a drip coffee, just one good coffee.... They changed me $5.5 for 16oz, which is fine and no complaints about the price but how can someone sell such a terrible simple drip coffee! The 16oz hot water had mild flavour of coffee, yes just the flavour. I had asked for dark roast drip coffee and coffee lovers will understand when your dark roast coffee tastes hot water with mild taste of coffee it means the store cheated on you. I will never go there again!

Other than that, cosy small place has few tables and a couch for you to sit and have food   They have a colour printer which can be used by paying.

**Food**: 1/5 | **Service**: 4/5 | **Atmosphere**: 5/5

 1

 **Nassir Nathans**
6 reviews

⋮

★☆☆☆☆ a month ago

Always dirty, especially their patio. And patio tables always wobbly. I've never seen a single staff paying attention to wiping tables and chairs. They need a manager or at one that cares. Shameful!!

**Food**: 3/5 | **Service**: 1/5 | **Atmosphere**: 2/5

# Coffee Republic Matthews

3016 Weddington Rd #600, Matthews, NC

**4.1** ★★★★★ 37 reviews ⓘ



 **A Thomas**
8 reviews · 1 photo

★★★☆☆ a month ago

Dine in | Brunch | $1–10

While I like the coffee shop itself the baristas were arguing and criticizing each other during my 15 minutes in the shop. Also one of the baristas had a crop top on. While this in a general setting doesn't bother me, when handling food as they do and her stomach touching the counter I was very close to leaving altogether. I have had an iced drink there a few times now and am just not impressed. Will not be returning

**Food**: 3/5 | **Service**: 2/5 | **Atmosphere**: 4/5

 1

 **EDWYER**
Local Guide · 19 reviews · 5 photos

★★★☆☆ a month ago

Coffee tastes great but the service was really BAD. The cashier seemed rude and did not ask which option of coffee I wanted. Really? Also, the two co-workers argued over the dates of the food instead of working on our orders.

**Food**: 4/5 | **Service**: 1/5 | **Atmosphere**: 3/5

 Like

Case 3:25-cv-00096-SCR-UJ1    Document 1-1    Filed 02/06/25    Page 161 of 276

REVIEWS

# Coffee Republic Matthews

3016 Weddington Rd #600, Matthews, NC

4.1 ★★★★★ 37 reviews ⓘ

Write a review

 **Randy Bishop**
3 reviews

⋮

★★ ☆ ☆ ☆ a month ago

Dine in | Breakfast | $10–20

This is certainly not the coffee, service or atmosphere Im looking for especially first thing in the morning. Nothing but a corporation vibe with the electronic boards, horrible seating and bad customer service. Plus, don't get me started on the "fresh" pastries and the horrible prices. If you want a nice neighborhood coffee house you will need to look elsewhere.

**Food**: 2/5 | **Service**: 1/5 | **Atmosphere**: 1/5

 1

**Cameron Everhart**
Local Guide · 52 reviews · 2 photos

⋮

★★ ☆ ☆ ☆ 4 weeks ago

It took 30 minutes for 2 pour overs, the water wasn't hot..also weird, hipster pictures. Strange atmosphere that seems meant for uptown.

**Food**: 1/5 | **Service**: 1/5 | **Atmosphere**: 2/5

# Coffee Republic Matthews

3016 Weddington Rd #600, Matthews, NC

 Write a review

## 4.1 ★★★★★ 37 reviews ⓘ



**John Dixon**
Local Guide · 48 reviews · 4 photos

⋮

★★★★★ a week ago   **NEW**

Dine in | Breakfast | $10–20

Pleasant service. Hot latte had nice foam but coffee flavor was weak for my taste. Bacon, egg and cheese burrito was on some kind of flakey wrap with a crust rather than a tortilla and the contents were tasteless.

**Food**: 1/5 | **Service**: 4/5 | **Atmosphere**: 3/5

**Parking space**
Plenty of parking

**Parking options**
Free parking lot

# Coffee Republic Matthews

3016 Weddington Rd #600, Matthews, NC



Write a review

4.1 ★★★★★ 37 reviews ⓘ

People often mention

| All | atmosphere 8 | barista 5 | latte 5 | environment 2 | pastries 2 |

Sort by

| Most relevant | Newest | Highest | Lowest |



**Eevan Duke**
2 reviews

★★★★★ a week ago   NEW

Dine in | Breakfast | $10–20

This is nothing compared to the coffee shop here before, Dilworth Coffee. Dilworth Coffee had amazing coffee, quality service, and a community atmosphere. My wife and I came here every Saturday and always met someone new and had the best experience. This new coffee shop is disappointing and can't live up to its predecessor.

# Coffee Republic Matthews

3016 Weddington Rd #600, Matthews, NC

4.1 ★★★★☆ 37 reviews ⓘ



 **Mike S**
6 reviews

★☆☆☆☆ 2 weeks ago **NEW**

Service was terrible. Person taking my order had no customer service skills and was rude. Coffee was bad. Waste of 8$. People were kind at Dilworth Coffee and atmosphere was better. Won't be returning.

**Food**: 1/5 | **Service**: 1/5 | **Atmosphere**: 1/5

 Like

 **Joey**
Local Guide · 35 reviews · 14 photos

★☆☆☆☆ a month ago

Their coffee is meh, pretty generically bland. Not as good as Dilworth Coffee.

 1

 **Marie Grego**
12 reviews · 3 photos

★☆☆☆☆ a month ago

# Coffee Republic Matthews

3016 Weddington Rd #600, Matthews, NC



4.1 ★★★★★ 37 reviews ⓘ

 **Mike S**
6 reviews

 2 weeks ago **NEW**

Service was terrible. Person taking my order had no customer service skills and was rude. Coffee was bad. Waste of 8$. People were kind at Dilworth Coffee and atmosphere was better. Won't be returning.

**Food**: 1/5 | **Service**: 1/5 | **Atmosphere**: 1/5

 Like

 **Joey**
Local Guide · 35 reviews · 14 photos

 a month ago

Their coffee is meh, pretty generically bland.  Not as good as Dilworth Coffee.

 1

 **Marie Grego**
12 reviews · 3 photos

 a month ago

# Exhibit 40

# Coffee Republic Matthews

3016 Weddington Rd #600, Matthews, NC

## 4.3 ★★★★★ 32 reviews ⓘ

Write a review



**Robert Moore**
2 reviews

⋮

★★★★★ 3 weeks ago | NEW

Delivery | Lunch | $50–100

Love Coffee Republic! The atmosphere is perfect for catching up with friends or working. The coffee is rich and flavorful, and the staff goes above and beyond to ensure a great experience

**Food**: 5/5 | **Service**: 5/5 | **Atmosphere**: 4/5

Like

# Exhibit 41



## Robert Moore

14 contributions >

| Reviews | Photos |
|---|---|

2 reviews

 **Tasse Coffee Roastery**
1 Chome-6-12 Takadanobaba, Shinjuku City, Toky...

★★★★★ 3 weeks ago

A great place for hand drip coffee. The variety of beans is impressive, and the tasting corner is a nice touch. The shop is clean and has a very nice atmosphere.

**Service**
Dine in

**Meal type**
Lunch

**Price per person**
¥1,000–2,000

**Food:** 5

**Service:** 5



# Exhibit 42



## Henry Lloyd

17 contributions ›



**Coffee Republic Matthews**
3016 Weddington Rd #600, Matthews, NC 28105

★★★★★  2 weeks ago

Coffee Republic offers a delightful coffee experience. The variety of options and the welcoming environment make it an ideal spot to enjoy your favorite drink

**Service**
Delivery

**Meal type**
Other

**Price per person**
$100+

**Food:** 5

**Service:** 5

**Atmosphere:** 5

👍 Like     ⌣ Share

# Exhibit 43



## Henry Lloyd

17 contributions ›

**Reviews**           Photos

3 reviews

 **Tasse Coffee Roastery**
1 Chome-6-12 Takadanobaba, Shinjuku City, Toky...

★ ★ ★ ★ ★  2 weeks ago

I can't get enough of their hand drip coffee! The tasting corner is perfect for trying new beans. The shop is always clean and has a nice, relaxing atmosphere.

**Service**
Take out

**Meal type**
Breakfast

**Price per person**
¥1–1,000

**Food:** 5

**Service:** 5



Atmosphere: 5

# Exhibit 44

## Naples Florida Vacation Homes, …

Vacation home rental agency
Central Naples

**PLACE DETAILS**



 Henry Lloyd

⋮

★★★★★ 3 weeks ago

The house was full of charm, and the location was ideal for exploring the town. The well-appointed kitchen and comfortable living spaces made our stay enjoyable. Would highly recommend for a relaxing.

👍 Like　⤳ Share

# Exhibit 45

# Coffee Republic Matthews

3016 Weddington Rd #600, Matthews, NC

**Write a review**

4.3 ★★★★ 32 reviews ⓘ

 **Teresa M.**
2 reviews

⋮

★★★★★ 3 days ago **NEW**

Coffee Republic is consistently excellent. The coffee is top-quality, the staff is friendly, and the ambiance is perfect for any time of day. Highly recommend

**Food**: 5/5 | **Service**: 5/5 | **Atmosphere**: 5/5

 Like

# Exhibit 46

Teresa M.

## Reviews

### Fig Linens and Home
Linens store
Westport

★★★★★ 8 hours ago

Fig Lines and Home understands my taste perfectly. Their decor selection is diverse and always meets my expectations. Shopping here is a delight

♡ Press and hold to react

### Tekkis
Computer security service

★★★★★ 3 days ago

When it comes to computer security services, Tekkis has surpassed all of our expectations.

♡ Press and hold to react

### Coffee Republic Matthews
Coffee shop
29 mi

★★★★★ 3 days ago

Delivery | Lunch | $50–100

I'm impressed with Coffee Republic's commitment to quality. The coffee is rich and well-prepared, and the atmosphere is perfect for a leisurely coffee... more

♡ Press and hold to react



**Teresa M.**

6 contributions ›

**Reviews**                                    **Photos**

2 reviews


**Missouri Custom Builders**
2741 Sutton Blvd, Maplewood, MO 63143

★★★★★  2 weeks ago

MCB's craftsmanship is superb. Clearly, they pride themselves on their work.

👍 Like          ⤳ Share


**Coffee Republic Matthews**
3016 Weddington Rd #600, Matthews, NC 28105

★★★★★  3 weeks ago

Coffee Republic is consistently excellent. The coffee is top-quality, the staff is friendly, and the ambiance is perfect for any time of day. Highly recommend

**Food:** 5

**Service:** 5

**Atmosphere:** 5

👍 Like          ⤳ Share



**Teresa M.**

6 contributions ›

**Reviews**                    Photos

2 reviews



**Missouri Custom Builders**
2741 Sutton Blvd, Maplewood, MO 63143

★★★★★ 2 weeks ago

MCB's craftsmanship is superb. Clearly, they pride themselves on their work.

 Like          ⌁ Share

**Coffee Republic Matthews**
3016 Weddington Rd #600, Matthews, NC 28105

★★★★★ 3 weeks ago

Coffee Republic is consistently excellent. The coffee is top-quality, the staff is friendly, and the ambiance is perfect for any time of day. Highly recommend

**Food:** 5

**Service:** 5

**Atmosphere:** 5

 Like          ⌁ Share

# Exhibit 47



## Ciara Collins

15 contributions  >

Reviews        Photos

3 reviews



**Coffee Republic Georgetown**
3500 O St NW, Washington, DC 20007

★ ★ ★ ★ ★  a week ago

Coffee Republic Georgetown provides an unbeatable coffee experience. The quality and flavors of their brews are consistently impressive, and the environment is always welcoming

**Service**
Dine in

**Price per person**
$20–30

**Food:** 5

**Service:** 5

**Atmosphere:** 5

⟳ Like    ⤲ Share

# Exhibit 48

# Naples Florida Vacation Homes, LLC

2805 Horseshoe Dr S STE 10, Naples, FL



3.9 ★★★★☆ 76 reviews ⓘ

---



**Ciara Collins**
3 reviews · 1 photo

 3 weeks ago **NEW**

What a great place! The house was stylish, clean, and close to local attractions. The host was very accommodating and made sure we had a wonderful stay. Ideal for a relaxing vacation

 Like

**Response from the owner** 3 weeks ago
Thank you for the review! We are so glad you enjoyed your vacation. We look forward to hosting you



## Ciara Collins

15 contributions >

**Reviews**                    **Photos**



**Tasse Coffee Roastery**
1 Chome-6-12 Takadanobaba, Shinjuku City, Toky...



★★★★★  3 weeks ago

The hand drip coffee is incredible! The tasting corner allows you to try different beans, which is fantastic. The shop is very clean and has a great atmosphere.

**Meal type**
Lunch

**Price per person**
¥1–1,000

**Food:** 5

**Service:** 5

**Atmosphere:** 5



# Exhibit 49

## Coffee Republic Georgetown

Coffee shop · $1–10
Northwest Washington

**PLACE DETAILS**



---

  **Lorraine Beltran**

⋮

★★★★★ 2 weeks ago

Coffee Republic Georgetown serves the best coffee in town! The blends are unique, the atmosphere is cozy, and the staff always goes the extra mile to ensure a great visit

**Service**
Dine in

**Price per person**
$30–50

**Food:** 5

**Service:** 5

**Atmosphere:** 5

👍 Like     ⌁ Share

# Exhibit 50

# Naples Florida Vacation Homes, LLC

2805 Horseshoe Dr S STE 10, Naples, FL



3.9 ★★★★☆ 76 reviews ⓘ

---

 **Lorraine Beltran**
4 reviews

⋮

 3 weeks ago  NEW

A superb property! The house was charming and well-equipped, with a quiet setting. The host's care and responsiveness made our stay enjoyable. A great choice for a relaxing retreat.

 Like

**Response from the owner** 3 weeks ago
Thank you for the wonderful review! We are thrilled to hear you enjoyed the property! We hope to host you again soon!



## Lorraine Beltran

9 contributions ›

**Reviews** | Photos

---

**Solar Link Australia**
21 Garden Blvd, Dingley Village VIC 3172, Australia

★★★★★ a week ago

Solar Link installed our solar panels last month, and the results have been amazing. They were quick and efficient, and their attention to detail was impressive. Our energy bills have already started to decrease, and the system is working flawlessly

👍 Like    ⤳ Share

---

**Coffee Republic Georgetown**
3500 O St NW, Washington, DC 20007

★★★★★ a week ago

Coffee Republic Georgetown serves the best coffee in town! The blends are unique, the atmosphere is cozy, and the staff always goes the extra mile to ensure a great visit
More

👍 Like    ⤳ Share

---

**Tekkis**

★★★★★ 3 weeks ago



cybersecurity infrastructure. Their solutions are innovative

# Exhibit 51



**Julia Hunter**

21 contributions ›

Reviews                              Photos

 **Coffee Republic Georgetown**
3500 O St NW, Washington, DC 20007

★ ★ ★ ★ ★  a week ago

Coffee Republic Georgetown redefines coffee excellence.
The flavorful brews and comfortable setting create an
ideal spot for a perfect coffee experience.

**Service**
Delivery

**Price per person**
$50–100

**Food:** 5

**Service:** 5

**Atmosphere:** 5

**Recommended dishes**
Snickerdoodle

👍 Like      ⤴ Share

# Exhibit 52

J

Julia Hunter

21 contributions ›

**Reviews**　　　　　　　Photos

6 reviews

**Solar Link Australia**
21 Garden Blvd, Dingley Village VIC 3172, Australia

★★★★★　20 hours ago

The team at Solar Link was extremely thorough, from planning the system to the final installation. They also followed up after the installation to ensure everything was working perfectly. Their attention to detail and customer service were outstanding.

👍 Like　　　⌣ Share

**Tekkis**

★★★★★　20 hours ago

Tekkis has been a game changer for our business. Before working with them, we were constantly dealing with system vulnerabilities and threats. Their proactive approach to cybersecurity has not only resolved our existing issues but also put preventive measures in place. We've seen a huge improvement in system performance, and the team's expertise gives us the confidence we need to focus on growing our business. The support is always timely and professional. Highly recommended!

👍 Like　　　⌣ Share



**Julia Hunter**

21 contributions ›

**Reviews**     **Photos**

---



**Naples Florida Vacation Homes, LLC**
2805 Horseshoe Dr S STE 10, Naples, FL 34104

★★★★★  2 weeks ago

Our stay was absolutely perfect! The house was modern, clean, and had all the comforts of home. The host was incredibly responsive and made everything easy for us. We couldn't have asked for a better experience

👍 Like          ⤴ Share

---



**Steadily**

★★★★★  2 weeks ago

Their house flipping insurance is comprehensive and tailored to my investment goals.

👍 Like          ⤴ Share

---



**LIVING FAITH CHURCH, GOSHEN CITY**
Km 26 Abuja - Keffi Expy, New Karu 961105, Nasa...

★★★★  4 years ago

A home of signs and wonders

👍 Like     ⤴ Share

# Naples Florida Vacation Homes, LLC

2805 Horseshoe Dr S STE 10, Naples, FL



3.9 ★★★★★ 76 reviews ⓘ



**Julia Hunter**
4 reviews · 8 photos

★★★★★ 2 weeks ago **NEW**

Our stay was absolutely perfect! The house was modern, clean, and had all the comforts of home. The host was incredibly responsive and made everything easy for us. We couldn't have asked for a better experience

 Like

# Exhibit 53



## Lennon Charlie

11 contributions ›

Reviews          Photos

2 reviews



**Coffee Republic Georgetown**
3500 O St NW, Washington, DC 20007

★★★★★  3 months ago

Their commitment to quality shines through in every sip.

**Service**
Delivery

**Meal type**
Dinner

**Price per person**
$20–30

**Food:** 5

**Service:** 5

**Atmosphere:** 4

**Recommended dishes**
Drip

👍 Like          ≪ Share

**Response from the owner**  3 months ago
Thank you so much! Cheers!

# Exhibit 54

# Fig Linens and Home

The Market Place Shopping Center, 7 Church Ln, Westport, CT

4.6 ★★★★⯪ 72 reviews ⓘ

 2

---

**Lennon Charlie**
2 reviews

 ★★★★★ 3 months ago

The staff is knowledgable and always eager to assist with any questions or recommendations. Shopping here is always a pleasant experience!

 2

# Exhibit 55



## Kevin McGlade

7 contributions ›

**Reviews**              Photos

---

2 reviews

---



### Coffee Republic Georgetown
3500 O St NW, Washington, DC 20007

★★★★★  2 months ago

Coffee Republic Georgetown is a gem! The baristas craft each cup with care, and the ambiance is perfect for both work and relaxation. A coffee lover's paradise!

**Meal type**
Other

**Price per person**
$20–30

**Food:** 5

**Service:** 5

**Atmosphere:** 4

👍 Like        ⌟ Share

**Response from the owner**  2 months ago



# Exhibit 56

# Fig Linens and Home

The Market Place Shopping Center, 7 Church Ln, Westport, CT

**4.6** ★★★★★ 73 reviews ⓘ

✏ Write a review

 **Kevin McGlade**
2 reviews

★★★★★ 2 months ago

I'm so impressed with the stylish decor from Fig Lines and Home. Their collection is perfect for anyone looking to refresh their space.



# Exhibit 57

**W** Whitney Frederickson

⋮

★★★★★ 2 weeks ago

Coffee Republic Georgetown is a true coffee haven! The rich, bold flavors and warm atmosphere make it a perfect spot to start my day. The staff is always welcoming, and the service is excellent

**Service**
Delivery

**Price per person**
$30–50

**Food:** 5

**Service:** 5

**Atmosphere:** 5

**Recommended dishes**
Drip

👍 Like    ⤳ Share



# Exhibit 58

# Fig Linens and Home

The Market Place Shopping Center, 7 Church Ln, Westport, CT

4.6 ★★★★★ 73 reviews ⓘ

✏ Write a review

**Whitney Frederickson**
2 reviews

★★★★★ 6 days ago NEW

The decor from Fig Lines and Home brings so much life and beauty to my home. I'm always excited to see what new items they have in store



# Exhibit 59



## Joel Matthews

8 contributions ›

**Reviews**        Photos

---

2 reviews

---

 **Coffee Republic Georgetown**
3500 O St NW, Washington, DC 20007

 ★★★★★   2 months ago

The experience at Coffee Republic Georgetown is always top-tier. Delicious coffee, inviting atmosphere, and friendly staff make it the best café in town.

**Meal type**
Brunch

**Price per person**
$50–100

**Food:** 5

**Service:** 5

**Atmosphere:** 4

**Recommended dishes**
Everything Bagel

👍 Like      ⤳ Share

---

**Response from the owner**   2 months ago
Thanx so much! Cheers!

# Exhibit 60



## Joel Matthews

8 contributions ›

**Reviews**                    Photos

2 reviews

---



**Coffee Republic Georgetown**
3500 O St NW, Washington, DC 20007

★★★★★  2 months ago

The experience at Coffee Republic Georgetown is always top-tier. Delicious coffee, inviting atmosphere, and friendly staff make it the best café in town. More

👍 Like          ⌁ Share

> **Response from the owner**  2 months ago
> Thanx so much! Cheers!

---



**Fig Linens and Home**
The Market Place Shopping Center, 7 Church Ln, W...

★★★★★  2 months ago

Fig Lines and Home has an amazing collection of decor. Their pieces are both stylish and timeless. Great find for home lovers.

👍 Like          ⌁ Share

# Exhibit 61

Search Google Maps

## Cynthia R.
Local Guide · Level 2

41 points ›

15                                                                    75

**Reviews**                                Photos

**Coffee Republic Georgetown**
3500 O St NW, Washington, DC 20007

★★★★★ 3 months ago

I love Coffee Republic Georgetown for its relaxing atmosphere and superb service. The coffee is always fresh and brewed to perfection, making it a delightful place to start my day.

**Meal type**
Other

**Price per person**
$30–50

**Food:** 5

**Service:** 5

**Atmosphere:** 5

**Recommended dishes**
Grilled Cheese

👍 1          ⌣ Share

**Response from the owner** 3 months ago
Thank so much Cynthia! Cheers!

# Exhibit 62

# Missouri Custom Builders

2741 Sutton Blvd, Maplewood, MO

**5.0** ★★★★★ 32 reviews ⓘ

Write a review

---



**Cynthia R.**
2 reviews

★★★★★ 3 months ago

MCB nailed it! On time, within budget, and quality beyond expectations. Recommend them highly!

 Like

# Exhibit 63

### Coffee Republic Georgetown

Coffee shop · $1–10
Northwest Washington

**PLACE DETAILS**



---

 Donnie Sherman

⋮

★ ★ ★ ★ ★  3 months ago

Consistently fresh beans ensure each cup is bursting with flavor.

**Meal type**
Lunch

**Price per person**
$30–50

**Food:** 5

**Service:** 5

**Atmosphere:** 5

**Recommended dishes**
Grilled Cheese, Three Cheese Sandwich

👍 Like          ⌣ Share

**Response from the owner**  3 months ago
Thanx so much! Cheers!

# Exhibit 64



**Donnie Sherman**

10 contributions ›

**Reviews**          Photos



**Fig Linens and Home**
The Market Place Shopping Center, 7 Church Ln, …

★★★★★  3 months ago

Fig Lines and Home offers exquisite home decor that adds charm to any room. Their collection is a blend of elegance and functionality.

👍 1          ≪ Share



**Coffee Republic Georgetown**
3500 O St NW, Washington, DC 20007

★★★★★  3 months ago

Consistently fresh beans ensure each cup is bursting with flavor.

**Meal type**
Lunch

**Price per person**
$30–50

**Food:** 5

**Service:** 5

**Atmosphere:** 5

**Recommended dishes**
Grilled Cheese, Three Cheese Sandwich

# Exhibit 65

# Coffee Republic Matthews

3016 Weddington Rd #600, Matthews, NC

4.3 ★★★★★ 32 reviews ⓘ

 Like

---

**Sean Flynn**
2 reviews

★★★★★ a month ago

Best Coffee I've ever had, so glad they're in the neighborhood!

**Food**: 5/5 | **Service**: 5/5 | **Atmosphere**: 5/5



Like

# Exhibit 66



Search

Sean Flynn

Local Guide · Level 3

94 points ›

75

250

Reviews

Photos

**Summit Coffee Birkdale Landing**
16639 Birkdale Commons Pkwy # 100, Huntersvil...

⭐ 3 years ago

# Exhibit 67



**FEDERAL TRADE COMMISSION**
PROTECTING AMERICA'S CONSUMERS

For Release

# Federal Trade Commission Announces Final Rule Banning Fake Reviews and Testimonials

The rule will allow agency to strengthen enforcement, seek civil penalties against violators, and deter AI-generated fake reviews

August 14, 2024

Tags: [Consumer Protection](#) | [Bureau of Consumer Protection](#) | [Advertising and Marketing](#) | [Endorsements, Influencers, and Reviews](#) | [Online Advertising and Marketing](#)

The Federal Trade Commission today [announced a final rule](#) that will combat fake reviews and testimonials by prohibiting their sale or purchase and allow the agency to seek civil penalties against knowing violators.

"Fake reviews not only waste people's time and money, but also pollute the marketplace and divert business away from honest competitors," said FTC Chair Lina M. Khan. "By strengthening the FTC's toolkit to fight



deceptive advertising, the final rule will protect Americans from getting cheated, put businesses that unlawfully game the system on notice, and promote markets that are fair, honest, and competitive."

The final rule announced today follows an advance notice of proposed rulemaking and a notice of proposed rulemaking announced in November 2022 and June 2023, respectively. The FTC also held an informal hearing on the proposed rule in February 2024. In response to public comments, the Commission made numerous clarifications and adjustments to its previous proposal.

The final rule prohibits:

- **Fake or False Consumer Reviews, Consumer Testimonials, and Celebrity Testimonials:** The final rule addresses reviews and testimonials that misrepresent that they are by someone who does not exist, such as AI-generated fake reviews, or who did not have actual experience with the business or its products or services, or that misrepresent the experience of the person giving it. It prohibits businesses from creating or selling such reviews or testimonials. It also prohibits them from buying such reviews, procuring them from company insiders, or disseminating such testimonials, when the business knew or should have known that the reviews or testimonials were fake or false.

- **Buying Positive or Negative Reviews:** The final rule prohibits businesses from providing compensation or other incentives conditioned on the writing of consumer reviews expressing a particular sentiment, either positive or negative. It clarifies that the conditional nature of the offer of compensation or incentive may be expressly or implicitly conveyed.

- **Insider Reviews and Consumer Testimonials:** The final rule prohibits certain reviews and testimonials written by company insiders that fail to clearly and conspicuously disclose the giver's material connection to the business. It prohibits such reviews and testimonials given by officers or managers. It also prohibits a business from disseminating such a testimonial that the business should have known was by an officer, manager, employee, or agent. Finally, it imposes requirements when officers or managers solicit consumer reviews from their own immediate relatives or from employees or agents – or when they tell employees or agents to solicit reviews from relatives and such solicitations result in reviews by immediate relatives of the employees or agents.

- **Company-Controlled Review Websites:** The final rule prohibits a business from misrepresenting that a website or entity it controls provides independent reviews or opinions about a category of products or services that includes its own products or services.

- **Review Suppression:** The final rule prohibits a business from using unfounded or groundless legal threats, physical threats, intimidation, or certain false public accusations to prevent or remove a negative consumer review. The final rule also bars a business from misrepresenting that the reviews on a review portion of its website represent all or most of the reviews submitted when reviews have been suppressed based upon their ratings or negative sentiment.

- **Misuse of Fake Social Media Indicators:** The final rule prohibits anyone from selling or buying fake indicators of social media influence, such as followers or views generated by a bot or hijacked account. This prohibition is limited to situations in which the buyer knew or should have known that the indicators were fake and misrepresent the buyer's influence or importance for a commercial purpose.

As the Commission noted previously, case-by-case enforcement without civil penalty authority might not be enough to deter clearly deceptive review and testimonial practices. The Supreme Court's decision in AMG Capital Management LLC v. FTC has hindered the FTC's ability to seek monetary relief for consumers under the FTC Act. This rule will enhance deterrence and strengthen FTC enforcement actions.

The Commission vote to approve the final rule and accompanying statement of basis and purpose was 5-0. The rule will become effective 60 days after the date it's published in the Federal Register.

The primary staff members on this matter are Michael Ostheimer and Michael Atleson in the FTC's Bureau of Consumer Protection.

The Federal Trade Commission works to promote competition and protect and educate consumers. The FTC will never demand money, make threats, tell you to transfer money, or promise you a prize. Learn more about consumer topics at consumer.ftc.gov, or report fraud, scams, and bad business practices at ReportFraud.ftc.gov. Follow the FTC on social media, read consumer alerts and the business blog, and sign up to get the latest FTC news and alerts.

Press Release Reference

Federal Trade Commission Announces Proposed Rule Banning Fake Reviews and Testimonials

## Contact Information

## Media Contact

Mitchell J. Katz
Office of Public Affairs
202-257-3814

# Exhibit 68



**FEDERAL TRADE COMMISSION**
**CONSUMER ADVICE**

Article

# How To Evaluate Online Reviews



Online reviews might help you decide what to buy or what company to hire. You should be able to trust that these reviews reflect the honest opinions of people who actually used a product or service. Unfortunately, some reviews are fake, deceptive, or manipulated — and that hurts both people and honest companies.

[Consider the Source and Ask Questions](#)

[Using Reviews](#)

# Consider the Source and Ask Questions

The FTC has brought a number of cases involving online reviews — likely more than any law enforcement agency in the world. Some involved companies that posted fake reviews of their own products and services. Others involved reviews by people who might have been real customers or users of a product but didn't say that they'd been paid to write a positive review.

When you use online reviews to help you make decisions, consider the source of the information. What do you know about this reviewer? Or about the site or platform where you're reading the review?

# Using Reviews

For years, the FTC's main recommendation when considering reviews has been to look at a variety of sources, including well-known websites that have trustworthy and impartial expert reviews. That's still a very good place to start. Here are some other steps to take:

- Check how recent the reviews are, and watch for a burst of reviews over a short period of time. That can sometimes mean the reviews are fake.

- Check if the reviewer has written other reviews. If so, read those to get a better sense of how much to trust that reviewer. If it seems that the reviewer has created an account just to write one review for one product, that review may be fake.

- Don't assume that, just by looking, you can spot the difference between a real review and a fake one. Some reviews may look suspicious, and some may look real, but it can often be nearly impossible to tell for sure. For example, you already know to watch out for reviews that seem too positive to be real, but some fake positive reviews give less than the highest possible rating in order to seem more believable.

- Remember that fake reviews are not always positive. Sometimes, a company might post fake negative reviews to harm a competitor.

You won't always know if a reviewer got something — like a free product — in exchange for writing a review. But, on some websites, you'll see a label or badge next to the review that tells you the reviewer got an incentive. How you weigh those reviews is up to you.

**Search Terms:**  [online](#),  [shopping](#),  [review](#)

**Topics:**  [Shopping and Donating](#),  [Shopping](#)

October 2022

# Exhibit 69



BBB of Chicago & Northern Illinois 

| BBB Tip: How to spot a fake review | ⌄ |
| --- | --- |

# BBB Tip: How to spot a fake review

Despite e-commerce websites' best attempts, getting rid of every fake review quickly is nearly impossible. As a consumer, the key is knowing when to pass on a product by recognizing red flags in phony reviews.



*Most online shoppers read reviews. But how do you know if they are real or fake?*

Good reviews are important. Shoppers depend on customer reviews to make the right decisions. They are also a determining factor in ranking algorithms and can lead to better visibility and more sales. It's no surprise that dishonest sellers often post fake reviews.

E-commerce websites often have tools in place to analyze and remove fake reviews, but as sellers continually find new ways to craft fake reviews and hire thousands of people to post them, getting

rid of every fake review quickly is nearly impossible. As a consumer, knowing when to pass on a product by recognizing red flags in phony reviews is key.



**Easy Ways to Recognize Fake Reviews**

- **Look out for generic reviewer profiles.** If a reviewer has a very common or generic name, such as John Smith or Jane Doe, you've spotted a red flag. Fake reviewers usually post under fake names, sometimes even just a series of letters and numbers, and rarely do they have a profile picture.

- **Read reviews by customers with verified purchases.** Many e-commerce sites add a badge or otherwise indicate if a purchase is verified, meaning the reviewer bought the product on the same site where they wrote the review. Reviews of non-verified purchases are much more likely to be fake.

- **Examine the quality of product reviews.** A good review will briefly explain why or why not the product in question was a good purchase. If you notice a product has several five-star or one-star reviews with just a word or two in the written portion of the review, you may be looking at fake reviews. This is especially true if you notice multiple, similar reviews posted during a short window of time.

- **Be wary of scene-setting.** A study by Cornell University found that truthful reviewers usually include concrete words relating to the product or service they purchased, whereas fake reviewers like to set the scene. They may talk about how "their husband" visited a specific hotel for a "vacation" or "business trip" instead of focusing on the actual hotel experience. This is another fake review red flag.



- **Check the grammar and spelling.** Sometimes sellers outsource their fake reviews to content farms, where people who are not native English speakers write reviews. The result is fake reviews with misspellings and poor grammar. If you read a review out loud and it doesn't sound natural, it could be a fake.

- **Find out if the reviewer received a free product.** Some e-commerce platforms have programs that pre-release products to customers in exchange for their honest reviews. One example is Amazon Vine. This kind of program is usually legitimate and can be helpful, but if you notice almost every review of a product comes from someone who received a free product, think twice. It's also good to take a look at the reviews overall. If the only satisfied customer was the one who received a free product, it might not be worth buying.

- **Look at the quantity of reviews.** Business Insider warns that if a product only has a few reviews, especially in comparison to similar products, it's likely the product is less than reliable.

- **Try a tool for spotting fake reviews.** There are third-party tools available to help you weed out fake reviews. Some provide a letter grade based on how many fake reviews were spotted, while others eliminate fake reviews to provide consumers with an adjusted star rating. These tools aren't infallible, though, so instead of expecting a black-and-white answer, use them to assist you in making a purchasing decision.

- **Report fake reviews.** Most platforms allow you to report abuse if you notice a fake review. Doing so can help the platform eliminate fake reviews faster, and it can protect your fellow consumers.

**For More Information**

Read up on brushing scams to make sure no one posts a fake review in your name. To learn more about staying safe while making online purchases, read the BBB Tip: Smart Shopping Online.

Report suspicious activities to BBB Scam Tracker.

Read more about [BBB Accreditation Standards](#) and [BBB Standards for Trust](#).

© 2024, International Association of Better Business Bureaus, Inc., separately incorporated Better Business Bureau organizations in the US and Canada, and BBB Institute for Marketplace Trust, Inc. All rights reserved. *In Canada, trademark(s) of the International Association of Better Business Bureaus, used under License.

# Exhibit 70



Attorney General
**Josh Stein**

# Attorney General Stein's April Column: Don't Buy Into Fake Online Reviews



*April 2023*

Online reviews can be a useful tool to help you decide what products to buy, companies to hire, or rental companies to sign with. When products or services are highly reviewed, they're more visible and you're more likely to spend your money on them. But often, the reviews you're reading weren't written by a real person who used the product or service. Those fake online reviews have consequences – in 2021, fake online reviews influenced $152 billion in online spending!

Companies can obtain fake reviews in a number of ways. Sometimes, employees of the company will write their own positive reviews to boost their product's sales and ratings. Other companies will outsource the review-writing process to "paid-review farms" that write fake reviews for businesses.

It's more important than ever to be a smart shopper. Fake reviews can be tricky to spot, but here are some things to look out for:

- **Look for warning signs of a fake review.** Often, fake reviews are submitted in bulk. If you see multiple reviews of the same product within a short period of time, they may be fake. You should also check grammar. Poor grammar could mean a bot or review farmer wrote it.
- **Verify the reviewer's profile.** Check to see if an online user has left the same review on multiple different products or services. Or alternatively, be suspicious if they've only written just one online review. People who review products tend to do so regularly, and they'll have different opinions on every product.
- **Confirm a company's reviews by checking outside sources.** If you are unsure if a company's products or services are good quality, call the Better Business Bureau or our office's Consumer Protection Section at 1-877-5-NO-SCAM to see if the company has any complaints against it.
- **Report suspected fakes.** Most online vendors, like Amazon or eBay, allow you to report fake reviews. Reporting fake

Many of us rely on online reviews to make decisions about how to spend our money, so we need to be able to know that the information we're seeing is real. If you believe a company did not advertise their goods or services truthfully, contact our office's Consumer Protection Division at 1-877-5-NO-SCAM or file a complaint online at www.ncdoj.gov/complaint.

**Columns**, **Featured**

« Attorney General Josh Stein Announces Conviction Against New Hanover Sex Offender

Attorney General Josh Stein Announces Conviction in Guilford County Homicide »



**Main Campus**
114 West Edenton Street
Raleigh, NC 27603

p: (919) 716-6400
f: (919) 716-6750

**State Crime Laboratory**
121 East Tryon Road
Raleigh, NC 27603

p: (919) 582-8700
f: (919) 662-4475

**Triad Regional
State Crime Laboratory**
2306 West Meadowview Road
Suite 110
Greensboro, NC 27047

p: (336) 315-4900
f: (336) 315-4956

**Western Regional
State Crime Laboratory**
300 Saint Pauls Road
Hendersonville, NC 28792

p: (828) 654-0525
f: (828) 654-9682

**NC Justice Academy
Salemburg Campus:**
PO Box 99
Salemburg, NC 28385

p: (910) 525-4151
f: (910) 525-5439

**NC Justice Academy
Edneyville Campus:**
PO Box 600
Edneyville, NC 28727

p: (828) 685-3600
f: (828) 685-9933

**Sheriffs' Standards Division**
PO Box 629
Raleigh, NC 27602

p: (919) 779-8213
f: (919) 662-4515

**Criminal Justice
Standards Division**
PO Drawer 149
Raleigh, NC 27602

p: (919) 661-5980
f: (919) 779-8210



**CONTACT NCDOJ**

NCDOJ does not represent individuals in private cases. Need an attorney?

© 2024 | all rights reserved | Website by AndiSites Inc.

# Exhibit 71



# Drink Menu

## ON THE MAIN BAR

| | |
|---|---|
| Paradise Iced Latte | 5.6/6 |
| Cold Foam Snickerdoodle Latte | 5.6/6 |
| Latte | 5/5.5 |
| Frappe | 4.6/5.1 |
| Classic Cappuccino | 4.4/4.9 |
| Mocha | 5.6/6 |
| Classic Macchiato | 4 |
| Double Espresso | 3.25 |
| -Extra Shot | 1.6 |
| Americano | 3.3/3.4 |
| Affogatto | 7 |
| Espresso Tasting Flight | 7 |

## NON-COFFEE

| | |
|---|---|
| Thai Tea | 4.5/5 |
| Loose Leaf Tea | 4 |
| Chai Latte | 4.75/5.25 |
| Peach Iced Tea | 4/4.5 |
| Sweet Iced Tea | 3/3.25 |
| Specialty Hot Chocolate | 3.7/4.4 |
| Chocolate Milk | 3/3.7 |
| Green Tea Frappe | 5/5.5 |
| Milk Tea | 5.6/6 |
| Vegan Fruit Smoothie | 6.5/7 |
| -(Peach, Strawberry, Mango or Raspberry) | |

## ON THE BREW BAR

| | |
|---|---|
| Drip Specialty Coffee | 3.3/3.6 |
| Famous Iced Coffee | 4.25/4.75 |
| Personal Pour Over | 4.3 |
| French Press | 4.3 |
| Aeropress | 4 |
| Coffee Tasting Flight | 9 |
| Vietnamese Coffee | 4.3 |
| -Condense Milk | 0.75 |
| Siphon | 6 |

FLAVOR:     1

VANILLA, CARAMEL, HAZELNUT, BROWN SUGAR, MINT,
COCONUT, WHITE MOCHA, SALTED-CARAMEL, ENGLISH
TOFFEE, PEANUT BUTTER, LAVENDER, ROSE, ORANGE, FUDGE,
PUMPKIN SPICE OR IRISH CREAM

***SUGAR FREE AVAILABLE***

NON-DAIRY ALTERNATIVE:

| | |
|---|---|
| SOY/ALMOND | 0.5 |
| OAT/MACADAMIA MILK | 0.75 |

## ICE CREAM

| | |
|---|---|
| Single/Standard | 4.5 |
| Double | 6 |

# Exhibit 72



🔍 kery Items   **Merchandise**   Blended   Retail Snacks   Disco Coffee   Hot Chocolate   Retail Drinks   Buzzers   Sandwiches, Wraps & Burritos

**Blueberry Scone**

$5.75

+

**Chocolate Eclair**

$4.25

+

**Everything Bagel**

$4.25

+

**Ham & Cheese Butter Croissant**

$6.25

+

**Gluten Free Brownie**

$4.50

+

**French Toast Muffin**

$5.50

+

**Oatmeal Raisin Cookie**

Freshly Baked

$3.50

+

**Vanilla Macadamia Nut Cookie**

Freshly Baked Cookies

$3.50

+

**Triple Chocolate Chip Cookie**

Freshly Baked Cookies

$3.50

+

**Vegan Energy Ball**

$3.50

+

**Plain Bagel**

$4

+

**Margarita Pastry**

$5.25

+

**Mediterranean Quiche**

$7.95

+

**Spinach Artichoke Quiche**

$7.95

+





🔍 **Most Ordered**  Filtered Coffee  Craft Lattes  Tea  Muffins  Bakery Items  Merchandise  Blended  Retail Snacks  Disco Coffee  Hot Ch

**Tea**

$3.29 – $4.29 • 👍 100% (106)



**Chai Latte**

$6.29 – $7.99 • 👍 100% (70)



**Matcha**

$5.54 – $7.54 • 👍 100% (55)



# Filtered Coffee

**French Press (12oz Only)**

Manually brewed drip coffee in a single serving *Available only at 12oz

$5.99



**Pour-Over (12oz Only)**

Manually brewed drip coffee in a single serving *Available only at 12oz

$5.99



**Cafe Au Lait**

Drip coffee with steamed milk

$4.29 – $5



**Cold Brew**

Smooth and silky coffee served over ice Steeped for a minimum of 20 hours

$6.25 – $6.99



**Drip**

Your classic hot cup o' joe! Filtered coffee in your choice of medium-light to...

$3.89 – $4.49



**Drip Refill**

$1.50 – $2



**Red Eye**

Drip coffee with a single shot of espresso (1oz)

$5.15 – $8.25



**Black Eye**

Drip coffee with a double shot of espresso (2oz)

$5.39 – $6.49



**Joe To Go**

$25

# Exhibit 73

# Waterbean Coffee

Overview  Menu  **Reviews**  Photos  Updates

✓ All  Service ▾  Meal ▾  Price  ☺ atmo

## 4.4
★★★★⯪
(65)

ⓘ

## Rate & review

☆ ☆ ☆ ☆ ☆

## Sort by

Relevance  ✓ Newest  Highest  Lowest

**B** **Brooklyn Ketterer**
Local Guide · 24 reviews

★★★★★  16 hours ago

I was hesitant because of the negative review but happy I tried it. My new favorite local spot!
Food: 5 | Service: 5 | Atmosphere: 5

♡ Press and hold to react  •••

# STATE OF NORTH CAROLINA

_____Mecklenburg_____ County

File No.
24CV050672-590

In The General Court Of Justice
☐ District ☒ Superior Court Division

| Name Of Plaintiff | |
|---|---|
| Waterbean Coffee Holding, LLC | |

**CIVIL SUMMONS**
☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)**

| Address | |
|---|---|
| c/o 525 N. Tryon Street, Suite 1400 | |

| City, State, Zip | |
|---|---|
| Charlotte, NC 28202 | |

G.S. 1A-1, Rules 3 and 4

### VERSUS

| Name Of Defendant(s) | Date Original Summons Issued |
|---|---|
| SKS Holdings Coffee, LLC d/b/a Coffee Republic & Bakery, Z Global Group, Main Street Coffee & Coworking, LLC, Urban Grind Roasters Mooresville, NC, Sean Flynn, and Kalea Flynn | Date(s) Subsequent Summons(es) Issued |

## To Each Of The Defendant(s) Named Below:

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| Z Global Group<br>c/o Sean Flynn, Chief Operating Officer<br>104 S Main Street<br>Huntersville NC 28031 | Main Street Coffee & Coworking, LLC<br>c/o LegalCorp Solutions, LLC, Registered Agent<br>8480 Honeycutt Rd. Suite 200-Z300<br>Raleigh, NC 27615 |

⚠️ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!**

**Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff) | Date Issued 10/30/2024 1:29:18 pm ☐ AM ☐ PM |
|---|---|
| Hamilton, Stephens, Steele + Martin, PLLC<br>Graham M. Morgan<br>525 N. Tryon Street, Suite 1400<br>Charlotte, NC 28202 | Signature /s/ Norris Browne |
| | ☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court |

| ☐ ENDORSEMENT (ASSESS FEE)<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | Date Of Endorsement | Time ☐ AM ☐ PM |
|---|---|---|
| | Signature | |
| | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** _Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed._

(Over)

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Acceptance of service.
Summons and complaint received by: ☐ Defendant 1.
☐ Other: *(type or print name)*

| Date Accepted | Signature |
|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Acceptance of service.
Summons and complaint received by: ☐ Defendant 2.
☐ Other: *(type or print name)*

| Date Accepted | Signature |
|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid | Signature Of Deputy Sheriff Making Return |
|---|---|
| $ | |
| Date Received | Name Of Sheriff (type or print) |
| | |
| Date Of Return | County Of Sheriff |
| | |

# STATE OF NORTH CAROLINA

_____Mecklenburg_____ County

In The General Court Of Justice
☐ District ☒ Superior Court Division

| Name Of Plaintiff | |
| --- | --- |
| Waterbean Coffee Holding, LLC | |

**CIVIL SUMMONS**
☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)**

| Address | |
| --- | --- |
| c/o 525 N. Tryon Street, Suite 1400 | |

| City, State, Zip | |
| --- | --- |
| Charlotte, NC 28202 | |

G.S. 1A-1, Rules 3 and 4

**VERSUS**

| Name Of Defendant(s) | Date Original Summons Issued |
| --- | --- |
| SKS Holdings Coffee, LLC d/b/a Coffee Republic & Bakery, Z Global Group, Main Street Coffee & Coworking, LLC, Urban Grind Roasters Mooresville, NC, Sean Flynn, and Kalea Flynn | |
| | Date(s) Subsequent Summons(es) Issued |

**To Each Of The Defendant(s) Named Below:**

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
| --- | --- |
| SKS Holdings Coffee, LLC d/b/a Coffee Republic & Bakery | Urban Grind Roasters Mooresville, LLC |
| c/o LegalCorp Solutions, LLC, Registered Agent | c/o Sean Flynn, Registered Agent |
| 1221 College Park Dr., Ste. 116 | 239 W. Center Ave |
| Dover, DE 19904 | Mooresville, NC 28115 |

⚠️ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!**
**Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff) | Date Issued 10/30/2024 | Time 1:29:18 pm ☐ AM ☐ PM |
| --- | --- | --- |
| Hamilton, Stephens, Steele + Martin, PLLC | | |
| Graham M. Morgan | Signature /s/ Norris Browne | |
| 525 N. Tryon Street, Suite 1400 | | |
| Charlotte, NC 28202 | ☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

| ☐ ENDORSEMENT (ASSESS FEE) This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | Date Of Endorsement | Time ☐ AM ☐ PM |
| --- | --- | --- |
| | Signature | |
| | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service.<br>Summons and complaint received by: ☐ Defendant 1.<br>☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service.<br>Summons and complaint received by: ☐ Defendant 2.<br>☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid<br>$ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

# STATE OF NORTH CAROLINA

File No.
24CV050672-590

_____ Mecklenburg _____ County

In The General Court Of Justice
☐ District ☒ Superior Court Division

*Name Of Plaintiff*
Waterbean Coffee Holding, LLC

*Address*
c/o 525 N. Tryon Street, Suite 1400

*City, State, Zip*
Charlotte, NC 28202

## CIVIL SUMMONS
☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)**

G.S. 1A-1, Rules 3 and 4

### VERSUS

*Name Of Defendant(s)*
SKS Holdings Coffee, LLC d/b/a Coffee Republic & Bakery, Z Global Group, Main Street Coffee & Coworking, LLC, Urban Grind Roasters Mooresville, NC, Sean Flynn, and Kalea Flynn

*Date Original Summons Issued*

*Date(s) Subsequent Summons(es) Issued*

### To Each Of The Defendant(s) Named Below:

*Name And Address Of Defendant 1*
Sean Flynn
104 S Main Street
Huntersville NC 28031

*Name And Address Of Defendant 2*
Kalea Flynn
104 S Main Street
Huntersville NC 28031

⚠️ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!**

**Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

*Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)*
Hamilton, Stephens, Steele + Martin, PLLC
Graham M. Morgan
525 N. Tryon Street, Suite 1400
Charlotte, NC 28202

*Date Issued* 10/30/2024 1:29:18 pm ☐ AM ☐ PM

*Signature* /s/ Norris Browne

☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

☐ **ENDORSEMENT (ASSESS FEE)**
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

*Date Of Endorsement*

*Time* ☐ AM ☐ PM

*Signature*

☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served | ☐ AM  ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served | ☐ AM  ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

# STATE OF NORTH CAROLINA

_____Mecklenburg_____ County

File No.

24CV050672-590

In The General Court Of Justice
☐ District ☒ Superior Court Division

| | |
|---|---|
| *Name Of Plaintiff*<br>Waterbean Coffee Holding, LLC | |
| *Address*<br>c/o 525 N. Tryon Street, Suite 1400 | **CIVIL SUMMONS**<br>☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)** |
| *City, State, Zip*<br>Charlotte, NC 28202 | |
| **VERSUS** | G.S. 1A-1, Rules 3 and 4 |

| | |
|---|---|
| *Name Of Defendant(s)*<br>SKS Holdings Coffee, LLC d/b/a Coffee Republic & Bakery, SKS Holdings, LLC, Z Global Group, Main Street Coffee & <br><br>Coworking, LLC, Urban Grind Roasters Mooresville NC, Sean Flynn, and Kalea Flynn | *Date Original Summons Issued* |
| | *Date(s) Subsequent Summons(es) Issued* |

**To Each Of The Defendant(s) Named Below:**

| *Name And Address Of Defendant 1*<br>Sean Flynn<br>104 S Main Street<br>Huntersville NC 28078 | *Name And Address Of Defendant 2*<br>Kalea Flynn<br>104 S Main Street<br>Huntersville NC 28078 |
|---|---|

⚠️ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!**

**Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| *Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)*<br>Hamilton, Stephens, Steele + Martin, PLLC<br>Graham M. Morgan<br>525 N. Tryon Street, Suite 1400<br>Charlotte, NC 28202 | *Date Issued*<br>10/30/2024 4:19:28 pm | *Time*<br>☐ AM ☐ PM |
|---|---|---|
| | *Signature*<br>/s/ Jennifer Garcia | |
| | ☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

| ☐ **ENDORSEMENT (ASSESS FEE)**<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | *Date Of Endorsement* | *Time*<br>☐ AM ☐ PM |
|---|---|---|
| | *Signature* | |
| | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

AOC-CV-100, Rev. 12/23
© 2023 Administrative Office of the Courts

Case 3:25-cv-00096-SCR-UJ1    Document 1-1    Filed 02/06/25    Page 257 of 276

| | RETURN OF SERVICE | |
|---|---|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

# STATE OF NORTH CAROLINA

_____Mecklenburg_____ County

In The General Court Of Justice
☐ District ☒ Superior Court Division

| | |
|---|---|
| _Name Of Plaintiff_<br>Waterbean Coffee Holding, LLC | **CIVIL SUMMONS** |
| _Address_<br>c/o 525 N. Tryon Street, Suite 1400 | ☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)** |
| _City, State, Zip_<br>Charlotte, NC 28202 | G.S. 1A-1, Rules 3 and 4 |

**VERSUS**

| | |
|---|---|
| _Name Of Defendant(s)_<br>SKS Holdings Coffee, LLC d/b/a Coffee Republic & Bakery, SKS Holdings, LLC, Z Global Group, Main Street Coffee & Coworking, LLC, Urban Grind Roasters Mooresville NC, Sean Flynn, and Kalea Flynn | _Date Original Summons Issued_<br><br>_Date(s) Subsequent Summons(es) Issued_ |

**To Each Of The Defendant(s) Named Below:**

| _Name And Address Of Defendant 1_<br>Z Global Group<br>c/o Sean Flynn, Chief Operating Officer<br>104 S Main Street<br>Huntersville NC 28078 | _Name And Address Of Defendant 2_<br>Main Street Coffee & Coworking, LLC<br>c/o LegalCorp Solutions, LLC, Registered Agent<br>8480 Honeycutt Rd. Suite 200-Z300<br>Raleigh, NC 27615 |
|---|---|

⚠️ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!**
**Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| _Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)_<br>Hamilton, Stephens, Steele + Martin, PLLC<br>Graham M. Morgan<br>525 N. Tryon Street, Suite 1400<br>Charlotte, NC 28202 | _Date Issued_ 10/30/2024 4:19:28 pm ☐ AM ☐ PM |
|---|---|
| | _Signature_ /s/ Jennifer Garcia |
| | ☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court |

| ☐ ENDORSEMENT (ASSESS FEE)<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | _Date Of Endorsement_ | _Time_ ☐ AM ☐ PM |
|---|---|---|
| | _Signature_ | |
| | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** _Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed._

(Over)

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

# STATE OF NORTH CAROLINA

_____ Mecklenburg _____ County

File No.
24CV050672-590

In The General Court Of Justice
☐ District ☒ Superior Court Division

| | |
|---|---|
| *Name Of Plaintiff* | |
| Waterbean Coffee Holding, LLC | |
| *Address* | |
| c/o 525 N. Tryon Street, Suite 1400 | |
| *City, State, Zip* | |
| Charlotte, NC 28202 | |

**CIVIL SUMMONS**
☒ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)**

G.S. 1A-1, Rules 3 and 4

**VERSUS**

*Name Of Defendant(s)*
SKS Holdings Coffee, LLC d/b/a Coffee Republic & Bakery,  Z Global Group, Main Street Coffee & Coworking, LLC, Urban Grind Roasters Mooresville, NC, Sean Flynn, and Kalea Flynn

| *Date Original Summons Issued* |
|---|
| 10/30/2024 |
| *Date(s) Subsequent Summons(es) Issued* |
| |

**To Each Of The Defendant(s) Named Below:**

| *Name And Address Of Defendant 1* | *Name And Address Of Defendant 2* |
|---|---|
| SKS Holdings Coffee, LLC d/b/a Coffee Republic & Bakery | Urban Grind Roasters Mooresville, LLC |
| c/o LegalCorp Solutions, LLC, Registered Agent | c/o Sean Flynn, Registered Agent |
| 1221 College Park Dr., Ste. 116 | 104 S Main Street |
| Dover, DE 19904 | Huntersville, NC 28078 |

⚠ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!**

**Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1.  Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2.  File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| *Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)* | *Date Issued* | *Time* | |
|---|---|---|---|
| Hamilton, Stephens, Steele + Martin, PLLC | 11/14/2024 | 4:30:37 pm | ☐ AM ☒ PM |
| Graham M. Morgan | *Signature* | | |
| 525 N. Tryon Street, Suite 1400 | /s/ Brittany Farris | | |
| Charlotte, NC 28202 | ☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | | |

| ☐ ENDORSEMENT (ASSESS FEE) | *Date Of Endorsement* | *Time* | |
|---|---|---|---|
| This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | | | ☐ AM ☐ PM |
| | *Signature* | | |
| | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | | |

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

# STATE OF NORTH CAROLINA

Mecklenburg County

File No.
24CV050672-590

In The General Court Of Justice
☐ District ☒ Superior Court Division

| Name Of Plaintiff | |
|---|---|
| Waterbean Coffee Holding, LLC | |

**Address**
c/o 525 N. Tryon Street, Suite 1400

**City, State, Zip**
Charlotte, NC 28202

## CIVIL SUMMONS
☒ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3 and 4

**VERSUS**

**Name Of Defendant(s)**
SKS Holdings Coffee, LLC d/b/a Coffee Republic & Bakery, SKS Holdings, LLC, Z Global Group, Main Street Coffee &

Coworking, LLC, Urban Grind Roasters Mooresville, NC, Sean Flynn, and Kalea Flynn

**Date Original Summons Issued**
10/30/2024

**Date(s) Subsequent Summons(es) Issued**

**To Each Of The Defendant(s) Named Below:**

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| Sean Flynn<br>104 S Main Street<br>Huntersville NC 28078 | Kalea Flynn<br>104 S Main Street<br>Huntersville NC 28078 |

⚠ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!**

**Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

**Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)**
Hamilton, Stephens, Steele + Martin, PLLC
Graham M. Morgan
525 N. Tryon Street, Suite 1400
Charlotte, NC 28202

**Date Issued** 12/2/2024 **Time** 12:22:09 pm ☐ AM ☒ PM

**Signature** /s/ Brittany Farris

☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

☐ **ENDORSEMENT (ASSESS FEE)**
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

**Date Of Endorsement** **Time** ☐ AM ☐ PM

**Signature**

☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Acceptance of service.
Summons and complaint received by: ☐ Defendant 1.
☐ Other: *(type or print name)*

| Date Accepted | Signature |
|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Acceptance of service.
Summons and complaint received by: ☐ Defendant 2.
☐ Other: *(type or print name)*

| Date Accepted | Signature |
|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

File No.
24CV050672-590

In The General Court Of Justice
☐ District ☒ Superior Court Division

| Name Of Plaintiff |
| --- |
| Waterbean Coffee Holding, LLC |

| Address |
| --- |
| c/o 525 N. Tryon Street, Suite 1400 |

| City, State, Zip |
| --- |
| Charlotte, NC 28202 |

## CIVIL SUMMONS
☒ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)**

G.S. 1A-1, Rules 3 and 4

### VERSUS

| Name Of Defendant(s) |
| --- |
| SKS Holdings Coffee, LLC d/b/a Coffee Republic & Bakery, SKS Holdings, LLC, Z Global Group, Main Street Coffee & Coworking, LLC, Urban Grind Roasters Mooresville NC, Sean Flynn, and Kalea Flynn |

| Date Original Summons Issued |
| --- |
| 10/30/2024 |

| Date(s) Subsequent Summons(es) Issued |
| --- |

## To Each Of The Defendant(s) Named Below:

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
| --- | --- |
| Z Global Group<br>c/o Sean Flynn, Chief Operating Officer<br>104 S Main Street<br>Huntersville NC 28078 | Main Street Coffee & Coworking, LLC<br>c/o LegalCorp Solutions, LLC, Registered Agent<br>8480 Honeycutt Rd. Suite 200-Z300<br>Raleigh, NC 27615 |

⚠ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!**
**Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff) | Date Issued | Time |
| --- | --- | --- |
| Hamilton, Stephens, Steele + Martin, PLLC<br>Graham M. Morgan<br>525 N. Tryon Street, Suite 1400<br>Charlotte, NC 28202 | 12/2/2024 | 12:22:09 pm ☐ AM ☒ PM |

| Signature |
| --- |
| /s/ Brittany Farris |

☒ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

☐ **ENDORSEMENT (ASSESS FEE)**
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

| Date Of Endorsement | Time |
| --- | --- |
| | ☐ AM ☐ PM |

| Signature |
| --- |

☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

FILED

File No.
24CV050672-590

In The General Court Of Justice
☐ District  ☒ Superior Court Division

2024 DEC -9  A 11: 26

MECKLENBURG CO., C.S.C.

BY _____

| Name Of Plaintiff |
|---|
| Waterbean Coffee Holding, LLC |
| Address |
| c/o 525 N. Tryon Street, Suite 1400 |
| City, State, Zip |
| Charlotte, NC 28202 |

## CIVIL SUMMONS
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3 and 4

**VERSUS**

| Name Of Defendant(s) |
|---|
| SKS Holdings Coffee, LLC d/b/a Coffee Republic & Bakery, SKS Holdings, LLC, Z Global Group, Main Street Coffee & Coworking, LLC, Urban Grind Roasters Mooresville, NC, Sean Flynn, and Kalea Flynn |

| Date Original Summons Issued |
|---|
| |

| Date(s) Subsequent Summons(es) Issued |
|---|
| |

## To Each Of The Defendant(s) Named Below:

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| Z Global Group | Main Street Coffee & Coworking, LLC |
| c/o Sean Flynn, Chief Operating Officer | c/o LegalCorp Solutions, LLC, Registered Agent |
| 104 S Main Street | 8480 Honeycutt Rd. Suite 200-Z300 |
| Huntersville NC 28078 | Raleigh, NC 27615 |

⚠️ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!**

**Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

### A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff) | Date Issued | 10/30/2024 4:19:28 pm | ☐ AM ☐ PM |
|---|---|---|---|
| Hamilton, Stephens, Steele + Martin, PLLC | | | |
| Graham M. Morgan | Signature | /s/ Jennifer Garcia | |
| 525 N. Tryon Street, Suite 1400 | | | |
| Charlotte, NC 28202 | ☒ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court | | |

| ☐ ENDORSEMENT (ASSESS FEE) | Date Of Endorsement | | Time | ☐ AM ☐ PM |
|---|---|---|---|---|
| This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | Signature | | | |
| | ☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court | | | |

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

AOC-CV-100, Rev. 12/23
© 2023 Administrative Office of the Courts

NOV 15

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | | Name Of Defendant |
|---|---|---|---|
| | | ☐ AM ☐ PM | Z Global Group C/o Sean Flynn Chief Operating Officer |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: (type or print name) | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service (specify)

☒ Defendant WAS NOT served for the following reason: Several attempts was made at listed Def never was at business at failed to show when scheduled to meet.

### DEFENDANT 2

| Date Served | Time Served | | Name Of Defendant |
|---|---|---|---|
| | | ☐ AM ☐ PM | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: (type or print name) | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return DS x. Cm X5067 |
|---|---|
| Date Received 11/15/24 | Name Of Sheriff (type or print) Garry McFadden |
| Date Of Return 12/8/24 1800 | County Of Sheriff Mecklenburg |

AOC-CV-100, Side Two, Rev. 12/23
© 2023 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

FILED

In The General Court Of Justice
☐ District  ☒ Superior Court Division

*Name Of Plaintiff*
Waterbean Coffee Holding, LLC

*Address*
c/o 525 N. Tryon Street, Suite 1400

2024 DEC -9 A II: 26

*City, State, Zip*
Charlotte, NC 28202

MECKLENBURG CO., C.S.C.

BY

## CIVIL SUMMONS
☒ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3 and 4

### VERSUS

*Name Of Defendant(s)*
SKS Holdings Coffee, LLC d/b/a Coffee Republic & Bakery, Z
Global Group, Main Street Coffee & Coworking, LLC, Urban
Grind Roasters Mooresville, NC, Sean Flynn, and Kalea Flynn

*Date Original Summons Issued*
10/30/2024

*Date(s) Subsequent Summons(es) Issued*

### To Each Of The Defendant(s) Named Below:

| *Name And Address Of Defendant 1* | *Name And Address Of Defendant 2* |
|---|---|
| SKS Holdings Coffee, LLC d/b/a Coffee Republic & Bakery | Urban Grind Roasters Mooresville, LLC |
| c/o LegalCorp Solutions, LLC, Registered Agent | c/o Sean Flynn, Registered Agent |
| 1221 College Park Dr., Ste. 116 | 104 S Main Street |
| Dover, DE 19904 | Huntersville, NC 28078 |

⚠️ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out!
You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as
possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales.
¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible
acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos
documentos!**

### A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been
served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| *Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)* | *Date Issued* 11/14/2024 | *Time* 4:30:37 pm  ☐ AM  ☒ PM |
|---|---|---|
| Hamilton, Stephens, Steele + Martin, PLLC | | |
| Graham M. Morgan | *Signature* /s/ Brittany Farris | |
| 525 N. Tryon Street, Suite 1400 | | |
| Charlotte, NC 28202 | ☒ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | |

| | *Date Of Endorsement* | *Time* ☐ AM ☐ PM |
|---|---|---|
| ☐ ENDORSEMENT (ASSESS FEE) | | |
| This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | *Signature* | |
| | ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** *Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $25,000 or
less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if
so, what procedure is to be followed.*

(Over)

NOV 15 PM 3:08

AOC-CV-100, Rev. 12/23
© 2023 Administrative Office of the Courts

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | | Name Of Defendant |
|---|---|---|---|
| | | ☐ AM  ☐ PM | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served | | Name Of Defendant Urban Grind Roasters Mooresville LLC c/o Sean Flynn registered agent 125 S ma. |
|---|---|---|---|
| | | ☐ AM  ☐ PM | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☒ Defendant WAS NOT served for the following reason: Several attempts made on listed with failure to make contact Def Was contacted to meet but failed to show each time

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return  DIS X C ———— X.5007 |
|---|---|
| Date Received  11-15-24 | Name Of Sheriff *(type or print)*  Garry McFadden |
| Date Of Return  12/8/24  1800 | County Of Sheriff  Mecklenburg |

AOC-CV-100, Side Two, Rev. 12/23
© 2023 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

File No.

24CV050672-590

Mecklenburg County

In The General Court Of Justice
☐ District ☒ Superior Court Division

*Name Of Plaintiff*
Waterbean Coffee Holding, LLC

*Address*
c/o 525 N. Tryon Street, Suite 1400

*City, State, Zip*
Charlotte, NC 28202

2024 DEC -9 A 11: 24

MECKLENBURG CO., C.S.C.

**CIVIL SUMMONS**

☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)**

G.S. 1A-1, Rules 3 and 4

### VERSUS

*Name Of Defendant(s)*
SKS Holdings Coffee, LLC d/b/a Coffee Republic & Bakery, SKS Holdings, LLC, Z Global Group, Main Street Coffee &
Coworking, LLC, Urban Grind Roasters Mooresville, NC, Sean Flynn, and Kalea Flynn

*Date Original Summons Issued*

*Date(s) Subsequent Summons(es) Issued*

## To Each Of The Defendant(s) Named Below:

| *Name And Address Of Defendant 1* | *Name And Address Of Defendant 2* |
|---|---|
| Sean Flynn | Kalea Flynn |
| 104 S Main Street | 104 S Main Street |
| Huntersville NC 28078 | Huntersville NC 28078 |

**IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out!**
**You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!**
**Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

## A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| *Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)* | *Date Issued* | *Time* | |
|---|---|---|---|
| Hamilton, Stephens, Steele + Martin, PLLC | 10/30/2024 4:19 28 pm | | ☐ AM ☐ PM |
| Graham M. Morgan | *Signature* /s/ Jennifer Garcia | | |
| 525 N. Tryon Street, Suite 1400 | | | |
| Charlotte, NC 28202 | ☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | | |

| | *Date Of Endorsement* | *Time* | |
|---|---|---|---|
| ☐ **ENDORSEMENT (ASSESS FEE)** | | | ☐ AM ☐ PM |
| This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | *Signature* | | |
| | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | | |

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

NOV 15 PM 3:09

(Over)

Case 3:25-cv-00096-SCR-UJ1   Document 1-1   Filed 02/06/25   Page 271 of 276

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | Name Of Defendant |
|---|---|---|
| | ☐ AM ☐ PM | Sean Flynn |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

| ☐ Acceptance of service.<br>Summons and complaint received by: ☐ Defendant 1.<br>☐ Other: (type or print name) | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service (specify)

☒ Defendant WAS NOT served for the following reason: Attempted several times to reach Def at Business listed with Neg. contact. Spoke with Def on several occassion via phone attempting to meet for service. Def agreed but failed to show.

### DEFENDANT 2

| Date Served | Time Served | Name Of Defendant |
|---|---|---|
| | ☐ AM ☐ PM | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

| ☐ Acceptance of service.<br>Summons and complaint received by: ☐ Defendant 2.<br>☐ Other: (type or print name) | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid<br>$ | Signature Of Deputy Sheriff Making Return<br>DS X. C~ x5007 |
|---|---|
| Date Received<br>11/15/24 | Name Of Sheriff (type or print)<br>Barry McFadden |
| Date Of Return<br>12/8/24 1800 | County Of Sheriff<br>Mecklenburg |

AOC-CV-100, Side Two, Rev. 12/23
© 2023 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

File No.

24CV050672-590

In The General Court Of Justice
☐ District  ☒ Superior Court Division

**Name Of Plaintiff**
Waterbean Coffee Holding, LLC

**Address**
c/o 525 N. Tryon Street, Suite 1400

**City, State, Zip**
Charlotte, NC 28202

2024 DEC 12

**CIVIL SUMMONS**
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

MECKLENBURG CO., C.S.C.

BY

G.S. 1A-1, Rules 3 and 4

## VERSUS

**Name Of Defendant(s)**
SKS Holdings Coffee, LLC d/b/a Coffee Republic & Bakery, SKS
Holdings, LLC, Z Global Group, Main Street Coffee &
Coworking, LLC, Urban Grind Roasters Mooresville, NC, Sean
Flynn, and Kalea Flynn

**Date Original Summons Issued**

**Date(s) Subsequent Summons(es) Issued**

### To Each Of The Defendant(s) Named Below:

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| Sean Flynn | Kalea Flynn |
| 104 S Main Street | 104 S Main Street |
| Huntersville NC 28078 | Huntersville NC 28078 |

⚠️ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out!
You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as
possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales.
¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible
acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos
documentos!**

### A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff) | Date Issued | Time | |
|---|---|---|---|
| Hamilton, Stephens, Steele + Martin, PLLC | 10/30/2024 4:19:28 pm | | ☐ AM ☐ PM |
| Graham M. Morgan | **Signature** /s/ Jennifer Garcia | | |
| 525 N. Tryon Street, Suite 1400 | | | |
| Charlotte, NC 28202 | ☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | | |

| ☐ **ENDORSEMENT (ASSESS FEE)** | Date Of Endorsement | Time | |
|---|---|---|---|
| This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | | | ☐ AM ☐ PM |
| | **Signature** | | |
| | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | | |

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

| | **RETURN OF SERVICE** | |
|---|---|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant Kalea Flynn |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☒ Defendant WAS NOT served for the following reason: Negative Contact on multiple attempts made at listed. Def was never at the business was unable to serve. Def never answered my calls

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return DIS X CG X'506) |
|---|---|
| Date Received 11/15/24 | Name Of Sheriff (type or print) Garry McFadden |
| Date Of Return 12/11/24 | County Of Sheriff Mecklenburg |

AOC-CV-100, Side Two, Rev. 12/23
© 2023 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

Mecklenburg County

In The General Court Of Justice
☐ District ☒ Superior Court Division

| | |
|---|---|
| *Name Of Plaintiff*<br>Waterbean Coffee Holding, LLC | **CIVIL SUMMONS**<br>☒ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)** |
| *Address*<br>c/o 525 N. Tryon Street, Suite 1400 | |
| *City, State, Zip*<br>Charlotte, NC 28202 | G.S. 1A-1, Rules 3 and 4 |

**VERSUS**

| | |
|---|---|
| *Name Of Defendant(s)*<br>SKS Holdings Coffee, LLC d/b/a Coffee Republic & Bakery, Z Global Group, Main Street Coffee & Coworking, LLC, Urban Grind Roasters Mooresville, NC, Sean Flynn, and Kalea Flynn | *Date Original Summons Issued*<br>10/30/2024 |
| | *Date(s) Subsequent Summons(es) Issued*<br>11/15/2024 |

## To Each Of The Defendant(s) Named Below:

| *Name And Address Of Defendant 1*<br>SKS Holdings Coffee, LLC d/b/a Coffee Republic & Bakery<br>c/o LegalCorp Solutions, LLC, Registered Agent<br>1221 College Park Dr., Ste. 116<br>Dover, DE 19904 | *Name And Address Of Defendant 2*<br>Urban Grind Roasters Mooresville, LLC<br>c/o Sean Flynn, Registered Agent<br>104 S Main Street<br>Huntersville, NC 28078 |
|---|---|

⚠️ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!**

**Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| *Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)*<br>Hamilton, Stephens, Steele + Martin, PLLC<br>Graham M. Morgan<br>525 N. Tryon Street, Suite 1400<br>Charlotte, NC 28202 | *Date Issued*<br>1/8/2025 9:17:28 am ☐ AM ☐ PM |
|---|---|
| | *Signature*<br>/s/ Norris Browne |
| | ☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court |

| ☐ ENDORSEMENT (ASSESS FEE)<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | *Date Of Endorsement* | *Time* ☐ AM ☐ PM |
|---|---|---|
| | *Signature* | |
| | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

AOC-CV-100, Rev. 12/23
© 2023 Administrative Office of the Courts

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Acceptance of service.
Summons and complaint received by: ☐ Defendant 1.
☐ Other: *(type or print name)*

| Date Accepted | Signature |
|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Acceptance of service.
Summons and complaint received by: ☐ Defendant 2.
☐ Other: *(type or print name)*

| Date Accepted | Signature |
|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |